IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |
| This document relates to:<br><br>MEDICAL MUTUAL OF OHIO,<br><br>Plaintiff,<br><br>v.<br><br>ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC. WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 1:14-cv-08857 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge Matthew F. Kennelly on Friday, February 20, 2015, at 10:00 a.m., in Courtroom 2103, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present the attached Defendants' Joint

1

Motion to Sever Plaintiff's Claims, a copy of which has been served upon you by the Court's electronic filing system.

Dated: January 20, 2015

Respectfully submitted,

*/s/ David E. Stanley*
David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
Robert D. Phillips, Jr. (*pro hac vice*)
Margaret M. Grignon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com
rphillips@reedsmith.com
magrignon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company and Lilly USA, LLC*

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (*pro hac vice*)
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendants AbbVie, Inc., Abbott Laboratories, and Abbott Products, Inc.*

/s/ Andrew K. Solow
William Hoffman (*pro hac vice*)
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Tel: (202) 682-3550
Fax: (202) 414-0355
william.hoffman@kayescholer.com

Andrew K. Solow (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

*Attorneys for Defendant Endo Pharmaceuticals, Inc.*

/s/ Thomas J. Sullivan
James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BROCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

Tinos Diamantatos
**MORGAN, LEWIS & BROCKIUS LLP**
77 West Wacker Dr., Ste. 500
Chicago, IL 60601
Tel: (312) 324-1780
Fax: (312) 324-1001
tdiamantatos@morganlewis.com

*Attorneys for Defendant Auxilium Pharmaceuticals, Inc.*

        */s/ Robert W. Sparkes, III*
        James W. Matthews (*pro hac vice*)
        Robert W. Sparkes, III (*pro hac vice*)
        **K&L GATES LLP**
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: (617) 261-3100
        Fax: (617) 261-3175
        james.matthews@klgates.com
        robert.sparkes@klgates.com

        Joseph P. Thomas
        **ULMER & BERNE LLP**
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202
        Tel: (513) 698-5000
        Fax: (513) 698-5001
        jthomas@ulmer.com

        *Attorneys for Defendants Actavis, Inc., Actavis Pharma, Inc., Watson Pharmaceuticals, Inc., & Watson Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

/s/ David E. Stanley
David E. Stanley
*Attorney for Eli Lilly and Company and Lilly USA, LLC*