# Exhibit 3



1 of 1 DOCUMENT

Copyright 2000 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

Dow Jones Factiva

(Copyright (c) 2000, Dow Jones & Company, Inc.)

# NEWSWIRES

Dow Jones News Service

February 29, 2000 Tuesday 8:48 PM GMT

**LENGTH:** 367 words

**HEADLINE:** Solvay's AndroGel Boosts Testosterone, Sex Drive In Men

**BODY:**

By Otesa Middleton

WASHINGTON -(Dow Jones)- Starting this summer, men who need hormone replacement to battle low sex drive and other symptoms can rub a new gel on their skin to boost testosterone levels.

AndroGel, which will be available by prescription in a few months, received Food and Drug Administration approval to treat low testosterone, which is officially known as hypogonadism. Symptoms of the condition include decreased interest in sex, impotence, reduced muscle mass, decreased bone density, lowered mood and low energy levels.

The drug, made by Unimed Pharmaceuticals Inc., a unit of Belgium's Solvay SA (B.SOL), is rubbed on the shoulders, upper arms or abdomen once daily.

About 5 million men have low testosterone levels, but less than 5% are seeking treatment, the company said.

AndroGel, the first topical treatment, will compete with injected and patch forms of testosterone replacement.

Alex Zisson, pharmaceutical analyst at Chase H&Q, said some men will prefer a gel to the other types of testosterone therapy available.

"For years, there was only the injection," Zisson said. "Now there are two patches on the market, which have

Solvay's AndroGel Boosts Testosterone, Sex Drive In Men Dow Jones News Service February 29, 2000 Tuesday 8:48 PM GMT

around $20 million in sales per year."

Alza Corp. (AZA) sells the Testoderm TTS patch and Watson Pharmaceuticals Inc. (WPI) sells the Androderm patch.

Only about 150,000 men with the condition are treated, said Richard King, Unimed's vice president for commercial operations.

"The symptoms are somewhat difficult to capture," King said. "Men may have lower levels of strength, lower erectile function and poor mood. The symptoms may be missed by a physician."

"We expect to win a significant market share of those patients who are already treated," King said, because the gel is more "user friendly."

After the company has introduced the product to physicians, King said it will launch a direct-to-consumer campaign.

"The second phase will be to go out and try to help the 4 to 5 million males who are not treated," King said. "We will start as early as possible to expand the market, initially through the Internet."

Although the cost for AndroGel hasn't been determined, King said it will be priced competitively.

-Otesa Middleton; Dow Jones Newswires; 202-862-6654

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 15, 2004

# Exhibit 4



1 of 2 DOCUMENTS

Copyright 2000 Cable News Network
All Rights Reserved

CNN

**SHOW:** CNN TODAY 13:00

March 3, 2000; Friday

Transcript # 00030303V13

**SECTION:** Medical

**LENGTH:** 416 words

**HEADLINE:**  New Drug to Be Available to Treat Male Menopause

**BYLINE:**  Lou Waters, Holly Firfer

**HIGHLIGHT:**
 The FDA has approved a new hormone-replacement drug called Androgel, which is designed to help ease the symptoms of male menopause and help men who have low levels of testosterone.  The gel will be prescription only and should be available sometime this summer.

**BODY:**


    THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

    LOU WATERS, CNN ANCHOR: They may not talk about it, but many men go through menopause.  The symptoms are serious, and, now, there is a new drug on the market that may be able to help.

    Here's CNN's Holly Firfer.

    (BEGIN VIDEOTAPE)

    HOLLY FIRFER, CNN CORRESPONDENT (voice-over): For Don Gelles, it started when he turned 50, with hot flashes, mood swings and a drop in libido.

    DON GELLES: I hate to admit it, but I think it becomes a little bit of a macho thing, OK.  Menopause: we always relate it to women having it, OK, and a problem.  Men, I don't think, like to admit that they, you know, they may be losing their virility or whatever the case may be.

New Drug to Be Available to Treat Male Menopause CNN March 3, 2000; Friday

FIRFER: Don was going through male menopause.

JED DIAMOND, AUTHOR, "MALE MENOPAUSE": Men experience hormonal and physiological changes that are every bit as serious and significant as what women go through.

FIRFER: The FDA has approved a new hormone replacement drug called Androgel, which is designed to help ease the symptoms that Don Gelles experienced and help men of all ages, who have low levels of testosterone.

This topical gel is applied to the upper chest and shoulders, or to the abdomen, where it is absorbed into the blood stream and raises the levels of testosterone in the body.

The results: an increase in sexual desire, bone mineral density and muscle mass; a decreased risk of osteoporosis and regulation of mood swings.

DR. RONALD SWERDLOFF, ENDROCRINOLOGIST: There have been very few adverse reactions. And most of the individuals were able to take the medication through the skin without any significant difficulties.

FIRFER: Right now, men have the option of testosterone injections or wearing a patch. Doctors add a warning.

SWERDLOFF: And there's no single tonic that is going to make older people as healthy as they were, perhaps, at age 20 or 30.

DIAMOND: It's dangerous to focus on one dimension of the change. We know that there are psychological changes, physical changes, interpersonal changes, sexual changes, emotional changes.

FIRFER: But, for those who do need hormone replacements, the gel will be prescription only, and, according to the manufacturer, should be available sometime this summer.

Holly Firfer, CNN, Atlanta.

(END VIDEOTAPE)

TO ORDER A VIDEO OF THIS TRANSCRIPT, PLEASE CALL 800-CNN-NEWS OR USE OUR SECURE ONLINE ORDER FORM LOCATED AT www.fdch.com

**LOAD-DATE:** March 3, 2000

# Exhibit 5



1 of 1 DOCUMENT

Copyright 2000 N.Y.P. Holdings, Inc. All rights reserved.
The New York Post

April 14, 2000, Friday

**SECTION:** All Editions; Pg. 016

**LENGTH:** 1116 words

**HEADLINE:** MALE MENOPAUSE MAY BE NO MYTH

**BYLINE:** Hallie Levine

**BODY:**

DON GELLES was 50 when he started experiencing hot flashes so severe, he would wake up in the middle of the night soaked in sweat.

"I would suffer these mood swings where one minute I felt fine, and the next, lethargic and depressed," said the California pharmacist and father of five.

Gelles didn't see a doctor for a few months.

"I attributed everything to job stress and family pressures," he explains. "I rationalized away my symptoms as much as I could."

But when he finally went to see his doctor, he was in for a shock: A series of blood tests showed he had andropause - male menopause.

"I was stunned," Gelles recalls. "I'd always considered menopause as being a woman's phenomenon. It's a macho thing - you don't want to face the fact that you've got declining hormone levels."

Gelles isn't alone. More and more, doctors acknowledge the possibility that women aren't the only ones going through the so-called change of life.

A controversial recent article in the British Medical Journal suggests that testosterone levels can decrease with age by as much as 50 percent between 25 and 75 years. According to their findings, up to half of 50-year old British males may lack sufficient testosterone to give them the sex drive they had in their youth.

"The concept of a male andropause has been more controversial than that of the female menopause because men don't have a clear-cut external signpost, like stopping menstruation," explains andropause expert Dr. Glenn Cunningham, professor of medicine at Baylor College of Medicine in Houston, Texas.

MALE MENOPAUSE MAY BE NO MYTH The New York Post April 14, 2000, Friday

Instead, men are more likely to experience symptoms such as irritability, loss of energy, decreased sex drive, anxiety, weight gain and sleep disturbances-all of which can be dismissed as stress-related.

TESTOSTERONE deficiency may pose an even greater hazard to a man's health: it's been linked to an increased risk of osteoporosis and possibly a weakened immune system

Drug companies are jumping on the bandwagon in the race to keep men forever young and virile.

AndroGel, the first-ever testosterone-replacement gel applied to the upper body, will be hitting pharmacy shelves this summer and may replace testosterone shots and patches as the testosterone-replacement therapy of choice. Its company, Unimed, is also researching dihydrotestosterone, a male hormone that has been shown to reduce the risk of prostate disease.

Yet many skeptical New York doctors maintain andropause is a myth.

"If you put that same 50-year-old man complaining about his libido in a room with a Playboy Playmate, trust me, he won't have a problem," proclaims Dr. Marc Goldstein, director of the Center for Male Reproductive Medicine and Microsurgery at Weil Cornell Medical Center in Manhattan.

"But if you've got a man who's married to the same woman for 25 years and she's put on weight-well, that could be a reason for loss of sexual desire and depression."

Instead, Goldstein says that most patients he sees with lowered testosterone levels actually suffer from a condition called varicoceles, or abnormal testicular veins, which affects about 15 percent of all adult men and is easily cured with microsurgery.

"The testicles shrink, causing a decrease in the production of male sex hormones such as testosterone," he explains.

Other doctors argue that hormones only play a part in what is essentially the psychological phenomenon of mid-life crisis.

"There are a lot of societal pressures that occur when men hit middle age - a reluctance to grow old, a fear of mortality - that could be spurring these mood swings," says Dr. Martin Roginsky, an endocrinologist at Nassau County Medical Center in East Meadow, L.I.

OTHERS maintain that male menopause is real - and that signs of andropause in most men are overlooked simply because they never approach their doctor with their symptoms.

"One of the greatest barriers that keeps men from talking about male menopause is the fear of being less than manly," says Jed Diamond, a psychotherapist in Berkeley, Calif., and author of The Male Menopause.

"Many guys would rather die than admit that their erections [aren't what they were] or that they've been suffering mood swings. They want to appear invulnerable."

Andropause experts recommend all men over the age of 50 get their testosterone checked with a blood test - much like the way cholesterol levels are measured - every few years to detect any unusual changes.

If testosterone levels dip, they can be easily restored with testosterone-replacement therapy, which ranges from shots to patches to the new AndroGel.

Gelles - who participated in the initial studies on AndroGel and has been on the drug since 1997 - says testosterone therapy transformed his life.

MALE MENOPAUSE MAY BE NO MYTH The New York Post April 14, 2000, Friday

"I finally feel on an even keel," he says. "I started on a monthly testosterone shot in 1993, at the age of 50, but when the effects of the shot wore off at the end of each month, I'd experience very bad mood swings."

He then tried the testosterone patch, which left painful red rashes on his skin, before he heard about the clinical trials for AndroGel.

New York doctors say they're worried about men like Gelles who take testosterone-replacement therapy, citing a link between testosterone therapy and prostate cancer as well as cardiovascular disease and liver damage.

"I'm worried that now doctors will start giving out testosterone therapy indiscriminately to men who really don't need it and unnecessarily endanger men's health," Roginsky says.

STUDIES have shown that high levels of testosterone can adversely affect levels of HDL, or "good" cholesterol in the body.

It may also stimulate the growth of prostate cancer. "I give less than five percent of the men I see testosterone-replacement therapy-the risks are just too great," says Goldstein.

"By age 75, 75 percent of all men have prostate cancer. Testosterone probably won't cause it, but it can take a latent cancer and make it grow into an aggressive, dangerous cancer."

Researchers are developing SARMS (selective androgen receptor modulators), a form of testosterone that does not have the same harmful effects on the prostate, but these new drugs may be years away, says Cunningham.

Meanwhile, there's help for the libido-less who are nervous about testosterone therapy-Viagra rival Uprima, a new impotence pill, should be approved by the FDA in the next couple of months.

**GRAPHIC:** -HAPPY CUSTOMER: Don Gelles, who began with testosterone shots, has since switched to AndroGel. "I finally feel on an even keel," he says.  Susan Goldman

-MIND GAME: Dr. Marc Goldstein of Manhattan believes male menopause is all in the head.  N.Y. Post: Jim Alcorn

**LOAD-DATE:** April 15, 2000

# Exhibit 6



1 of 1 DOCUMENT

Copyright 2000 The Atlanta Constitution
The Atlanta Journal and Constitution

April 18, 2000, Tuesday, Home Edition

**SECTION:** Features; Pg. 2C

**LENGTH:** 798 words

**HEADLINE:** The Newsstand: Oprah focuses on the big picture

**BYLINE:** Don O'Briant, Staff

**SOURCE:** CONSTITUTION

**BODY:**
Most women's magazines have dozens of articles about how readers can change their hairstyles, improve their relationships or redecorate on a budget. O, the Oprah Magazine ($ 2.95) tells women how they can change their lives.

Debuting Wednesday with a circulation of 1 million, O is essentially all Oprah Winfrey, all the time. The issue's 318 pages are crammed with inspirational confessions of women who have overcome racism, poverty and other barriers.

Among the stories is Winfrey's exclusive interview with Camille Cosby, the first she has granted since the death of her and husband Bill Cosby's son, Ennis. Other highlights are excerpts from Jewel's diary; Oprah's list of books that changed her life; the "O List," Winfrey's personal recommendations for everything from potato chips to a pair of $ 250 shoes; and regular columns on finances and relationships.

The magazine is user-friendly, with blank spaces on some pages for notes on improving yourself and "Oprah to Go" tear-out cards with words of wisdom. In addition, every issue will have an opening column by Winfrey, "Let's Talk," and a closing page by her, "What I Know for Sure."

"This is the defining question in my life," Winfrey writes. "How do you use your life to best serve yourself and extend it to the world?"

Gilt trip: Money is the hot topic in magazines this week. Who's got it, and will the turbulent stock market let them keep it. The New Yorker ($ 3) devotes its entire issue to the green stuff, with an excellent profile of Federal Reserve Board Chairman Alan Greenspan and entertaining pieces on everyone from a Taco Bell employee to a New York lottery winner.

Performance artist John Falcon is the lucky guy who won $ 45 million, but, as writer Rebecca Mead notes, he's about to find out whether money really will buy happiness.

The Newsstand: Oprah focuses on the big picture The Atlanta Journal and Constitution April 18, 2000, Tuesday,

For years, Mead writes, Americans have believed that hard work was the true way to success. Now, in the Regis Philbin era, "the idea that you might luck into wealth, rather than earn it, has started to seem strangely plausible."

In other money matters, Newsweek ($ 3.50) speculates about the end of the bull market and columnist Jane Bryant Quinn explains why "buy and hold" may not be the best strategy.

Daveheart: Esquire's ($ 3) Bill Zehme does a post-op examination of David Letterman and discovers that Dave indeed does have a heart, that he has been haunted by his father's early death, and that he and late-night rival Jay Leno haven't spoken in eight years. Other than that and the fact that Letterman seems more relaxed, Zehme uncovers little that we didn't already know. One of Letterman's fears, Zehme writes, was that Leno would use Dave's surgery as an excuse to do an hour of Letterman reminiscences with Larry King.

Man enough: Whether it's Viagra or Prozac, baby boomers are always searching for the next quick fix for their problems. Time ($ 3.50) reports that the next trendy thing is a testosterone ointment called AndroGel, which will be available by prescription this summer. Even women are interested in getting the stuff, says writer Richards Lacayo. Testosterone, by the way, is the substance that increases aggressiveness and the sex drive, helps build muscle mass and causes men to channel surf.

The other side of Brooke: In a cover story in The Advocate ($ 3.95), actress Brooke Shields opens up about her lesbian roles, Andre Agassi's homophobia, and the gay couple who raised her. "When I say I was raised by my godmothers, it was my mom, my godmother, and a couple, Hank and Richard. In all the pictures, one of them is holding me."

Anniversary edition: Essence ($ 2.75) celebrates its 30th birthday with a tribute to African-American women who have distinguished themselves, from civil rights pioneer Charlayne Hunter-Gault to 30-year-old novelist Edwidge Danticat. Included are essays by Maya Angelou, actress Ruby Dee and actress Queen Latifah.

X-spot: Poor Gen-Xers. They were warned that they'd be worse off than their parents, but nobody told them they would be outdone by their younger, high- tech siblings. New York ($ 2.99) looks at 35-year-olds who are going through midlife crises. And, to add to Gen-Xers' anxiety, the magazine offers a Who's Who of under-35ers who've already made it. For example, "American Beauty" director Sam Mendes is 34, and Newsweek Managing Editor Jon Meacham is 30.

Out of the ashes: Cigar Aficionado ($ 4.95) isn't just about cigars anymore. Partly in response to "maturing" cigar sales, editor and publisher Marvin R. Shanken has expanded the focus to cover a range of men's lifestyle topics. Included in the May/June issue are articles about great spas, killer golf courses and Kevin Bacon, and an essay by Erica Jong on her life with dogs.

E-mail: dobriant@ajc.com

**LOAD-DATE:** April 18, 2000

# Exhibit 7



1 of 1 DOCUMENT

Copyright 2000 Newark Morning Ledger Co.
All Rights Reserved

The Star-Ledger (Newark, New Jersey)

April 25, 2000 Tuesday
FINAL EDITION

**SECTION:** BODYSHOP; Pg. 6

**LENGTH:** 1993 words

**HEADLINE:** The essence of manhood

**BYLINE:** Louise D. Palmer, NEWHOUSE NEWS SERVICE

**BODY:**

To some, testosterone is the stuff that fuels men's desire for too many girls, guns, fast cars and fistfights. But it's also considered the power potion that makes the man, gives him his virility, sexuality, potency.

It's a touchy subject, which helps explain why it's okay to talk about hot flashes and plunging estrogen levels while the subject of male menopause remains taboo - even for many doctors. Never mind the issue of hormone replacement therapy for men.

Yet the fact is that testosterone - the hormone that controls libido, energy, focus, bone density and muscle strength - is ebbing slowly but persistently from the bloodstreams of tens of millions of men as they age. Beginning at age 40, researchers say, the average male loses about 2 percent of his testosterone each year, a significant decline over time.

Even so, specialists say most doctors do not routinely check testosterone levels, do not know how to measure the hormone properly, think male menopause is just a code word for mid-life crisis and take a dim view of therapies that replace or stimulate testosterone production.

In pockets of the medical establishment - in private offices, online chat rooms and the laboratories of academic institutions - conventional wisdom is being challenged by a growing cadre of practitioners and researchers convinced that testosterone is key to extending an aging man's good health and quality of life. Talk of testosterone is everywhere from the cover of Time to essays in highbrow publications.

"I see a miracle every day," said Eugene Shippen, a Reading, Pa., physician who documented results of a decade of male hormone replacement therapy in his book, "The Testosterone Syndrome." "Testing for, and treating, low testosterone levels is the single most powerful tool we have for protecting men's health as they age."

Researchers say 30 to 60 percent of the male population over age 65 suffers from hormonal deficiencies. Many

The essence of manhood The Star-Ledger (Newark, New Jersey) April 25, 2000 Tuesday

doctors, however, reject testosterone replacement because they know too little about it or because they believe the long-term risks are still unclear.

"There is certainly not enough data to suggest that men over the age of 50 should be given testosterone replacement, similar to what is recommended to women in this age group," Andre T. Guay, an endocrinologist specializing in male hormones, wrote in a paper delivered recently to the Academy of American Endocrinology.

Eric K. Seaman, a urologist who practices in West Orange, agrees with Guay.

"From a urologist's point of view, if a patient notices a decreased ability to perform sexually or a decreased sex drive, we will check serum testosterone," Seaman said. "If we cannot find an underlying medical cause for a low testosterone level, supplemental testosterone may be one form of treatment." Seaman cited Klinefelder's syndrome, where a man has an extra X chromosome, as being one case where supplemental testosterone can be helpful.

The endocrinology academy does not recommend any treatment for andro-pause, as male menopause is sometimes called, said Richard A. Dickey, its president.

Resistance to hormone replacement therapy for men is also rooted in the belief that the loss of testosterone is normal, not pathological, experts say.

Andropause debate

Testosterone replacement proponents, however, say this view reflects old dogmas that prevent doctors from seeing the obvious: Andropause exists, with a clear list of symptoms and a range of treatment options.

Phillip Ginsberg says his colleagues thought he was crazy when he started the Male Menopause Clinic at Albert Einstein Medical Center in Philadelphia. After conducting a survey of the center's doctors, Ginsberg, chief of urology, found out why: Only 15 percent reported they felt adequately trained to identify and treat andropause.

"There is definitely something going on with all these symptoms - decreased libido, decreased bone mass, low energy, more body fat, trouble concentrating - and I think it has to do with a decrease in available testosterone," Ginsberg said.

It is, after all, undisputed that normal testosterone levels are linked to good health in men, while low levels are associated with a range of illnesses from heart attacks to osteoporosis, said Ronald Swerdloff, a leading researcher on testosterone and chief of endocrinology at Harbor-UCLA Medical Center in Los Angeles.

Swerdloff advocates caution and more research. But he also maintains that men - whether young or old - with below-normal testosterone levels should be treated.

Men like 55-year-old Rick Ball agree.

Ball was a paragon of health and vigor his whole life, a meditator, low-fat dieter and ex-jock. But in his early 50s, he noticed it was taking him a full day to recover from his bicycle rides, his sex drive was going south and he didn't feel, in his words, like "kicking butt" anymore.

Ball discovered by doing his own research that his testosterone levels had fallen below normal. To boost them, he started a regimen of drugs, herbs and high-nutrient foods. Within weeks, Ball says, he came roaring back to life, with energy he hadn't experienced in years. After workouts, instead of feeling drained, he felt like a bear. He put on weight and his libido bounced back.

His regular doctor had found Ball's "total" testosterone levels normal, but endocrinologists say these tests are inaccurate. The best indication is "bioavailable" testosterone - the amount of hormone freed up for use in the blood. By

The essence of manhood The Star-Ledger (Newark, New Jersey) April 25, 2000 Tuesday

that measure, Ball's endocrinologist confirmed that his levels were far below normal.

Ball used the Internet to find Rick Cohen, a physician whose Boston-area practice focuses on testosterone deficiency in middle-aged men. Cohen did some testing and analysis of Ball's health before coming up with a plan.

Diagnosis is tricky, Cohen says. Stress, alcohol, smoking, high-fat diets and disease itself all can lower testosterone levels. Further complicating things is the wide range for "normal" total testosterone levels - between 200 and 1,000 billionths of a gram per deciliter of blood. A high-testosterone male, for example, would be considered deficient if he tested at 400 after having spent most of his life at the 700 level.

Cohen's methods of boosting hormone levels include low-fat, nutrient-rich diets and special exercise regimens, because certain kinds of fat in the body block hormone receptor sites. He also recommends herbs (such as saw palmetto), and vitamins and minerals (including zinc), which are believed to keep the prostate gland healthy. And finally, Cohen prescribes a number of drugs, including some used in fertility treatments, designed to kick the testes into high gear.

Cohen and Shippen say testosterone replacement is the measure of last resort, and should be given only to men who have not responded to these treatments or whose testes' production of testosterone has simply shut down.

Testosterone replacement also is used to boost the health of people with HIV/AIDS, and in combination with estrogen replacement therapy for post-menopausal women whose libidos are flagging. The hormone is delivered via patch, pellet, injection and, now, following recent approval by the federal Food and Drug Administration, a gel called Androgel.

"I would do this again in a heartbeat," Ball said. "You can acquiesce to the gradual loss of faculties which we all experience, or you can do something about it. You have to be aware that you are stopping the natural state of affairs. Who knows what the outcome will be ..."

Not knowing the outcome, however, is a red flag for many doctors, who in Swerdloff's words don't know "whether 30 years of testosterone treatment will be awful, so-so or wonderful for men as they age."

As a treatment

But more doctors are exploring what testosterone can do for their patients.

Barry Seidman, chief of urology at Overlook Hospital in Summit, said one session of the American Urology Association conference in Atlanta next week will focus on andropause and testosterone therapy.

"Urologists have treated specific problems related to sexual dysfunction - pituitary in sufficiency, hypofunction of testicles (underactive testicles) - with testosterone. But using it to treat overall male aging is an idea that's just now coming to the forefront."

Seaman rejects the term "andropause" as "nice in terms of PR, but there is not an event in a man's life where he is going to stop producing hormones the way women do when they enter menopause. What's called andropause doesn't happen to every man."

And doctors point to three areas of concern:

The first is the prostate. Although there is no evidence to suggest testosterone replacement causes prostate cancer, it is clear that boosting the hormone level speeds up the spread of cancer if it is already present. Because prostate cancer is so common among older men - and so difficult to detect - this is a worry.

"There's more intuition than evidence to support this," Seaman said. "If you remove testosterone from men, the

The essence of manhood The Star-Ledger (Newark, New Jersey) April 25, 2000 Tuesday

prostate shrinks. If you remove it from men with prostate cancer, most of the time the cancer will slow down."

Testosterone treatment also may worsen prostate enlargement, which can block the urinary tract, doctors say. It can also shrink the testes and effectively shut down their own testosterone production, which is no longer needed.

These problems may occur anyway as men age. What's missing is specific data measuring whether testosterone therapy increases risk.

Another worry is that raised levels of testosterone increase the kind of cholesterol that contributes to heart disease. But doctors and researchers say this is misleading in the face of overall research showing that normal to high levels of testosterone protect the heart.

For example, the Massachusetts Male Aging Study, a long-term epidemiological study widely regarded as reliable, showed that men with the healthiest hearts and the lowest incidence of many diseases were those with the highest testosterone levels.

Shippen says he is convinced that keeping testosterone flowing is key to cardiovascular health.

Swerdloff notes that though there are no specific, long-range studies of the effect of testosterone replacement therapy on older men, epidemiological studies together with research on hypogonadism - a condition in men with severe testosterone deficiency - illustrate the hormone's role in maintaining health.

Hypogonadal men experience a decrease in lean body mass, muscle function, bone mass, sexual function, cognition and feelings of well-being. Research shows that testosterone replacement has a positive effect on most of these symptoms, says Alvin Matsumoto, associate director of the Geriatric Research, Education and Clinical Center at the Veterans Affairs/Puget Sound Health Care System in Seattle.

"So it is reasonable to ask whether replacing testosterone to normal, younger levels in older men would do the same," Matsumoto said. "All studies so far suggest that it has been effective, but the samples are small and are based only on three years of data.

"The bottom line is, we don't know. All we can say is there are possibilities and tantalizing evidence that testosterone replacement is effective."

In the absence of complete, long-term studies, advocates of treatment say it is up to the doctor and patient to weigh risks against benefits.

"Some go so far as saying aging is normal," Matsumoto said. "But a loss of testosterone is a loss, and it is dangerous to say "I accept my decline, I'll go out slowly.' What we must try to do is enhance the quality of life for the remaining years.

"There is even less evidence for this, but there is a subset of older people who become frail. They break a hip, get pneumonia, depression, a whole constellation of things go wrong. That is the subset who take up the majority of health care problems."

Matsumoto said, "If you can stop their decline (with testosterone), maybe you can prevent their frailty, and that would be wonderful."

**GRAPHIC:** 1. Eugene Shippen, a Pennsylvania doctor and author of "The Testosterone Syndrome," believes testosterone is the single most effective tool to keep aging men healthy. 2. Androgel is a hormone-boosting substance that raises circulating testosterone levels when applied topically to the skin. 3. Eric K. Seaman, a West Orange urologist, says testosterone replacement may be an option when doctors cannot find an underlying cause for a low

The essence of manhood The Star-Ledger (Newark, New Jersey) April 25, 2000 Tuesday

testosterone level.  4. At left, 55-year-old Rick Ball underwent a variety of treatments to boost his flagging testosterone levels and saw his strength, libido and mood bounce back.

**LOAD-DATE:** April 16, 2007

# Exhibit 8



1 of 1 DOCUMENT

Copyright 2000 The Washington Post

The Washington Post

The Washington Post

May 27, 2000, Saturday, Final Edition

**SECTION:** A SECTION; Pg. A01

**LENGTH:** 1682 words

**HEADLINE:** Hormone Gel Stirs Debate; New Testosterone Treatment: Source Of Youth, or Risk?

**BYLINE:** Marc Kaufman , Washington Post Staff Writer

**BODY:**

Allan Smaul was in his late fifties and frequently felt pooped. He wasn't exactly depressed, but he wasn't feeling much joy or pep either. The always pleasurable intimacy with his wife was bogging down, too.

But then Smaul was diagnosed with abnormally low levels of testosterone, and he enrolled in a study testing a new form of that quintessentially male hormone--responsible for beards, deep voices, the male sex drive and, researchers increasingly believe, male behaviors ranging from concentration to aggressiveness.

"I'd say my physical and mental outlook are 100 percent better now," said the 61-year-old Southern California auto accessories salesman after 18 months of rubbing a small amount of testosterone gel into his shoulder every day. "My love life is back and I couldn't be more pleased."

The number of American men who have Smaul's experience could increase sharply beginning next month, when distribution begins of the new and easier-to-use gel form of testosterone, called AndroGel. Some researchers are predicting testosterone treatment will become for men what estrogen treatment is for women--a way to stave off age-related declines. Its manufacturer certainly intends to advertise it that way.

"If testosterone replacement treatment proves effective in the ways we think it will--in terms of decreasing frailty and improving libido and mood--then the number of people out there interested in being treated will probably be quite significant," said Ronald S. Swerdloff of the Harbor-UCLA Medical Center.

Hormone Gel Stirs Debate; New Testosterone Treatment: Source Of Youth, or Risk? The Washington Post May 27, 2000, Saturday, Final Edition

But with this promise of restoration has come serious concern that millions of men with normal testosterone levels for their age will start using a treatment that can affect them in unpredictable ways.

Testosterone is a powerful steroid--dangerous enough to be designated a Schedule III controlled substance--and it has some clear health risks and potential for abuse. While the FDA has approved the drug to treat low testosterone levels, doctors can prescribe it "off label" to anybody.

"The science is just not there on testosterone," said John McKinlay, director of the New England Research Institutes, which has conducted the nation's largest epidemiological study of male aging and has found little correlation between testosterone levels and ongoing health.

"We've already been through this kind of debacle with estrogen, where women were given the hormone to treat menopause symptoms but it is turning out to be cancer-causing," he said. "The pharmaceutical industry seems hellbent on ignoring that history and doing it again with testosterone."

With so many American men reaching age 50, the attraction of a hormone treatment that holds the promise of restoring a certain youthfulness and zip is obvious--especially since early reports from men like Smaul have been encouraging.

While testosterone has been on the market for years--taken, for instance, by bodybuilders to grow muscles and by AIDS patients to combat frailty--its popularity has been limited by the difficulties and discomforts associated with the syringes and patches generally used to administer it.

The Food and Drug Administration in February approved the gel form for men over 18. Swerdloff was principal investigator in the nation's largest clinical trials for the new testosterone gel, made by Unimed Pharmaceuticals, and has concluded it can "significantly improve lives."

The FDA estimates that 4 million to 5 million American men have low testosterone levels, or hypogonadism. Only about 5 percent are treated for it, and testosterone makers are working hard to change that.

The prospect of millions of new testosterone users has also touched off a debate over what is the normal and appropriate testosterone level for older men. (Women also produce testosterone, but at levels considerably lower than men, and the new treatments have not yet been tested or approved for them.)

Researchers have long known that testosterone levels in men increase sharply in their mid-teens, peak in their twenties and thirties, and begin a steady decline after that. Is it really necessary or appropriate, some are asking, for a 65-year-old man to have his testosterone levels restored to what was coursing through his veins at 25?

"This is an area of importance and great public interest, but the truth is we really don't know that much yet about the effects of this treatment," said Stanley Slater, deputy assistant director of the National Institute on Aging (NIA), who has helped oversee six testosterone studies supported by the agency. "We really don't know what a normal testosterone level is for older men, and we certainly don't know what is optimal. . . . This is a very high-stakes situation."

Research has shown that while some men are helped by testosterone treatment, men with normal testosterone levels get little or no benefit from additional hormone treatment, and just as much risk, Slater said.

"Will this be a fountain of youth for older men?" he asked. "No, it seldom works out that way."

Because of the public interest and the unanswered questions, the NIA will soon convene an advisory committee on testosterone treatment. The group will also be asked to recommend what kind of long-term testosterone studies the NIA and the federal government should be sponsoring.

A primary concern about testosterone use is the hormone's well-established ability to increase the spread of prostate

Hormone Gel Stirs Debate; New Testosterone Treatment: Source Of Youth, or Risk? The Washington Post May 27, 2000, Saturday, Final Edition

cancers, which are common in older men. While epidemiological studies have not established a direct connection between testosterone treatment and increased incidence of prostate cancer, some researchers believe the likelihood is high that a link will be found if the hormone treatment becomes widely popular.

Testosterone has also been associated with infertility, and is used as a male birth control agent in some countries. Taken in high-dosage pill form, it has been linked to liver disease in men and is generally not recommended.

Testosterone treatments require a prescription and are most commonly used by men whose secretion of testosterone has been impaired through disease, injury or radiation. Most of the men believed to have low testosterone, however, are men over 60 whose testes have simply reduced their hormone production. Researchers have also found that the testosterone circulating in older men is more likely to be bound to proteins and consequently less available for the body's use.

That natural process of testosterone reduction has been labeled by some as male menopause, or andropause, and there is considerable debate about whether it is a bona fide medical condition.

A recent edition of the British Medical Journal, for instance, featured articles by medical researchers with different views of the subject. A team from the WellMan Clinic in London argued that easily fatigued men showing symptoms of depression, decreased libido, erectile dysfunction and flushes and sweats should be tested for low testosterone and treated if necessary. As many as 50 percent of men over age 50, they report, are significantly lacking in bioavailable testosterone when compared with young men at their testosterone peak, and that constitutes a treatable medical decline.

But Howard Jacobs of the Middlesex Hospital in London responded that the existence of a distinct "male menopause" is "at best suggestive," and that the long and slow decline in male testosterone production bears few similarities to the sudden changes associated with female menopause. He also said that diabetes and low thyroid gland output are the most common endocrine disorders in older men, that they can have similar symptoms as low testosterone, and are relatively easy to treat.

Nonetheless, the concept of a "male menopause" is catching on. Phillip Ginsberg, chairman of the urology department at the Albert Einstein Medical Center in Philadelphia, runs a male menopause center and believes there is a clear and distinct medical phenomenon.

He said that many of his patients scheduled appointments after the male impotence pill Viagra made erectile dysfunction more acceptable to discuss. Almost a quarter of the men were found to have low testosterone levels, he said, and improved with hormone treatment.

"Almost to the man, they felt stronger and more vibrant, they gained weight and had an increased libido and sexual appetite" after receiving testosterone, Ginsberg said. Researchers have also concluded testosterone helps protect against osteoporosis, as well as increasing muscle mass.

Responses such as these have encouraged researcher Swerdloff and others to view low testosterone levels in older men as a potential problem and part of an unnecessary decline--rather than as something normal and actually beneficial for older men, as some researchers have proposed.

"Medicine has made great progress in helping older people live longer and stay healthier, and this means there are many, many older people looking for ways to improve the quality of their later lives," Swerdloff said.

But the improvement will not be cheap. Unimed, a subsidiary of Solvay Pharmaceuticals of Belgium, plans to price its daily gel packets at $ 4 to $ 5. That means testosterone treatment could cost as much as $ 1,750 a year, plus costs for testing. Insurance has generally covered the treatment in men with low testosterone, company officials said.

Robert E. Dudley, Unimed's chief executive officer, said the company will be advertising first to doctors and may

Hormone Gel Stirs Debate; New Testosterone Treatment: Source Of Youth, or Risk? The Washington Post May 27, 2000, Saturday, Final Edition

use direct-to-consumer advertising later. "We have every intention," he said, "to make sure the general population knows about testosterone."

Last year, Americans spent a total of $ 76.7 million on testosterone products, according to IMS Health Inc., which collects data on drug sales.

"Because testosterone is so bound up in the male persona, the maleness of us, people don't like to talk about it," Dudley said. "Personally, I hope one thing coming out of this new interest in testosterone is that men will take their sex hormone levels seriously, as women have."

**LOAD-DATE:** May 27, 2000

# Exhibit 9



1 of 100 DOCUMENTS

Copyright 2000 Knight Ridder/Tribune News Service
Knight Ridder/Tribune News Service
The Philadelphia Inquirer

May 25, 2000, Thursday

**SECTION:** DOMESTIC NEWS

**KR-ACC-NO:** K2429

**LENGTH:** 1089 words

**HEADLINE:** Move over, Viagra. The he-hormone is coming out in a gel

**BYLINE:** By Shankar Vedantam

**BODY:**

PHILADELPHIA _ After his shower each morning, 60-year-old Kenneth Albrecht tears open a packet, squeezes out a colorless gel, and smears it over his shoulders and abdomen. Within minutes, the testosterone vanishes into his skin.

Albrecht, a resident of Medford, N.J., who formerly worked for Philadelphia's health department, thinks no more about it, but the effects of the he-hormone stay with him all day: He has more energy, can stay up late, and, as he puts it, does "pretty well in the sack."

Move over, Viagra. In mid-June, the gel that Albrecht has helped test will hit pharmacies nationwide, promising relief for men with conditions that cause low testosterone _ and boosting the muscles and egos of healthy men who find ways to obtain the prescription drug.

"I was always tired," Albrecht said of why he sought help. "I would come home and fall asleep in the chair before dinner and fall asleep after dinner."

Doctors diagnosed him with low testosterone levels caused by a pituitary disorder.

"I feel much better," he said, explaining that he had been on testosterone for three years, first on the patch and then on injections.

He said he no longer has "the problem of nodding off at the drop of a hat" and has intercourse twice a week, proof that his interest in sex has been rejuvenated.

In a culture that celebrates daring and derring-do, muscles and machismo, testosterone holds near-mythic qualities. It is the measure of maleness, the fuel for rippling physiques, the fountain of virility.

Move over, Viagra. The he-hormone is coming out in a gel The Philadelphia Inquirer May 25, 2000, Thursday

On the down side, it has been blamed for men's appetite for war and the impetuousness of teenage boys."Every difference that you can possibly think of between a man and a woman is due to testosterone," said Peter Snyder, a University of Pennsylvania endocrinologist who helped conduct a study of the gel _ which will be sold under the brand name AndroGel.

Like Viagra, there is an aspect of testosterone that makes the gel a "lifestyle" drug: It can change the lives of the healthy as well as the sick. Decreased levels of the hormone, Snyder said, can lower energy, sex drive, muscle mass and bone density while increasing fat.

Boosting testosterone can build muscle and boost libido _ and how many men will ever say they have enough of either? Some bodybuilders and athletes already illicitly use testosterone, and others are likely to be drawn by the convenience of the gel.

The gel is also likely to appeal to aging baby boomers attempting to re-create the days of their virile youth and by other healthy men of all ages and sizes who want to put some Schwarzenegger in their step.

It all sounds good, but, wouldn't you know it, there are risks.

Doctors say supplements for a man with normal levels of the hormone will shut down his own production of testosterone. Taken in large amounts, the hormone can cause infertility, since sperm production depends upon the body's testosterone production. In adolescents, testosterone supplements could stunt growth.

By far, however, the biggest dilemma is whether the drug should be used by healthy elderly men, whose testosterone levels decline naturally with age _ and whose numbers make them a gigantic potential market.

Bob Dudley, president and CEO of Illinois-based Unimed, which is marketing the gel, said the market included the "20 to 25 percent of men in their late 50s and 60s" who have low testosterone levels.

"There is a greater awareness and acceptance among men to talk about and recognize that testosterone levels decrease with age and [that] there is something you can do about it," he said.

The demographics, Dudley added, are skewed toward men who want to "age successfully."

He acknowledged that there are risks but said new research indicates that they have been overstated. He also said "the interesting, larger market" includes women _ who could boost their libido with low doses of testosterone.

Scientists aren't as sure.

"It would be premature to say testosterone replacement in older men is warranted as public policy," said Shalender Bhasin, an endocrinologist and testosterone expert at the University of California in Los Angeles.

"We don't have the data showing it's safe. There may be several beneficial effects, and it may decrease the risk of fracture, but the studies that show this haven't been done."

The controversy over testosterone resembles the debate over whether older women should take estrogen supplements.

"The male field is 30 years behind the estrogen-replacement field in women," Bhasin said. "The risk-benefit ratios remain uncertain."

Testosterone, Snyder and other endocrinologists said, might increase the risk for prostate cancer as well as for benign prostatic hyperplasia, a condition in which the prostate gland gets bigger and affects urine flow. Both are major public-health problems.

Move over, Viagra. The he-hormone is coming out in a gel The Philadelphia Inquirer May 25, 2000, Thursday

On average, active testosterone levels in men decline as much as two-thirds between the ages of 20 and 80.

"Maybe [this decrease] is protective," Snyder said. "It might be something that is good. It might be physiologic rather than pathologic."

Last year, Snyder published a study on the effects of testosterone on the bone density of older, healthy men. Stephen Kosiak, 71, of Ardmore, was one of the volunteers.

"I thought I would try to see if it would improve my general well-being," Kosiak said, explaining that while he was not looking for "the fountain of youth or anything like that," he wanted something that could make him feel better.

Testosterone did just that.

"I felt a little more energy," he said. "I just felt better."

The study showed that the testosterone supplements boosted bone density _ but only in those men with very low levels to start with.

Kosiak stopped taking the testosterone two years ago, when the study ended. Will he seek it out again when the gel gets approved?

"I'm kind of leery," Kosiak said. "When I was at Penn, I had a lot of experts watching me" for prostate problems. Now, "if I go to a medical practitioner, he doesn't have that kind of backup."

In approving AndroGel in February, the FDA did not exclude the use of testosterone in elderly men. But the agency said it should not be used by men who had prostate problems or were suspected of being at risk.

Whatever the experts advise, the mythology around testosterone may prove irresistible. As Bhasin said, "the public interest is way ahead of the science."

PHOTO.

(c) 2000, The Philadelphia Inquirer.

Visit Philadelphia Online, the Inquirer's World Wide Web site, at http://www.philly.com/

**JOURNAL-CODE:** PH

**LOAD-DATE:** May 25, 2000

# Exhibit 10



2 of 2 DOCUMENTS

Copyright 2000 Times Mirror Company
Los Angeles Times

June 5, 2000, Monday, Home Edition

**SECTION:** Health; Part S; Page 1; View Desk

**LENGTH:** 1516 words

**HEADLINE:** IT COULD HAVE YOU FEELING LIKE A NEW MAN;
 LOW TESTOSTERONE CAN DEPLETE A MAN'S LIBIDO, BONE DENSITY AND ENERGY LEVELS. THE MAKERS OF ANDROGEL SAY THE DRUG COULD BE A BOON TO THOSE LACKING IN THE HORMONE, BUT THERE ARE FEARS OF MISUSE.

**BYLINE:** SHARI ROAN, TIMES HEALTH WRITER

**BODY:**

A new medication arriving in pharmacies this month is raising the possibility of widespread hormone replacement therapy for men--much like for post-menopausal women--even as it raises fears about misuse.

The product, a gel form of testosterone called AndroGel, is approved for use in men with abnormally low levels of testosterone.

Currently, only about 150,000 to 200,000 men are being treated for low testosterone, although the advent of AngroGel could boost that number to 5 million.

But because AndroGel represents the first simple and relatively safe form of testosterone replacement therapy, it is also generating discussion on testosterone as a major component of health and well-being throughout a man's life span.

"Just as Viagra provided a simple way to deal with erectile dysfunction and brought the whole issue out in the open, I think a similar thing is going to happen by having an easily available testosterone preparation," says Jed Diamond, a Willits, Calif., psychotherapist and expert on changes in men's health at midlife. "It will extend this dialogue on men's health."

Testosterone is a naturally occurring steroid produced by the bodies of both men and women. But it's best known for supplying men with the classic, predominantly male traits of strength, aggression and virility.

Low testosterone, called hypogonadism, has numerous causes, including the loss of the testicles to testicular cancer, pituitary disorders, a genetic disorder called Klinefelter syndrome and normal aging.

IT COULD HAVE YOU FEELING LIKE A NEW MAN; LOW TESTOSTERONE CAN DEPLETE A MAN'S
LIBIDO, BONE DENSITY AND ENERGY LEVELS. THE MAKERS OF ANDROGEL SAY THE DRUG COULD
BE A BOON TO THOSE LACKING IN THE

Low testosterone causes diminished interest in sex, impotence, reduced lean body mass, decreased bone density and lowered mood and energy levels. In short, it can make a man feel like a greatly dimmed version of his former self, says Robert E. Dudley, chief executive of Unimed Pharmaceuticals in Deerfield, Ill., the manufacturer of AndroGel.

"A lot of men have learned to live with being hypogonadal" because of a limited array of treatment options, Dudley says.

Until now, men with hypogonadism were treated with deep-muscle injections, which are painful and cause the hormone level to peak after three days and then decline erratically during the two weeks before the next shot.

Skin patches that release testosterone into the blood have been the most popular treatment option. But about 20% of men have allergic reactions to the patches. And the patches sometimes do not adhere well.

AndroGel, approved by the U.S. Food and Drug Administration in February, uses the skin as a reservoir to release a steady amount of testosterone into the bloodstream. It is a colorless, topical gel that men apply once daily to the shoulders, upper arms or abdomen. The price for AndroGel has not been set, but it is expected to cost about $ 100 a month, similar to the cost of skin patches, Dudley says.

Steroid May Ward Off Osteoporosis

Studies showed that, besides alleviating the typical symptoms of hypogonadism, AndroGel might help prevent male osteoporosis, which affects about one in five men in old age and can be devastating to very elderly men. Those who suffer hip fractures have a higher death rate than women with the same injury.

"Much to our delight and surprise, within six months of treatment we were able to show an improvement in bone mineral density, which was particularly pleasing because many of the subjects had been on other testosterone products which had not produced evidence of new bone growth ," says Dr. Ronald S. Swerdloff, chief of endocrinology at Harbor-UCLA Medical Center and the principal researcher on the clinical trials of AndroGel.

There are risks associated with AndroGel, however, including the possibility that the substance could be transferred to another person by vigorous skin-to-skin contact, causing side effects such as hair growth or acne in the untreated person. Testosterone can also cause fetal harm if absorbed by a pregnant woman.

While those complications are rare and can be avoided if the gel is used carefully, men receiving any long-term testosterone therapy face other risks, including higher rates of prostate enlargement and prostate cancer. Testosterone replacement therapy is not recommended for men with breast or prostate cancer.

Men without prostate cancer can take testosterone but should have their prostates checked on a regular basis.

"There is no evidence to this point that testosterone causes prostate cancer," Swerdloff says. "But if you have prostate cancer, the testosterone will cause it to grow.".

There is also mixed evidence on whether testosterone replacement therapy is good or bad for the heart. AndroGel is not recommended for men with heart disease.

"Does it improve strength and bone, but then men will die of heart attack or prostate cancer? We don't know the answers to that," Swerdloff says. "This requires larger scale studies to answer that."

For middle-age men who are not at high risk for prostate disease, replacement therapy makes sense, doctors say.

Allan Smaul, a Reseda businessman, was among the first to try AndroGel as part of the clinical trials directed by Swerdloff. Smaul, 61, was diagnosed with diabetes two years ago, but still felt exhausted even after getting his diabetes under control.

IT COULD HAVE YOU FEELING LIKE A NEW MAN; LOW TESTOSTERONE CAN DEPLETE A MAN'S LIBIDO, BONE DENSITY AND ENERGY LEVELS. THE MAKERS OF ANDROGEL SAY THE DRUG COULD BE A BOON TO THOSE LACKING IN THE

"I went to the doctor and said that there was something else wrong with me," Smaul recalls. "My whole well-being--physically, mentally, emotionally--was run down. I just was not myself."

Smaul was diagnosed with low testosterone and volunteered to enter the AngroGel study.

Now, he says: "I could sell this stuff on the street. I noticed an improvement in my strength. I wasn't as tired. I wasn't depressed. Sexually, it has done wonders. It really has done a tremendous amount of good for me and my family, because they notice the difference in me too."

Experts like Swerdloff are both thrilled and worried about such delighted reactions to testosterone gel. Although patients like Smaul need it, other men who do not have clear-cut hypogonadism may benefit as well.

"The question that it leaves is, who do you treat? And if you treat people, what will be the balance of good and bad effects ?" Swerdloff says.

Measuring Baseline Levels Can Be Tricky

That question is difficult to answer, because doctors don't even have a good idea of what "normal" testosterone levels are, or how the decline of the hormone, beginning around age 30, contributes to the loss of bone, muscle, libido and energy by the time a man reaches retirement age.

Testosterone increases in puberty and peaks at about age 20 to 30 in the "normal" range of about 300 to 1,200 nanograms per deciliter (ng/dL) of blood and then begins to decline, especially after age 50. Testosterone levels vary widely among individuals, and even an individual's levels will vary somewhat from day to day, even hour to hour.

An estimated 20% to 30% of men over age 65 have low levels of testosterone, says Dr. Steven Petak, a Houston endocrinologist and chairman of the American Assn. of Clinical Endocrinologists' committee on hypogonadism.

"Most older men may have levels at what we could consider marginal but still in the normal range," he says. "How do we identify those men who would benefit as they get older? The majority of men will be borderline cases. There are widely varying estimates of the number of men who have low enough levels to justify treatment."

What may be more important than the actual testosterone level is the change in levels from their peak. But many men have never been tested and do not know what their peak testosterone levels were around age 25 or 30, says Unimed's Dudley.

"At age 60, my level might be 400. What was it when I was 40? Was it 800? That's a 50% decrease, and I might notice that. That's a question that we don't have a lot of data on."

And, adds Diamond, author of the 1997 book "Male Menopause": "We haven't measured testosterone in men, so we don't know that much about what is a normal level. What we need to be doing is have men get their testosterone levels checked at age 30 or 35 so we know at 45, 50, 60 what is going on with them. That change is a much more significant number."

Until there is more research on testosterone, AndroGel will not--and should not--become the Grecian Formula of men's health, something everyone over 45 is using to feel a little younger, experts say.

"I think it's very clear that AndroGel is only approved for use in men with low testosterone concentrations. And that is appropriate," Swerdloff says.

But will men demand more research to clarify the many questions surrounding testosterone replacement therapy the way women have for estrogen replacement therapy? A 1998 survey of 1,000 men found that 68% could not name a single symptom associated with low testosterone.

IT COULD HAVE YOU FEELING LIKE A NEW MAN; LOW TESTOSTERONE CAN DEPLETE A MAN'S LIBIDO, BONE DENSITY AND ENERGY LEVELS. THE MAKERS OF ANDROGEL SAY THE DRUG COULD BE A BOON TO THOSE LACKING IN THE

The baby boom generation, the first of whom are nearing retirement age, may well embrace the idea of hormone replacement therapy for men, Swerdloff says.

"We have an older population that is not wanting to retire. They want to be active and vigorous and do all the things they want to do."

**GRAPHIC:** PHOTO: The topical supplement AndroGel is approved for men with low testosterone. PHOTOGRAPHER: AL SEIB / Los Angeles Times PHOTO: (no caption) PHOTOGRAPHER: AL SEIB / Los Angeles Times; Illustration by STEPHEN SEDAM / Los Angeles Times

**LOAD-DATE:** June 5, 2000