# Exhibit 21



1 of 1 DOCUMENT

Copyright 2001 Sentinel Communications Co.
Orlando Sentinel (Florida)

May 6, 2001 Sunday, FLORIDA

**SECTION:** LAKE SENTINEL; Pg. 2

**LENGTH:** 530 words

**HEADLINE:** MENOPAUSE STRIKES MEN, TOO

**BYLINE:** Tait Trussell

**BODY:**

Menopause -- or change of life -- as women become too old to bear children can frequently be an agonizing and stressful time. But it's just one more cross that women have to bear. Right?

Right. But did you know there is male menopause? Yes, male menopause.

It's one of the "most underdiagnosed" ailments among older men, according to Dr. Charles Cartwright of Urology Associates of Lake County in Tavares. Cartwright is part of a group of Central Florida urologists trying to find new and better treatments for male menopause.

He has diagnosed and treated "hundred of cases" in his Lake County practice.

As men age, their production of testosterone drops off, which can lead to a decline in sexual drive or erectile quality.

But male menopause "has effects other than sexual," Cartwright points out.

For example, several studies in Europe have found that testosterone therapy provides an increase in mental processing ability. This would counteract one of the characteristics of male menopause, which can be a decrease in intellectual acuity.

An article recently published in the American Foundation of Urologic Disease found that some of the traits of male menopause, or andropause, are quite similar to those suffered by women when their reproductive cycle ends.

In contrast to menopause symptoms in women, andropause progresses slowly and often may be seen by the unpracticed eye as an unavoidable and untreatable result of aging.

The article said that, similar to female menopause, male menopause can cause mood swings, depression and anger, as well as decreased bone density. Other symptoms of male menopause are decreases in intellectual acuity and spacial

MENOPAUSE STRIKES MEN, TOO Orlando Sentinel (Florida) May 6, 2001 Sunday, FLORIDA

orientation, fatigue, decrease in lean body mass, an increase in fat, a decrease in muscle strength and a decrease in body hair.  The traits need not all be present. But the combination may well point to male menopause.

The problem can be detected in about 20 percent of men over age 60, the authors said.

Health problems affecting elders -- both men and women -- today, in order of frequency are heart disease, cancer, respiratory conditions, Alzheimer's disease and other dementias, arthritis and diabetes.

A large proportion of men with any of those diseases also will need urological treatment, the urologic disease foundation predicted.

And as Lake County's population of elder men increases, which is occurring at a rate faster than that of the state as a whole, we can expect to see more cases of male menopause here.

Current treatment options, Dr. Cartwright explained, include skin patches and gels. The article also mentioned oral tablets and implanted slow-release pellets.

Unimed Pharmaceuticals, which makes Androgel, states that as many as 5 million American men may have testosterone levels below normal. And "only 5 percent of these men are currently treated."

Injections of testosterone tend to provide uneven results. In contrast, Androgel, according to Cartwright, has the advantage of feeding testosterone into the blood cells at a steady pace. But it is more costly than testosterone shots. And Medicare doesn't pay for any portion of its cost, as it does for injections.

**COLUMN:** LIVING PROOF

**LOAD-DATE:** May 6, 2001

# Exhibit 22



1 of 1 DOCUMENT

Copyright 2002 McClatchy Newspapers, Inc.
All Rights Reserved
Sacramento Bee (California)

May 19, 2002 Sunday
METRO FINAL EDITION

**SECTION:** YOUR FAMILY; Pg. L1

**LENGTH:** 1002 words

**HEADLINE:** 'Mano-pause': Experts looking for treatments

**BYLINE:** Nancy Weaver Teichert Bee Staff Writer

**BODY:**

A midlife crisis conjures up images of older men with younger women and fast cars. Now, doctors are looking beyond that stereotype to find the medical causes and treatments of so-called "male menopause."

Just as unsettling as menopause is for women when their estrogen levels drop, men may experience their own change of life, possibly due to declining testosterone levels.

The U.S. Food and Drug Administration estimates that 4 million to 5 million men have a testosterone deficiency, but Dr. John Morley, a geriatrician and professor of medicine at Saint Louis University, believes the number is more like 10 million to 20 million.

Low levels of testosterone may be one factor in what author Jed Diamond of Mendocino County calls male menopause. Dr. Stanley Korenman of the University of California, Los Angeles, School of Medicine, calls it "mano-pause."

Symptoms may include a loss of sexual drive, physical strength, memory, bone density and sense of well-being.

"These are the things that drive you crazy in middle age," Morley said. "I'm not as strong. I don't think quite as fast as my younger cohorts."

The National Institute on Aging cautions that there is a vast range of what is considered "normal" testosterone production and that men may blame other health problems on hormone deficiencies.

But testosterone supplements are being marketed to men with the promise that they will make them feel younger, healthier and more virile.

'Mano-pause': Experts looking for treatments Sacramento Bee (California) May 19, 2002 Sunday

For men with a diagnosed deficiency, studies in the United States, Canada and Britain have shown there are benefits to testosterone supplements.

A recent article in the Journal of the American Geriatrics Society reported that older men with higher levels of naturally occurring testosterone performed better on mental ability tests than men with lower levels.

Men with chronic heart failure who took testosterone supplements were found to be less depressed and had improved mobility, according to a report to the British Endocrine Society.

"This is really an opportunity to improve the general well-being of the middle-aged and older male," Morley said of testosterone treatments. "This is a good treatment for the right man, but it's not for everybody."

While all women experience the loss of estrogen during menopause, some men - not all - experience gradually declining levels of testosterone.

The National Institute on Aging says preliminary studies are inconclusive, but it is investigating whether supplemental hormones can sharpen memory and help maintain physical strength and sexual desire.

Doctors who are supportive of testosterone therapy for men are concerned on two fronts. The majority of men who have a deficiency don't get diagnosed and treated. And others who don't need it may pursue the hormone as a fountain of youth.

Testosterone is a controlled substance that is available only with a doctor's prescription; it should be used under medical supervision.

Korenman studied the testosterone levels among men over age 50 in a 1990 study published in an endocrinology journal and found that 40 percent had a deficiency.

Yet the FDA has estimated that only 5 percent of the men with abnormally low levels have been properly diagnosed.

Doctors measure not just how much testosterone is in the bloodstream but how much actually reaches the brain and other tissues where it is needed.

Treatment is expected to grow with more effective diagnostic tools and easier methods of applying the supplements. Testosterone supplements used to be available only with needle injections. But in recent years, they have also been administered with a patch and a gel creme called AndroGel.

Testosterone is responsible for the development of male sex organs and the maintenance of sex characteristics including facial hair, muscles and a deep voice.

Morley has developed a questionnaire called ADAM (Androgen Deficiency in Aging Men) for doctors to use in diagnosing the problem in patients.

Morley said his research doesn't show any harmful side effects of testosterone supplements. But some doctors are concerned that extra testosterone could increase the risk of prostate cancer or trigger excessive red blood cell production.

Morley said more long-term research is needed, but he is optimistic that testosterone-replacement therapy will help prevent the frailty that can come with muscle loss as men age.

Korenman is optimistic, too. But he also is concerned about aging baby boomers taking testosterone when they don't need it - and having unmet expectations of feeling better.

'Mano-pause': Experts looking for treatments Sacramento Bee (California) May 19, 2002 Sunday

If a man's body is making enough testosterone, a supplement will just cause the body to make less so the levels even out, he said.

Men also need to consider other changes going on in their lives as they age that may not be related directly to a hormone deficiency. For example, impotence may be related to circulatory problems.

Korenman encouraged men to exercise, lose weight and pay more attention to their physical and emotional health after 40, Korenman said.

Men often are going through the same transitions as women, like an empty nest after children leave home, or a second career.

"It's really a reordering of our lives and a change in priorities," said Diamond, an author and psychotherapist from Willits in Mendocino County.

Diamond has published his third book about the experience of male menopause. His first book, "Male Menopause," was a Book of the Month Club selection. His most recent book is "The Whole Man Program: Reinvigorating Your Body, Mind, and Spirit after 40."

It's men who are confused about the physical and sexual changes in their body and who may have an affair or end a good marriage, he said.

Diamond encouraged men to talk about their feelings as they enter what he calls "super-adulthood," the years between 40 and 80.

"It can be the most powerful, the most productive, the most passionate part of life that we experience," Diamond said. "If we take care of ourselves, those years can be healthy."

\* \* \*

The Bee's Nancy Weaver Teichert can be reached at (916) 321-1058 or nteichert@sacbee.com

**NOTES:** HEALTH

**LOAD-DATE:** September 8, 2008

# Exhibit 23



3 of 4 DOCUMENTS

Copyright 2002 The Atlanta Journal-Constitution

The Atlanta Journal-Constitution

July 23, 2002 Tuesday Home Edition

**SECTION:** Features; Pg. 8E

**LENGTH:** 729 words

**HEADLINE:** THE NEWSSTAND: Newsweek, Time view effects of economic woes

**BYLINE:** DON O'BRIANT

**SOURCE:** AJC

**BODY:**

It's no surprise that the hot topic in the news magazines this week is the plunging stock market and other economic worries. As Newsweek ($3.95) notes, not only are Americans losing money, they're losing faith. A recent poll shows that President Bush's approval rating is falling almost as fast as the stock market. It's now 65 percent --- down 23 points from 88 percent after Sept. 11. And more than 44 percent say they won't be able to afford to retire as early as they planned.

Time ($3.95) sounds the same sour note in its cover story, "Everyone, back in the labor pool." In interviews with financial experts and Americans over 50, reporter Daniel Kadlec finds many retirees are being forced to return to work, and some baby boomers are wondering if they will ever be able to retire. Those who do are being advised to downscale their expectations. Instead of the 18 percent return on investments that boomers got used to in the 1990s, financial consultant David Bach says a 6 percent return is more realistic for the future.

All is not gloom and doom, even if you're not one of the CEOs who retired with a golden parachute. Time suggests ways to take control of your expenses and recommends five places where the cost of living is cheaper --- Ireland, Mexico, Charleston, S.C., Grants Pass, Ore., and San Antonio. Average housing prices range from $70,000 in San Antonio to $166,000 in Ireland.

* Men's health: Women are not the only ones who have to decide what to do about hormone replacement therapy. While male menopause, or andropause, is still a subject of debate, one pharmaceutical company has launched a public-awareness campaign to help men recognize the symptoms. As Jerome Groopman reports in The New Yorker

THE NEWSSTAND: Newsweek, Time view effects of economic woes The Atlanta Journal-Constitution July 23, 2002 Tuesday

($3.50), middle-aged men have been targeted by ads showing a car's gas gauge pointing to empty. Beside the gauge are the words, "Fatigued? Depressed mood? Low sex drive? Could your testosterone be running on empty?" The solution, according to the ads, is AndroGel, a testosterone replacement drug manufactured by Unimed. The testosterone is delivered in a colorless gel that is rubbed on an area of the body once a day. Such therapy is becoming popular, Groopman writes, but like female hormone replacement therapy, testosterone replacement has risks, too. As one prominent doctor says, "I worry that the widespread prescription of testosterone for aging men is going to precipitate an epidemic of prostate cancer."

Elsewhere in this issue, Paul Goldberger has some harsh words for the "concept plans" for Ground Zero. In essence, Goldberger writes, "the six plans call for building more than half a million feet of retail space, which is the equivalent of dropping a good-sized suburban mall into lower Manhattan."

* Cancer battle: People ($3.29) talks with Sharon Osbourne about how she's coping with the news that she has colon cancer and the prospect of three months of chemotherapy beginning July 29. After you get over the shock and panic, she says, "you realize how lucky you are to be alive." Osbourne says her husband, Ozzy, was so hysterical when he was told of her cancer that a doctor had to sedate him.

* Religious fallout: The sex scandals in the Catholic church are forcing many gay priests to re-evaluate their vocation, or leave it altogether, according to the cover story in The Advocate ($3.99). Whether accused of sexual abuse or not, gay priests have become scapegoats under ever-increasing scrutiny, writes The Advocate's Mubarak Dahir. As one gay priest in a Southwestern church says, "I feel like I'm a battered wife in an abusive relationship. I have to get out."

* More money matters: If the stock market hasn't improved substantially by October, Budget Living , a new magazine scheduled to launch that month, should do well. "Budget Living is for people who want to spend smart --- and live rich," says Editor Sarah Gray Miller. "Imagine a good friend who lives in a fabulous home, wears the coolest clothes, jets off to exciting places, but can't help divulging how to get it all at a great price." Potential cover stories in the consumer lifestyle magazine are "Make over your bedroom for less than $500," "50 cost-cutting tips that make a difference," and "How safe is your 401(k)?" That's assuming, of course, that anyone has a 401(k) by then.

**LOAD-DATE:** July 23, 2002

# Exhibit 24



1 of 1 DOCUMENT

Copyright 2002 The Scotsman Publications Ltd.
Scotland on Sunday

July 28, 2002, Sunday

**SECTION:** Pg. 14

**LENGTH:** 1874 words

**HEADLINE:** IT'S THE MANOPAUSE

**BYLINE:** Camillo Fracassini

**BODY:**

BATHED in the red glow of the darkroom safelight, Ian McDonald was staring hard at a ruined photograph. He could feel his blood beginning to boil.

The 60-year-old photographer, normally a placid man, suddenly felt incapable of controlling the anger coursing through his body and, instead of shrugging off the botched image, seized his expensive darkroom equipment, ready to smash it on the floor. Stopping himself at the last moment, he gave vent to his inexplicable aggression by kicking a wall.

McDonald shakes his head in disbelief as he recalls his uncharacteristic behaviour, which was accompanied by other symptoms including bouts of depression, a loss of libido, debilitating fatigue and night sweats.

Now, five years on, he is able to put a name to the condition which he believes turned his life upside down - the male menopause.

The former fishing boat skipper from Stonehaven is in no doubt that the male menopause is real and, along with a growing number of men who have shared his devastating symptoms, he is undergoing hormone replacement therapy (HRT) involving testosterone. However, since its existence was first mooted more than 50 years ago, the condition - also known as andropause - has been the subject of bitter divisions within the medical profession.

The battle lines have been drawn. On one side are the doctors who believe it is a legitimate affliction, caused by a dramatic slump in levels of testosterone, similar to the decline in oestrogen experienced by women going through the menopause. They advocate the use of testosterone-based hormone replacement therapy - costing up to GBP 1,000 a year through private clinics.

On the other are the clinicians who dismiss the condition as a myth perpetuated by the pharmaceutical industry which can see the money-spinning potential of selling a 'treatment' for old age to a growing customer-base of ageing men. Furthermore, they warn that the use of high doses of testosterone could put men at an increased risk of developing

IT'S THE MANOPAUSE Scotland on Sunday July 28, 2002, Sunday

prostate cancer and heart problems and raises the incidence of stroke.

McDonald, however, is adamant that HRT has given him a new lease of life. The 65-year-old receives a testosterone implant every six months, which is placed in his abdomen and releases a steady dose of the hormone. The treatment is paid for by the NHS.

Describing the symptoms which he first started to experience in 1997, McDonald recalls: "I had always been a very active person, the type who would wake up, get up and do something. But gradually things slowed down. I had horrendous night sweats and terrible fatigue, I didn't feel right.

"I developed a temper like I had never had in my life. I couldn't control it.

"Sex had always been a very important part of my life but as the deterioration took place it was still in the mind but that was the only place it was. I didn't have the libido and the drive.

"I was getting very, very depressed. I felt there wasn't much point going on."

After seeing a television programme on the male menopause, McDonald contacted a specialist in London. The doctor tested the level of "freely available testosterone" in his body and found it was "dropping off the bottom of the scale." The specialist put him on a course of testosterone tablets.

"Within three days I felt like I had rubber balls in my feet and was bouncing down the street. The change was amazing and I continued to improve very rapidly," he says.

"It took at least 15 years off the way I was feeling. I felt completely rejuvenated - the anger disappeared, the night sweats disappeared and the emotional swings disappeared. Instead of feeling the world was against me, I was on the ball again."

He adds: "It has transformed my life and my view of life."

Nevertheless, fears over the safety of male HRT have been compounded by the findings earlier this month of two separate studies which have raised serious concerns about the female equivalent, which is used by around 2.5 million women in the UK.

It had been claimed that oestrogen and progestogen HRT could reduce the risk of conditions as diverse as Alzheimer's, heart disease and osteoporosis, but the new studies suggest that the adverse effects of the drugs may outweigh the benefits.

A major eight-year study into the long-term effects of HRT was halted three years early after American researchers found that combined HRT treatment increased the risk of breast cancer, heart attacks and strokes. Just days later, a separate study by the National Cancer Institute in Maryland found that women who had used oestrogen-only HRT were 60% more likely to develop ovarian cancer than those who had never tried it.

The findings have raised fears that nascent male hormone replacement treatments - pushed by drugs companies with their eyes firmly on profits - may be making equally grandiose claims while posing similar, though as yet unquantified, risks to patients.

There is no doubt that male HRT promises hefty financial rewards for the pharmaceutical firms. The market for HRT for women in the US alone is worth more than GBP 1.2bn a year and the drugs companies have been quick off the mark servicing the needs of male sufferers.

Testosterone-replacement therapy is already available in the form of injections, pills, patches and implants. Now, a new way of administering the hormone - a colourless gel that can be rubbed on to the body - has been approved for use

IT'S THE MANOPAUSE Scotland on Sunday July 28, 2002, Sunday

in America. Advertising rules there allow medicines to be marketed directly to the public. Readers of Time magazine were recently confronted with a two-page advert showing a car's fuel gauge pointing to empty, accompanied by the words: "Fatigued? Depressed mood? Low sex drive? Could be your testosterone is running on empty." It seems AndroGel's arrival in Britain is only a matter of time.

One of the most vocal advocates of testosterone replacement therapy is Dr Malcolm Carruthers, who two years ago set up a charity promoting the condition - the Andropause Society.

Around 1,000 patients a year now receive treatment with testosterone at his Harley Street clinic. An initial consultation and check-up costs about GBP 550, with follow-up sessions costing around GBP 450 over a 12 month period.

Something of a testosterone evangelist, Carruthers was found guilty earlier this month of serious professional misconduct by the General Medical Council through his "irresponsible" use of a website aimed at those going through the male menopause.

The doctor diagnosed the condition over the internet in a pensioner with severe dementia, advising doses of testosterone over any recommended levels. He had not seen the 70-year-old and did not know the man's full medical history.

However, Carruthers' enthusiasm for the treatment is unabated.

The doctor, who dismisses the term male menopause as "rather wimpish", explains: "Andropause typically involves a loss of sex drive and potency problems, loss of energy, loss of drive in the bedroom and boardroom, depression, irritability, night sweats, loss of morning glories. It is remarkably similar to the symptoms that women get. It can be relieved equally well and safely by carefully monitored testosterone treatment."

Carruthers, who believes the condition affects half of men in their fifties, argues that those with hormone deficiencies deserve the same treatment as their female counterparts. "Just as women are not taking the 'it's just your age' argument, men are refusing to accept that these are just the symptoms of old age," he explains. "These symptoms can be reversed safely. Why not do so and give men a better quality of life?

"Testosterone treatment is not bad for the prostate. There is no evidence of an increased risk."

The 64-year-old author of The Testosterone Revolution also sweeps aside the suggestion that the treatment of the male menopause is little more than the artificial medicalisation of the ageing process.

"Andropause certainly damages the quality of life. Who wants to live into their seventies or eighties if they are going to be a dependent, frail, unhappy, partially-demented vegetable?" he says.

"There is some exciting work from the United States that testosterone may help prevent, and possibly treat dementia."

Carruthers adds: "HRT with testosterone is one of the best hopes of preventive medicine of the future for men."

However, many medical experts remain unconvinced by the arguments in favour of treating the male menopause.

Some argue that the changes have a psychological basis rather than a hormonal one - such as the realisation of men of a certain age that they have left their youth behind, that they will progress no further in their careers or that they have no role to play once their children are independent.

Dr William Crowley, head of the reproductive endocrine unit at Massachusetts General Hospital, disputes the notion that there is such a thing as a 'normal' testosterone level - pointing to huge variations within the same age groups.

IT'S THE MANOPAUSE Scotland on Sunday July 28, 2002, Sunday

He is also concerned at the influence of the pharmaceutical industry in the debate.

"Pharmaceutical marketing is the driver, not physiology," he says.

"Maybe we're meant to lower our testosterone levels - maybe it's healthy and protects us from prostate cancer."

He adds: "I worry that this widespread prescription of testosterone for ageing men is going to precipitate an epidemic of prostate cancer."

It is a fear shared by Howard Jacobs, emeritus professor of reproductive endocrinology, at London's Royal Free and University College School of Medicine.

"This has been a huge hype by drug companies and doctors who love the notion they can cure old age," he says.

"They are trying to medicalise old age - it is misguided and it's time that we looked at the harm that was caused when they medicalised the menopause in women.

"The notion that oestrogen would create perfect health for post-menopausal women has been promulgated like crazy over the past 20 years - now two objective, gold-standard medical trials have shown it is baloney. It doesn't prevent heart attacks, it does cause cancer and it does cause stroke."

Jacobs is far from convinced that male HRT is safe.

"The testosterone evangelists say there is no evidence of harm but when you ask what their database is it's a couple of hundred cases," he says.

"When you look at HRT and breast cancer it took the accumulation of 50,000 cases of breast cancer before oestrogen was identified as an important cause.

"The reassurance men are given based on this trivial database flies in the face of plausibility ."

He adds: "What we are seeing with the 'male menopause' are the effects of ageing. People have tried to appropriate ageing into drug therapy - it doesn't work and it's not without hazards . "

However, McDonald, for one, is prepared to take the risk. As far as he is concerned, it is the quality, not necessarily the quantity, of life that matters.

"It is a risk worth taking. I would rather have an active life now than more years in a bloody geriatric home at the other end."

cfracassini@scotlansonsunday.com

**LOAD-DATE:** July 29, 2002

# Exhibit 25



1 of 2 DOCUMENTS

Copyright 2002 Guardian Newspapers Limited
The Observer

July 28, 2002

**SECTION:** Observer News Pages, Pg. 15

**LENGTH:** 1560 words

**HEADLINE:** Focus: Hormone therapy: IRRITABLE MALE SYNDROME: How to treat...: Middle-aged men can now conquer the masculine menopause. Robin McKie asks if it's worth the risk

**BYLINE:** Robin McKie

**BODY:**

JIM HARRIS WAS only 42 when he began to display a disturbing set of symptoms. For most of the day he was irritable. His stamina had virtually disappeared and a constant sense of fatigue assailed him. His sex drive was almost non-existent, he was badly overweight and he was beset by anxiety and depression. He was, in short, a complete mess.

The cause of Harris's complaint was quickly diagnosed, He was suffering, doctors decided, from a lack of testosterone, a hormone deficiency that can turn a normal, healthy chest-thumping Tarzan into a whining, withdrawn wimp.

Nor is Harris's problem unique. More and more men are being diagnosed as suffering from testosterone deficiency, a trend that suggests the male of the species may be just as vulnerable to the vagaries of his biology as a woman is to hers. Irritable male syndrome is here to stay.

For years, women have taken hormone replacement therapy, using patches that secrete oestrogen into their bodies. Now men, particularly in the United States, are flocking to clinics to get testosterone boosts to rejuvenate their flagging sex lives, energy levels and senses of humour. Many - including Harris - swear by the results.

Some doctors now warn, however, that male hormone therapy could have unpleasant and possibly fatal side effects. Just as its female counterpart has been linked to increased risks of breast cancer, stroke and heart disease, testosterone therapy could trigger prostate cancer, as well as increase dangers of blood clotting, which in turn can lead to strokes and heart attacks. Better long-term studies are needed, they say.

One expert, Dr William Crowley of Massachusetts General Hospital, warns: 'I worry that this widespread prescription of testosterone for ageing men is going to precipitate an epidemic of prostate cancer.'

Other experts disagree. 'I think that testosterone therapy not only produces great improvements to patients' everyday lives but will probably prove to have long-term benefits in protecting against diseases like prostate cancer,'

Focus: Hormone therapy: IRRITABLE MALE SYNDROME: How to treat...: Middle-aged men can now conquer the masculine menopause. Robin McKie asks if it's worth the risk The Observer July 28, 2002

said Dr Richard Petty, of the WellMan Clinic, London. 'However, I agree we need better long-term studies of possible side effects.'

TESTOSTERONE IS A hormone, related to cholesterol, that is made in the testes under the guidance of signals from the pituitary gland. It surges in pulses round the body, controlling male sexuality. Without it, puberty in boys will not take place. It is also linked with sexual performance.

Men with low levels tend to have low sex drives and problems maintaining erections, as well as difficulty in staying awake and fighting fatigue. In later life they also suffer from osteoporosis, which can lead to crumbling of the spine and loss of height.

In general such problems do not affect men until they are over 50 - although increasingly men of 40 and younger are being diagnosed as low testosterone sufferers.

Male animals are suffering the same problem. Gerald Lincoln of the Medical Research Council's human reproductive sciences unit in Edinburgh recently reported that young, testosterone-rich rams will happily head-butt each other all day long but become listless and as nervous as lambs when hormone levels drop. Red deer, reindeer and Indian elephants also behave this way, Lincoln told New Scientist

In many species these testosterone fluctuations are seasonal, but in others, such as monkeys and primates, they are linked to stress, just as they are in humans. Bereavement, divorce or family illness can send hormone levels plummeting in men. The answer, say medical enthusiasts, is replacement therapy, although they acknowledge that this has not always been a straightforward business.

'A man's testosterone requirements - about 10 milligrams a day - is massively more than a women's need for oestrogen, which is about 100mg a year,' said Petty. 'That makes the stuff difficult to deliver. For example, you cannot use a little drug patch as you do with HRT in women.

'You need a large one the size of a car tax disk to secrete enough testosterone to give a man a sufficiently large daily dose. Unfortunately in about 60 per cent of cases that causes unpleasant dermatological side effects.'

Similarly, pills have been linked to liver damage, while injections tend to produce erratic jumps in testosterone levels inside patients' bodies.

As a result, testosterone replacement therapy has remained relatively uncommon - until now. In the US the pharmaceutical company, Unimed, was recently given approval to sell AndroGel, a colourless jelly that delivers testosterone and is rubbed on the body, usually the shoulders, once a day.

For the first time, hormone-deprived American males can now get enough of the hormonal 'real thing'. And Unimed has certainly shown no signs of hiding its pharmaceutical light under a bushel. The company has begun an aggressive advertising campaign in medical journals in a bid to get the nation's doctors to prescribe its product.

Beside a photograph of a well-built man in his thirties are printed the words, 'improved sexual function'; a happy looking man in shorts on a mountain bike is captioned, 'improved mood'; and a photograph of a policeman directing traffic is labelled, 'increased bone mineral density'.

At the same time, doctors are urged to 'screen for symptoms of low testosterone' and to 'restore normal testosterone levels'.

Now groups of doctors have begun to call for testosterone tests to be carried out on all men over 50 - of whom a 10 per cent are thought to suffer debilitating low levels - with the aim of providing therapy for the worst affected.

A group led by the distinguished Californian endocrinologist, Ronald Swerdloff, recently urged such a campaign,

Focus: Hormone therapy: IRRITABLE MALE SYNDROME: How to treat...: Middle-aged men can now conquer the masculine menopause. Robin McKie asks if it's worth the risk The Observer July 28, 2002

although critics have also pointed out that many members of his group have financial ties to Unimed. Such gainsayers remain dubious about attempts to medicalise male middle age, as they put it, and point to a sea of problems that they say have been associated with testos terone therapy. They point out that known side effects already include a condition called gynecomastia, in which men suffer enlargement of their breasts after taking testosterone. In addition, the testes of those given therapy compensate for the suddenly enhanced levels of testosterone that are pumped into into the body by shutting down their production of the hormone. The result is testicular shrinkage.

On top of this, it is known that testosterone causes the body to boost production of red blood cells, which makes the blood thicker and thicker and raises the chances that a clot will occur. This in turn increases the danger that a stroke or a heart attack will be triggered.

IT HAS BEEN observed that about a fifth of those undertaking testosterone therapy have developed some type of prostate disorder. Links with prostate cancer itself remain inconclusive but worrying, according to many medical scientists.

The US drugs watchdog, the Food and Drug Administration (FDA), has now warned that it has 'issues of concern' about the use of testosterone to treat men whose hormone levels have dropped off merely as 'a normal effect of ageing'. Its director of reproductive and urological drug products, Dr Dan Shames, has also pointed out that the agency never approved AndroGel with a mind to allowing it to be used to treat the andropause (to give the menopause its correct name when applied to males).

Instead the administration expected its use to be limited to men suffering from sexual problems, such as Klienfelter's syndrome or pituitary dysfunction.

On the other hand, the noted physician, Anthony Karpas, in his book Testosterone and the Ageing Male , argues that concerns raised about testosterone's links with risks of heart disease and prostate cancer are simply not supported by hard evidence.

'A recent study, in fact, reported that men with lower testosterone levels were more likely to get heart disease, and while prostate cancer is sensitive to testosterone, the hormone has not been shown to be a direct cause,' he states.

Alvaro Morales of Kingston General Hospital in Ontario, Canada argues in the current issue of European Urology that there is no evidence to connect testosterone replacement therapy in the adult male with the development of prostate cancer.

At present the problem of whether to boost your testosterone levels is unlikely to impinge directly on the British male, however: AndroGel, which is pricey enough in America, is prohibitively expensive here because of import duty: about pounds 5,500 a year per patient. That rules it out for anyone but the odd, libido-limited UK millionaire.

That is unlikely to remain the case for much longer, of course. What happens then to irritable male syndrome is anyone's guess.

Do you need to take a testosterone test?

1 Do you have a decreased sex drive?

2 Do you lack energy?

3 Do you have a decrease in strength or endurance?

4 Have you lost height?

5 Have you noticed a decrease in your enjoyment of life?

Focus: Hormone therapy: IRRITABLE MALE SYNDROME: How to treat...: Middle-aged men can now conquer the masculine menopause. Robin McKie asks if it's worth the risk The Observer July 28, 2002

6 Are you depressed or irritable?

7 Are your erections less strong?

8 Has your sporting ability decreased?

9 Do you fall asleep after dinner?

10 Has there been a recent fall in your work performance?

Five or more positive answers and you should consult your doctor.

**LOAD-DATE:** July 28, 2002

# Exhibit 26

Save paper and follow @newyorker on Twitter

MEDICAL DISPATCH | **JULY 29, 2002 ISSUE**

TABLE OF
CONTENTS

# HORMONES FOR MEN

*Is male menopause a question of medicine or of marketing?*

**BY JEROME GROOPMAN**

I t goes by many names. "Male menopause" is perhaps the most popular, but "andropause" is the term that many doctors favor, and PADAM ("partial androgen deficiency in aging men") has its partisans, too. The condition may afflict millions of Americans, and, if they do not yet recognize the symptoms, a public-awareness campaign has been launched to help them. A two-page ad that ran in *Time* not long ago showed a car's gas gauge pointing to Empty and beside it the words "Fatigued? Depressed mood? Low sex drive? Could be your testosterone is running on

empty." The ad explains that "as some men grow older, their testosterone levels decline," and that such men should consult their doctors about testosterone therapy. At the bottom of the page, the gas gauge points to Full.

Physicians have been targeted with similar ads. One that appeared in a recent issue of a primary-care journal calls on them to "identify the men in your practice with low testosterone who may benefit from clinical performance in a packet." The photographs are eye-catching: there's a well-built fellow in his middle years beside the words "improved sexual function"; a smiling man in shorts and a T-shirt who is standing next to a mountain bike ("improved mood"); a policeman directing traffic ("increased bone mineral density"). Doctors are told to "screen for symptoms of low testosterone" and "restore normal testosterone levels."

These ads were paid for by Unimed, a division of the Belgian conglomerate Solvay. Unimed makes AndroGel, a drug that was approved by the F.D.A. two years ago, and is the fastest-growing form of testosterone-replacement therapy for men. Pills, introduced in the sixties, often caused liver damage. Intramuscular injections, particularly favored by bodybuilders and competitive athletes, produce a sharp spike of the hormone, and then a fall, and these fluctuations are often accompanied by swings in mood, libido, and energy. In the late eighties, a transdermal patch was developed, and its use is still widespread. The patch provides safer and steadier dosing, but often

Case: 1:14-cv-08857 Document #: 60-5 Filed: 03/16/15 Page 24 of 57 PageID #:1206

causes skin irritation, and sometimes falls off during exercise. AndroGel, by contrast, delivers testosterone in a colorless, drying gel that is simply rubbed on an area of the body—usually the shoulders—once a day. It has thus made testosterone available in a form that almost any man can use conveniently.

If hormone-replacement therapy for andropause becomes as common as such therapies have been for menopause—and this seems to be the ambition of some drug companies—the consequences, both medical and financial, could be dramatic. Given the popular desire to reverse human aging with a simple nostrum and the growing intimacy between commercial and clinical concerns, the trend may prove to be irresistible. The pharmaceutical industry is, of course, in the business of inventing treatments. Some people wonder whether it may help invent diseases, too.

To be treated for andropause, you first need physicians who can confidently make the diagnosis. One of them is Dr. Abraham Morgentaler, the director of Men's Health Boston. He is forty-six years old, with thick black hair and deep-set eyes. Trained as a urologist, he specializes in male sexual dysfunction and infertility. He views testosterone deficiency in older men as a silent epidemic, and worries that, of the perhaps five million American men who suffer from it, ninety-five per cent go undiagnosed. Replacing missing testosterone, he believes, will help restore youthful muscle tone, bone strength, potency, and general vigor. He recently put

an ad in the Boston *Globe* urging men who were experiencing "low sex drive" or "low energy" to have their testosterone level tested at his clinic. The costs of both the ad and the tests were underwritten by a Unimed educational grant.

Men's Health Boston is in a modern brick-and-glass office building at a busy intersection in Brookline. It has a well-appointed waiting room with soft lighting and upholstered chairs; photographs of famous local athletes adorn the walls. The men who came to see Morgentaler on a recent afternoon had all been given a questionnaire provided by Unimed:

1. Do you have a decrease in libido (sex drive)? 2. Do you have a lack of energy? 3. Do you have a decrease in strength and/or endurance? 4. Have you lost height? 5. Have you noticed a decreased "enjoyment of life"? 6. Are you sad and/or grumpy? 7. Are your erections less strong? 8. Have you noticed a recent deterioration in your ability to play sports? 9. Are you falling asleep after dinner? 10. Has there been a recent deterioration in your work performance?

Among the patients was a real-estate broker in his late fifties. He had answered "Yes" to questions 1, 2, 3, 5, 7, and 10. "I'm just exhausted by the end of the afternoon," he said, after Morgentaler gave him a physical. "And my brain often feels foggy." He likes to shoot pool, and he remarked that his game wasn't what it used to be.

"Have you noticed any change in sexual performance?"

Dr. Morgentaler asked.

"Well, I'm not a kid anymore," the patient said, but he had no real complaints.

Morgentaler then showed the man the results from his blood assay. His testosterone levels were "somewhat low," Morgentaler said. "Now, if I had a magic wand and I could do anything for you, what would it be?"

"Fix the energy thing."

"I have good news for you," Dr. Morgentaler said. "There is an excellent chance that giving you testosterone will help to restore your energy. And, in terms of being foggy, I can't promise, but I have several men in my practice who are professors. They take testosterone, and they say it makes their brains much sharper."

Dr. Morgentaler explained that, while testosterone would not cause prostate cancer, if the patient had a hidden tumor the hormone would "act like food, nourishing the cancer." For that reason, his P.S.A. (prostate-specific antigen) level would be checked, and Morgentaler would take six biopsy samples of the prostate gland to make sure that there was no malignancy.

"I'll give you a prescription now, and you can get started once we complete these tests," Dr. Morgentaler said. "When I give men back testosterone, some say 'Whoa!' "

The patient liked the sound of that. "Maybe I'll be a stallion again," he said.

Testosterone, an androgen, is a steroid hormone derived from cholesterol. It is produced primarily by the testes, but the signal to produce it comes from the pituitary gland, in the form of two other hormones, which arrive in pulses at certain times of the day. As men age, the response of the testes becomes more muted; for men over the age of forty, the levels of testosterone in the bloodstream decline, on average, by about 1.2 per cent each year.

Morgentaler's next patient was a construction worker in his forties. The man was on cardiac medication and had an implanted defibrillator, because he was prone to life-threatening arrhythmias, and occasionally he received electric jolts from the device. His wife had died some three years before, but in the previous six months he had been in a stable relationship. He had come to the clinic because he had difficulty reaching orgasm.

Morgentaler asked about other symptoms.

"I used to be able to play racquetball non-stop, but I'm tired now after four games."

Morgentaler nodded. "We caught it just at the right time."

"But my primary-care doctor checked my testosterone and said it was 800, which is normal. He told me he couldn't do anything about my problem."

Morgentaler looked at the results of the man's blood assay. Total testosterone was in the normal range, at 509 nanograms per decilitre. But his free testosterone, Morgentaler told him, was another matter. At any moment, about two per cent of circulating testosterone is "free"—unbound to any protein—and thus biologically active. The patient's free testosterone was a little under the lower limit of normal. ("Normal" testosterone levels refer to what's normal for men in their twenties.)

"If I had a magic wand and I could do anything for you, what would it be?" Morgentaler asked.

"Get rid of the problem with orgasm."

"Well, I believe we have a very good chance of helping you." Morgentaler wrote out a prescription for AndroGel. "We'll check your P.S.A. today, but we don't need to do biopsies of your prostate gland until after the age of fifty. So you can get started right away."

"I can't thank you enough," the patient said.

When the F.D.A. decides to permit the sale of a new drug, it specifies a list of "indications"—particular medical conditions for which the drug has been approved. "The F.D.A. never approved AndroGel for andropause," says Dr. Dan Shames, the director of the Division of Reproductive and Urological Drug Products at the F.D.A. "We're not sure what 'andropause' is. The intention was that AndroGel

would be for people with conditions like Klinefelter's and pituitary dysfunction." Klinefelter's syndrome is a congenital disorder in which men have an extra X chromosome and underdeveloped testes. Other suitable candidates for therapy are men whose testes have been scarred by viral inflammation. Still others have had a tumor that damaged the hypothalamus or the pituitary gland, so the brain no longer sends activating signals to the testes. In such men, muscle strength, libido, and bone density are diminished, and testosterone replacement is an effective treatment.

The trouble is that there aren't very many of these people—they number only in the tens of thousands. But there are some thirty-five million men in the United States over the age of fifty, and, if the andropause movement takes off, annual revenues for the producers of testosterone-replacement drugs could reach billions of dollars. Estrogen-replacement therapy in menopausal women—a comparable market—has generated more than two billion dollars a year in revenue, largely for Wyeth, the maker of Premarin, the most popular estrogen-replacement drug.

This is where marketing and medical science may part ways. Pharmaceutical companies often obtain F.D.A. approval of a new product for a niche population with a relatively rare disease, hoping to expand later to a larger and more profitable market. Once a drug is approved for sale, a physician can legally prescribe it for any clinical condition he thinks would benefit from it. The F.D.A. prohibits drug companies from advertising "off label" uses—those other than the

approved indications—but they can pursue alternative strategies. They can run ads that "raise awareness" of a condition without mentioning the proprietary therapy by name. And they can align themselves with so-called "opinion leaders," well-known physicians whose views are thought to have influence among their peers, by financing their research, say, or offering them consulting agreements.

If you're hoping to expand the medical "indications" for a drug regimen, there are few greater boons than the endorsement of a major medical society. Unimed's andropause campaign won a considerable victory when the Endocrine Society—a prestigious organization of hormone specialists—convened its First Annual Andropause Consensus Conference, in April of 2000, just six weeks before AndroGel came on the market. The conference, which was held in Beverly Hills, set out to define andropause and decide how it should be treated. The chair was Dr. Ronald Swerdloff, an endocrinologist at Harbor-U.C.L.A. Medical Center, and he assembled a panel whose task was to come up with recommendations for clinical practice. These recommendations were distributed at this year's annual meeting of the Endocrine Society, in June, and undoubtedly they will have considerable influence in the medical community.

The panel acknowledged that the benefits of testosterone replacement in aging men hadn't been established, but it nonetheless recommended that all men over the age of fifty be screened for testosterone deficiency. Screening should start with a questionnaire,

like the one that Unimed had provided for Morgentaler. Patients who had symptoms, whose morning testosterone levels were under the lower limit of normal, specified as 300, and who had no conditions that would rule out testosterone replacement, like prostate cancer, "would likely benefit from treatment," the panel stated. A table accompanying the recommendations suggested that low testosterone levels would be found in more than ten per cent of men over fifty, and nearly thirty per cent of men over seventy—in perhaps as many as seven million Americans.

There's no doubt that the panel reached its conclusions in good faith; the androgen enthusiasts are nothing if not sincere. But it's also the case that a Unimed/Solvay educational grant was the sole source of funding for the Beverly Hills conference. According to Scott Hunt, the Endocrine Society's executive director, Unimed even suggested some of the panel's members. And, of the thirteen panelists in the final group, at least nine, including Swerdloff and his co-chair, had significant financial ties to the drug company, in the form of research grants, consulting arrangements, or speaking fees. The recommendations made reference to the educational grant but not to the panelists' ties to Unimed.

**T**he bid to medicalize middle age may be well supported by the pharmaceutical industry, but it remains poorly supported by scientific research. Is the decline in testosterone levels really responsible for most of the symptoms of aging in men?

What levels of testosterone are, in fact, "normal"? Does andropause even exist? The limits of medical knowledge are starkly evident when you visit a research center like the one run by Dr. William Crowley, the chief of the Reproductive Endocrine Unit at Massachusetts General Hospital, and his associate Dr. Frances Hayes. In a laboratory crowded with centrifuges, chemical hoods, and spectrophotometers, they and their team spend hours double-checking sensitive chemical assays for hormones produced by the hypothalamus and the testes, as well as the pituitary and adrenal glands. In an adjoining clinical-research center, volunteer human subjects are hooked up to I.V.s and insulin clamps.

Several years ago, Dr. Crowley realized that, in order to study hypogonadal men, he needed a clear definition of normal testosterone levels. So he inserted catheters into the veins of healthy young subjects in their twenties and drew blood samples every ten minutes in the course of twenty-four hours. He still sounds amazed by what he found.

"We measured the size of their testes, evaluated body hair, erectile function, sperm count, muscle mass, bone density, pituitary function," Crowley recalls. "These men were completely normal from every parameter. And it was incredible: fifteen per cent had testosterone levels during the day that were well below what is set as the lower limit of normal—more than fifty per cent below the cutoff."

Why do testosterone levels among healthy men vary so much? Hayes speculates that some men may have highly efficient testosterone receptors—cellular traps that grab the free hormone in the blood—so that what appears to be an abnormally low testosterone level is all the hormone they need. But even an individual's testosterone levels can be markedly different at different times. One factor may be stress, which seems to reduce levels of sex steroids. Drug interactions, too, might alter testosterone levels in unpredictable ways. And much of the variation simply eludes explanation. Crowley studied several young men whose initial test results showed testosterone levels ranging from 150 to 200—well below the 300 cutoff—over twenty-four hours. "They had a perfectly normal testosterone profile," Crowley says. "There can be a funny disconnect between one measurement and a later one"—which means that testosterone deficiency may be easily overdiagnosed.

"This variability in testosterone levels was really a physiological curiosity until AndroGel was approved," Crowley continues. "Now every time the testosterone level is below 300 the question of prescription is raised." As for the often quoted figure of four or five million "andropausal" men—the figure touted in the Unimed ads—Hayes says, "Frankly, I don't know where that number comes from or how real it is."

What makes things more confusing is that the usual commercial tests that physicians use to measure testosterone levels are notoriously unreliable. The andropause movement has made laboratory assays a

lucrative business, and all kinds of patented kits have come on the market. But, as Swerdloff's panel discovered, the results tend to be inconsistent. "It's really a big problem," Swerdloff says. "Practicing doctors have a great belief in the numbers, but in the past few years the assays have deteriorated." If you assayed blood samples from normal men with one proprietary test, you might find values between 300 and 900, while another test would give values between 160 and 700. So men whose tests report low total testosterone levels—like the real-estate broker Morgentaler saw—might actually have normal levels. The tests for free testosterone seem to be even less accurate.

Not every practitioner finds reason for concern. "The tests aren't as reliable as we want them to be, but it doesn't matter," says Morgentaler, who sometimes even prescribes AndroGel "preventatively" for middle-aged men whose testosterone levels are in the lower quarter of the normal range. "It's not credible that we aren't helping these men by giving them testosterone. The truth is, there's a deep emotional issue in some people who oppose hormone-replacement therapy, because it asks the question 'Is there hope of achieving eternal youth?' There are those who don't want to oppose Mother Nature."

And there are those who don't want to wait for scientific validation. Last year, a panel organized by the National Institutes of Health—maybe the closest thing we have to a voice of independent scientific consensus—released a paper concluding that the

andropause hypothesis is unproved. The report that
Swerdloff's group released at the Endocrine Society
meeting in June contains references to sixty-two
relevant publications, but omits any reference to the
N.I.H. report.

Swerdloff and his colleagues reviewed the half-dozen
controlled studies available on giving testosterone to
healthy aging men, and were evidently impressed by
those which found that it increased lean muscle mass,
strength, and bone-mineral density in the spine.
Unfortunately, most of these studies were small,
involving forty or fifty men. The reported
improvements were far from dramatic, and different
studies have had contradictory findings. In fact, the
largest and longest-term study, of a hundred and eight
men over three years, showed no improvements in
energy level, sexual performance, or strength.

So there's a lot of uncertainty about the effects of the
age-related lowering of testosterone. "There appears to
be a threshold level of testosterone below which libido
and sexual function are impaired," Hayes says.
"Boosting above this threshold doesn't seem to
enhance sexual performance." The role that
testosterone plays in maintaining strong bones in
healthy elderly men is highly controversial, too. Dan
Shames, of the F.D.A., says, "Just because you are
increasing bone density doesn't mean you prevent
fractures." Even in studies that found a positive
correlation between testosterone levels and bone
strength, the hormone accounted for only about five
per cent of age- and weight-adjusted differences. Men

with severely low testosterone levels showed improvement in the spine, but no change was observed in the hips—and it is mainly hip fractures that debilitate the elderly.

"Each pharmaceutical company wants to get up and say, 'This is the magic bullet for aging,' " Crowley says. "But it's overly simplistic to attribute such a complex process as aging to the change in the level of a single hormone like estrogen or testosterone."

If the benefits of treating "andropause" are in doubt, so, more worrisomely, is the safety. The known side effects of testosterone therapy include gynecomastia (abnormal enlargement of the breasts) and testicular shrinkage (as gonads compensate by making less of the hormone). Testosterone also raises the level of circulating red blood cells; if this level is excessive, the blood becomes viscous, which can lead to congestive heart failure or stroke. And among men who received a 100-milligram daily dose of AndroGel over a year, nearly twenty per cent developed some sort of prostate disorder, such as prostatic hyperplasia.

More troubling is how testosterone accelerates the growth of prostate cancer. The majority of men over the age of sixty-five have clusters of cancer cells in their prostate glands which are both "occult" and "indolent": they're hard to find, and they grow so slowly that they're unlikely to create any trouble by themselves. Here the perils are twofold. On the one hand, unnecessary biopsies can lead to unnecessary surgery, aimed at eradicating cancers that might have

Case: 1:14-cv-08857 Document #: 60-5 Filed: 03/16/15 Page 37 of 57 PageID #:1219

remained inactive. On the other hand, biopsies can easily miss cancers that, under a regimen of testosterone replacement, become more aggressive than they otherwise would be. Not surprisingly, Dr. Shames says that the F.D.A. has "issues of concern over the safety" of prescribing testosterone-replacement therapy for men whose hormone levels fall as part of normal aging.

Even Dr. Swerdloff acknowledges these uncertainties. "I agree that currently there are insufficient data on the long-term effects of testosterone-replacement therapy on the heart or on the development of prostate cancer, but the benefits seem considerable," he says. The andropause panel he chaired was aware that the N.I.H. is thinking of doing rigorous, placebo-controlled clinical studies that would span six or more years. "If the answer is yes, that replacement therapy causes heart damage or sparks emergence of prostate cancer, then you will know in six years or so," he says. "But older people in this age group won't wait six to ten years to have solid answers. Clinical practice will move at one rate, and the data will trail."

This is precisely what concerns many scientists. "Pharmaceutical marketing is the driver, not physiology," Crowley complains of the andropause movement. "Maybe we're *meant* to lower our testosterone levels—maybe it's healthy and protects us from developing prostate cancer. Of course, that's pure conjecture, but it's something that needs to be carefully addressed." When you elevate the testosterone levels in a seventy-year-old man to those

he had at twenty, are you really returning him to "normal"? Crowley says, "I worry that this widespread prescription of testosterone for aging men is going to precipitate an epidemic of prostate cancer."

Of course, it will not be the first time that hormones have been heavily marketed—in advance of the scientific evidence—as a way to recapture youth. In the late sixties, estrogens were touted to women as their chance to be "feminine forever." And initial data from small or uncontrolled studies were encouraging. Estrogen therapy was believed to help sustain sexual health, and mood, while protecting bones from osteoporosis and the heart from arteriosclerosis. The media were flooded with ads for estrogen therapy, and publishers churned out books celebrating its benefits. Nearly forty per cent of postmenopausal women have been prescribed hormone-replacement therapy.

As we now know, conventional H.R.T. not only increases the risk of breast cancer but can lead to heart attacks, strokes, and blood clots. A nationwide trial of sixteen thousand women—part of the Women's Health Initiative—was recently terminated when the therapy was linked to a twenty-six per cent increase in invasive breast cancer and a significant increase in cardiovascular disease as well. A hormone regimen meant to reverse the effects of aging has proved to accelerate serious disease. As Dr. Swerdloff put it, the data trailed clinical practice.

Meanwhile, testosterone-replacement therapy is becoming increasingly popular. Last year alone, sales of transdermal testosterone doubled. An estimated quarter of a million American men are now taking the hormone. If the current rates continue, that number will rise to nearly a million within two years—and, with the newly conferred imprimatur of the Endocrine Society, the rates could surge.

To date, the best published safety data we have on AndroGel as a treatment for andropause comes from a study of sixty-seven men who took the drug for an average of twenty-nine months. An accurate assessment of its effects on the heart, blood vessels, and prostate would require many years of observing many thousands of men—a male counterpart to the Women's Health Initiative. Until then, the attempt to reverse the gradual decline in testosterone levels in aging men can't be considered the treatment of a disorder: it amounts to a vast, uncontrolled experiment, whose consequences remain uncertain. As Hayes says, "It would be a shame to make the same mistakes again." ♦



Jerome Groopman, a staff writer since 1998, writes primarily about medicine and biology.

Case: 1:14-cv-08857 Document #: 60-5 Filed: 03/16/15 Page 40 of 57 PageID #:1222

# Exhibit 27



1 of 1 DOCUMENT

Copyright 2002 U.P.I.
United Press International

August 8, 2002, Thursday

**SECTION:** FINANCIAL NEWS

**LENGTH:** 1116 words

**HEADLINE:** Feature: Doctors debate hormones for men

**BYLINE:** By KATRINA WOZNICKI, UPI Science News

**BODY:**

Doctors around the country are questioning whether aging men with declining testosterone should be medicated with hormone replacement therapy or if the concept of a male menopause is just another attempt to exploit the never-ending quest for the fountain of youth.

Men do start losing their peak testosterone levels beginning in their thirties, at a 1-percent to 2-percent drop per year, a downward slope significantly more gradual then the steep drop in hormones women experience when they hit middle age. Although no one is questioning whether to treat men who are testosterone deficient or lack the ability to produce this hormone on their own, physicians are wondering what to do about average, normal aging men who simply seem to be looking to renew their youthful vigor.

"The controversy is a little bit fabricated," Dr. Abraham Morgentaler, director of Men's Health Boston and a professor of clinical medicine at Harvard Medical School, told United Press International. "Some people object to this as if we're messing with Mother Nature, as if there's somebody out there and they already know what we're supposed to be like at every stage of their life."

Physicians and scientists long have been interfering with Mother Nature and for the last few decades, they also have been giving men testosterone, Morgentaler explained. "From cosmetics to coloring our hair to get rid of the gray to getting rid of heart disease to arthritic hip, to lowering cholesterol. Who's to say those aren't natural parts of aging?"

Testosterone deficiency is an under-recognized condition among men in the United States, said Morgentaler, who treats men from ages 18 to 85 suffering from low testosterone.

Loss of testosterone can lead to decreased muscle mass, lowered libido, and even additional body fat around the waistline. Improving testosterone levels can elevate libido, decrease fatigue and even boost physical energy levels, and it can also have a positive effect on mood, he explained. "No matter what their age, if they're the baby boomers turning 55 or if they're older men, it's worth treating them," he said.

Revving up testosterone levels even has been linked to increasing bone mineral density, which typically declines

Feature: Doctors debate hormones for men United Press International August 8, 2002, Thursday

with age. Yet Dr. Frances Hayes, professor of medicine at Harvard Medical School and a reproductive endocrinologist, told UPI although testosterone may help men's bone mineral density in the spine, it does not do anything for the hip, where fractures are most likely to occur in older age.

"If you proposed testosterone was a treatment for aging, the market would be enormous," Hayes said. "But I don't think testosterone is magic bullet for aging."

Several men's health experts also cautioned there is some uncertainty whether long-term use of testosterone can actually thicken the blood and contribute to cardiovascular risks. There also is great concern testosterone therapy could stimulate the growth of an unidentified prostate tumor. Although testosterone does not appear to cause prostate cancer, if there is an existing tumor prior to therapy, testosterone replacement could aggravate the condition. Morgentaler said such men would need to have their prostate specific antigen levels, or PSAs -- a measurement for prostate cancer -- closely monitored.

"As far as we know in 2002, treating men with low testosterone of any age is safe and effective," he said.

That is what used to be said about estrogen and progestin replacement therapy for menopausal women, until this summer when several studies and subsequent headlines warned about the dangers of long-term use of the treatments. This prompted several scientists to call for clinical trials putting testosterone to the test before American men line up for their own hormone treatments. At present, there is little to no hard data upholding the benefits or affirming any risks of testosterone replacement therapy.

"I'm afraid people are going to get started on this and not know the benefits or the risks and they'll be on this for the rest of their lives," Dr. Alvin Matsumoto, a professor of medicine at the University of Washington in Seattle and at the Veterans Administration Puget Sound hospital, told UPI. Matsumoto said he has tried to get such a large clinical study going with help from the National Institutes of Health and the National Institute of Aging, which would have compared testosterone therapies to placebo, but lack of funding caused it to fall through. He said he is hopeful the project will be resurrected.

Dr. Wael Salameh, professor and endocrinologist at the University of California at Los Angeles Research Education Institute, said there is much to be learned from what happened with the women.

"There was a very big lesson that was learned from hormone replacement therapy in women," Salameh told UPI. "So I think based on this lesson, we should not embark giving hormone replacement therapy on men because it makes sense and the drug is already approved. So why not use it?"

He added, "I think there are individual practitioners who think that this is greatest thing there is and that we should give it ... to every person who fits that category, just try it out and see if it fits. I think these are people who are not waiting for the data."

There are testosterone therapies approved by the Food and Drug Administration, such as AndroGel, manufactured by Solvay Pharmaceuticals Inc. of Marietta, Ga. Androgel is approved for treating pituitary dysfunction but not for general application to men who feel they no longer have the energy they once did. Yet physicians are permitted at their own discretion to prescribe government-approved drugs and therapies for other ailments.

Where might this leave the estimated 13 million-plus men age 50 and older and the extremely large numbers of males from the baby boomer generation who also are looking to retain what was once theirs in their 20s and 30s? Experts said testosterone replacement therapy never will reach the numbers or become the norm as it did for middle-aged women.

"No one is proposing going ahead and grabbing older men and starting to treat them with AndroGel or anything else," Salameh said. But there is evidence some groups of men who show abnormally low testosterone levels could

Feature: Doctors debate hormones for men United Press International August 8, 2002, Thursday

benefit from hormone replacement, he explained.

Morgentaler said he believes the numerous benefits of testosterone, which doctors have long known about, will catch on. "Because something hasn't been studied to the level we would like it to be doesn't mean there's a problem with it. It just means it hasn't been studied." |end| Content: 01022000 04002006 07003000 07007000 07008000 07014001 13003000 13009000

**LOAD-DATE:** August 9, 2002

# Exhibit 28



1 of 1 DOCUMENT


Copyright 2002 The New York Times Company
The New York Times


August 19, 2002 Monday
Late Edition - Final

**SECTION:** Section A; Column 2; National Desk; Pg. 1

**LENGTH:** 1685 words

**HEADLINE:** Male Hormone Therapy Popular but Untested

**BYLINE:** By GINA KOLATA

**BODY:**

Last month the government halted a major study of hormone replacement therapy in healthy women, saying the treatment under study seemed to do more harm than good. But while that action generated headlines and alarm, few people noticed just a few weeks earlier when the government decided not to go ahead with a different study of hormone replacement -- in older men.

The hormone is testosterone, and its use is soaring. Doctors wrote 1.5 million prescriptions for testosterone and drugs like it in 2001, up from 806,000 in 1997. The hormone has been trumpeted as a possible antidote for aging and a way to get a lean and muscular body.

But while the theory is that testosterone may help counter the effects of aging -- bone and muscle loss, diminished libido -- those effects have never been demonstrated in a large clinical trial. As a result, medical experts say, men taking the drug are participating in a vast, uncontrolled medical experiment.

The case for testosterone replacement rests on well-known observations: as men grow old, their testosterone levels decline; at the same time, they lose muscle and bone, their sex drive dwindles, and they may experience depression or failing memory.

In younger men with medical conditions that rob them of testosterone, such symptoms disappear when they get the drug. So, some doctors ask, why not give it to older men too?

But testosterone can fuel the growth of prostate cancer, and it increases red blood cell production, possibly increasing the risk of clots that can cause heart attacks and strokes. Those risks, with concerns about the cost, prompted the government in late June to scuttle a proposed six-year study of testosterone replacement. In the absence of such a study, answers about testosterone's risks and benefits may be a long time coming.

"The only thing we ever learn from medical history is that we never learn," said Dr. John B. McKinlay of the New

Male Hormone Therapy Popular but Untested The New York Times August 19, 2002 Monday

England Research Institutes in Watertown, Mass. Dr. McKinlay is the director of the Massachusetts Male Aging Study, a federally supported study that follows more than 1,700 men as they age. "On the slimmest of evidence we introduced estrogen to women," he said, "and the public was whipped up to ask for it."

Referring to the large clinical trial of hormone therapy in women that was halted last month, Dr. McKinlay added: "We ended up, finally, after everyone was getting it, with 45 million prescriptions in the U.S. each year. And suddenly we find that not only does it not do what it is supposed to do but there are these untoward consequences.

"We are about to repeat that debacle. We have the slimmest evidence on testosterone replacement. Five men here, 10 men there. Six rats and a partridge in a pear tree. The physiology is not there but the industry, the industry is there."

Dr. Richard Hodis, director of the National Institute on Aging, also expressed concern. "We recognize this as a potentially important public health issue," Dr. Hodis said. "In understanding the role of testosterone replacement, we are in many ways where we were decades ago with estrogen replacement with women. It is clear that we do not know enough to inform men and their doctors on the potential advantages or risks of hormone replacement."

Nevertheless, some doctors say testosterone deficiency is a real medical condition that needs treatment. "To say it doesn't exist is to put your head in the sand," said Dr. Larry Lipshultz, a professor of urology at Baylor College of Medicine. "The question on the table is, Can we prescribe this medication enthusiastically without having good controlled studies?

"My response is that I am still going to use this drug," he went on. "There is no reason to withhold treatment from patients with symptoms and lab reports of low testosterone levels because someone has not done a placebo-controlled study."

The quest to use so-called testicular extracts as a fountain of youth began with a memorable experiment. On June 1, 1889, a 72-year-old French physiologist, Charles Edouard Brown-Sequard, reported to spellbound doctors at a medical meeting that he had injected himself with a substance extracted from the testicles of dogs and guinea pigs. The injections, he said, "had increased his physical strength and intellectual energy, relieved his constipation and even lengthened the arc of his urine," said Dr. John Hoberman, a historian of science at the University of Texas.

Instantly, a market was born. "All the hucksters jumped on that," Dr. Hoberman said.

By 1918, Dr. Leo L. Stanley, the prison doctor at San Quentin, was transplanting testicles from executed prisoners into healthy ones, asserting that the treatment restored health and potency. Soon, Dr. Stanley was substituting testicles from rams, goats and deer, and contending they were just as effective. Hundreds of patients sought him out. His papers appeared in the prestigious journal Endocrinology.

By 1935, scientists had isolated testosterone itself.

"From that point on, you have the real thing," Dr. Hoberman said. It was the start of a new era, with doctors giving testosterone to women to treat breast cancer, to athletes to increase their muscle mass, to homosexuals to "cure" their sexual orientation, to trauma patients to increase their blood cell production and to healthy men to counteract aging.

On April 15, 1939, The Journal of the American Medical Association published a paper called "The Male Climacteric." The recommended treatment was testosterone therapy. "Testosterone had just come on the market," Dr. Hoberman said. "You tell me if it was an accident that we suddenly had a male menopause."

For decades, the therapy involved painful injections into muscle. A patch was introduced in the mid-1990's, but even it sometimes caused skin irritation, and some men did not like such a visible sign that they were taking testosterone.

Male Hormone Therapy Popular but Untested The New York Times August 19, 2002 Monday

That changed in June 2000, when Unimed Pharmaceuticals, a subsidiary of Solvay Group, a Belgian firm, began selling Androgel, a testosterone preparation that a man could simply rub on his skin. "It's like putting on sunblock if you're going to the beach," said Dr. William Crowley, a professor of medicine at Harvard Medical School.

The Food and Drug Administration approved the gel for the treatment of hypogonadism, or very low levels of testosterone, a condition that can arise from genetic disorders, chemotherapy, radiation therapy or tumors. But once a drug is on the market, doctors can prescribe it as they please. Overnight, there was a new demand for testosterone.

Dr. McKinlay called it "medicalizing normal aging." The analogy with menopause is false, he said, because men do not menstruate -- they "don't have menses to pause."

At menopause, levels of estrogen drop precipitously. Healthy men, in contrast, have a slow, steady decline in testosterone, about one-half of 1 percent a year, starting about age 30. Testosterone levels are 10 to 15 percent lower in men with diabetes, heart disease, high blood pressure and obesity, among other conditions, he said.

In young men with low testosterone levels, the problem is clear. They lose muscle and gain fat. They also lose bone, have decreased stamina, are less able to maintain an erection and lose mental sharpness. Testosterone reverses these symptoms.

The effect on older men is less clear. In some studies, it increased bone density and muscle tissue. But Dr. Alvin Matsumoto a geriatrics researcher at the University of Washington and the Veterans Affairs Puget Sound Health Care System, said the studies were too small and too brief to address the treatment's potential risks -- prostate cancer, heart attacks and strokes.

That, said Dr. Matsumoto, was a real problem. "The major concern for everyone who is even remotely considering treating older individuals is prostate cancer and heart disease," he said.

About three years ago, the Department of Veterans Affairs and the National Institute on Aging were inviting researchers to submit proposals to study testosterone replacement in aging men with low levels of the hormone.

Dr. Matsumoto and Dr. Glenn Cunningham of Baylor College of Medicine and the Houston V.A. Medical Center proposed a large study to determine the drug's risks and benefits: a six-year clinical trial with 6,000 men at 40 medical centers. It would cost about $110 million.

But in June, after extensive discussions among the Department of Veterans Affairs and the National Institutes of Health, a decision was made not to go ahead. The unanswered question was whether or how a clinical trial could be designed that would protect the study's subjects from the drug's potential risks and provide definitive data on its potential benefits.

In an interview last week, Dr. Andrew von Eschenbach, the director of the National Cancer Institute, said he did not favor the proposed study because he was concerned that testosterone could spur the growth of prostate cancer among some men in the study.

"I am not disagreeing that there are men out there who would desperately like to take testosterone," Dr. von Eschenbach said. But he said more research was needed to make sure any drug formula tested in a clinical trial would "minimize the likelihood of a deleterious effect."

Dr. Cunningham and Dr. Matsumoto got the news on June 27 in a conference call with administrators from the National Institutes of Health and the V.A. Their proposed clinical trial, they learned, would not take place. "We were all upset," Dr. Matsumoto said. The trial, he said, "is essentially dead at this point."

Dr. Hodis of the National Institute on Aging said he was determined to keep looking for a way to design a safe trial

Male Hormone Therapy Popular but Untested The New York Times August 19, 2002 Monday

and was planning a major conference to discuss the matter.

In the absence of a full clinical trial, patients and doctors "are left in the lurch," said Dr. William Bremner, the chairman of the department of medicine at the University of Washington. Dr. Bremner says he continues to prescribe the drug but with a caveat: "I can't sit here and tell you that it will decrease your risk of fractures. And I can't tell you it won't increase your risk of prostate cancer."

**URL:** http://www.nytimes.com

**GRAPHIC:** Photo: For decades, testosterone therapy has been trumpeted in magazines and medical journals. In 1940, Cutter Laboratories advertised Gonadin, a hormone it said would fight sterility, in the publication Endocrinology. (Courtesy of John Hoberman)(pg. A10)

**LOAD-DATE:** August 19, 2002

# Exhibit 29



1 of 1 DOCUMENT

Copyright 2002 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** CBS Evening News (6:00 PM ET) - CBS

August 25, 2002 Sunday

**TYPE:** Profile

**LENGTH:** 736 words

**HEADLINE:** Pros and cons of male hormone replacement therapy

**ANCHORS:** JOHN ROBERTS

**BODY:**

JOHN ROBERTS, anchor:

Women across America were shaken by recent findings that hormone replacement therapy may carry more risks than benefits. But it's not just women who are weighing the pros and cons of hormone replacement in the battle against aging. That's tonight's Sunday Cover: Men who are putting the 'test' in 'testosterone.'

Mr. H. TOM YOLKEN (Patient): Without this therapy, I--I think I--I know I--I know where I'd be. I think I would be impotent.

ROBERTS: It was a variety of troubling symptoms that brought 64-year-old Tom Yolken to see Dr. Adrian Dobs at Johns Hopkins Medical Center.

Mr. YOLKEN: Principal symptoms were the se--the--the sexual dysfunction. In addition, I did feel a little bit tired and a little sluggish.

ROBERTS: Dr. Dobs found that, like many men, Yolken suffered from a glandular problem that left him unable to produce testosterone.

Dr. ADRIAN DOBS (Johns Hopkins Endocrinologist): They develop a problem with their pituitary gland. Could even be a pituitary tumor, a growth. And that interferes with their ability to make testosterone.

ROBERTS: She prescribed testosterone replacement therapy. The results were nothing short of stunning.

Mr. YOLKEN: I'm now--sexually, everything is--is completely normal.

Pros and cons of male hormone replacement therapy CBS News Transcripts August 25, 2002 Sunday

ROBERTS: Testosterone replacement for men with serious medical problems has been an accepted practice for decades.

(Excerpt from advertisement for Androderm)

ROBERTS: But in recent years, doctors, with enthusiastic support from pharmaceutical companies, have expanded testosterone use to treat normal age-related declines in male hormones.

Dr. NATAN BAR-CHAMA (Mount Sinai Endocrinologist): As men age, their testosterone levels decline. It is estimated that by the time a male is in his 70s, his active or free testosterone is only about half the level that he had when he was in his 30s.

ROBERTS: Drug companies say as many as five to seven million men could be affected by what has been dubbed 'andropause,' a sort of male version of menopause.

Mr. ALEX GARFIELD (Patient): Well, I could be a poster boy for this testosterone therapy.

ROBERTS: Fifty-one-year-old Alex Garfield had symptoms that might seem like ordinary aging.

Mr. GARFIELD: I was tired and a little lethargic, and my sexual prowess didn't seem to be as acute. And you told me about this testosterone stuff, and, well, you could ask my girlfriend.

ROBERTS: Until recently, the natural decline in testosterone did not necessarily make a man a candidate for hormone therapy.

(Excerpt from Viagra ad)

ROBERTS: But in just the last five years, driven by more open discussion about sexual problems and baby boomers' anxiety about aging, testosterone use has almost doubled to 1 1/2 million prescriptions last year. Its popularity is also being driven by a shift away from injections to easier methods of use, like a patch that delivers the hormone through the skin. And now, even more convenient, a gel that men simply rub on daily. Since AndroGel was introduced two years ago, sales of the male hormone have doubled and are expected to reach more than $250 million this year. That's raising red flags at the FDA that thousands more men are being exposed to the potential risks of testosterone treatment.

Dr. DAN SHAMES (Food and Drug Administration): One is the stimulation of latent prostate cancer. Another is the stimulation of the growth of the prostate, which can cause symptoms su--such as not being able to void properly. Another is the increase of the blood count, which can thicken the blood and perhaps cause strokes.

ROBERTS: It took years of large-scale studies to finally illuminate the downside of hormone replacement therapy for women, but there have been no long-term studies on men. And amid concerns that the marketing may be getting ahead of the medicine, doctors say they're making sure patients are aware of the possible side effects.

Dr. BAR-CHAMA: We're not making the same mistake that may have been made in regards to menopause. We're not telling the men who are being treated that this is a risk-free treatment.

ROBERTS: All of the doctors that we talked to said they were concerned about the lack of long-term studies of hormone replacement for men. Several studies have been proposed, but most have been deemed too risky. None has been approved or funded.

We'll be back in just a moment.

(Announcements)

Pros and cons of male hormone replacement therapy CBS News Transcripts August 25, 2002 Sunday

**LOAD-DATE:** August 26, 2002

# Exhibit 30



1 of 1 DOCUMENT

Copyright 2002 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2002 Paralyzed Veterans of America
Paraplegia News

November 1, 2002

**SECTION:** Pg. 36(2) Vol. 56 No. 11 ISSN: 0031-1766

**ACC-NO:** 94121247

**LENGTH:** 1084 words

**HEADLINE:** Male menopause: the real thing?;
Sexuality & Sci.

**BYLINE:** Ducharme, Stanley H.

**BODY:**

The concept of male menopause has been around for decades, but neither medical professionals nor the general population has taken it seriously. More often than not, the idea that men experience a change of life equivalent to menopause is the brunt of jokes and ridicule by those who have proposed such an unscientific notion. Gradually, however, recognition and acceptance of male menopause are beginning to shift.

Many people might ask, What is male menopause? The clinical symptoms often associated with this phase of life are a broad range of indicators typically seen in most men at one time or another. These include loss of energy, fatigue, diminished libido, decreased erections, loss of physical strength, mood swings, and a general loss of psychological and physical well-being. In the past, these systemic changes may have been associated with the normal aging process, but today they are clinical symptoms of what is called andropause.

If you're not familiar with andropause, chances are you will be in the near future. Unimed, one of the pharmaceutical giants, is helping to introduce the general public to a variety of symptoms often associated with the aging process. Rather than labeling this cluster of symptoms as menopause, however, the pharmaceutical industry has coinedthe term andropause. Nevertheless, andropause and male menopause arethe same thing.

This condition may affect millions of American men, and millions of dollars are being spent to inform Americans about andropause. A not-so-subtle public-awareness campaign has begun to help educate men and the medical establishment about this term. Already, the Endocrine Society has endorsed the concept, and other physicians are not far behind. Of course, the pharmaceutical companies are in the business of inventing treatments, but in this case many people also wonder if theyare inventing the condition as well.

Male menopause: the real thing?; Sexuality & Sci. Paraplegia News November 1, 2002

Although hormone replacement therapy (HRT) has been the focus of recent controversy for women, HRT has generally never caught on for men. Male hormone replacement is a new concept that is just beginning to muster support and enthusiasm. Not surprisingly, the pharmaceuticalindustry is doing its best to let men know that treatments are available. Ultimately, if HRT for men is found to be safe and effective, the consequences could have huge medical and financial implications.

Testosterone Levels

The critical feature of andropause is the male hormone testosterone. Men throughout the United States are being made aware they may have lower levels of testosterone. In a similar manner, drug companies, through massive advertising, are encouraging doctors to begin screening for testosterone levels in their male patients. Furthermore, when they diagnose men with low testosterone, doctors are directed to restore those levels to the normal range with a new cream called Androgel.

The idea of testosterone replacement for men is not a new concept.Pills, injections, and transdermal patches have been around for years. All these, however, had significant side effects that tended to make them less than ideal. Liver damage, serious mood swings, and concerns regarding prostate cancer were associated with the use of testosterone replacement in men. As a result of these frequent adverse reactions, the field of HRT for men remained relatively stagnant for many years.

This situation changed drastically two years ago when the Food andDrug Administration (FDA) approved Androgel, a colorless gel that issimply rubbed on the shoulders once a day. Thus, to promote its product, Unimed, the company that invented it, has undertaken a massive worldwide public-awareness campaign. Given the importance associated with reversing the aging process, the potential for Unimed and for Androgel is unlimited. The rush for financial fortune, however, is oftenblindsighted, and the buyer (or patient in this case) should beware.

Off Label

When the FDA approves a new drug, it will specify a list of conditions for which the substance has been approved. Androgel was approvedfor a small group of people who had brain disorders that affected the pituitary gland or for patient's who had viral inflammation. It wasnever approved for treating male menopause or andropause.

Once a drug is FDA approved, physicians can prescribe it for any condition for which they believe it will be beneficial. The, se are called off-label uses and are legal as long as the doctors do not advertise using them for this purpose. In general, off-label uses are not backed by scientific evidence, and little is known regarding side effects or long-term use.

Many people believe using Androgel for treating andropause is premature and unfounded in scientific evidence. In fact, many doctors also believe accurate diagnostic tests to determine testosterone levels are not even available at this time, and we know little about the role of the hormone in men's bodies. Thus, to attempt to reverse the normal aging process by increasing testosterone levels may be dangerous for some men.

The fact that increasing a man's testosterone level seems to be associated with prostate cancer should be a major concern of any man before beginning testosterone therapy. The recent experience of the Women's Health Initiative with HRT is an important lesson for men as well. Until we have good scientific data that supports the restoration of male testosterone levels, we should view the use of Androgel for treating androphase as lacking in scientific evidence.

Whether male menopause actually exists continues to be a controversy. Even if it does, is it a condition to be treated with medication?We are clearly moving closer to having an answer but need to be increasingly cautious as the pharmaceutical industry pushes toward medicalizing what may be normal biological and psychological processes.

Dr. Ducharme is a clinical psychologist, certified sex therapist, and consultant specializing in sexuality and

Male menopause: the real thing?; Sexuality & Sci. Paraplegia News November 1, 2002

disability issues. He isa member of the medical staff at Boston Medical Center and a professor of Rehabilitation Medicine and assistant professor of Urology at Boston University School of Medicine. A past president of the AmericanAssociation of Spinal Cord Injury Psychologists and Social Workers, Dr. Ducharme serves on the boards of directors of several professional organizations.

 Readers may send questions anonymously to Stanley H. Ducharme, Ph.D., Boston University Medical Center, 720 Harrison Avenue, Suite 606,Boston, MA 02118. ducharme@bu.edu / www.Stanleyducharme.com.

**LOAD-DATE:** February 22, 2008