# Exhibit 41



1 of 1 DOCUMENT

Copyright 2004 Times Publishing Company
St. Petersburg Times (Florida)

January 27, 2004 Tuesday 0 South Pinellas Edition

**SECTION:** FLORIDIAN; Pg. 3E

**LENGTH:** 1289 words

**HEADLINE:** Helping men age gracefully

**SERIES:** PULSE

**BYLINE:** SUSAN ASCHOFF

**BODY:**

Like many middle-age men who complain that their vigor has vanished, Dr. Douglas Hall, an Ocala obstetrician, began taking testosterone five years ago. "I wanted to stay young," he says.

Instead of feeling better, he felt worse. He gained 30 pounds. He ended up in the hospital with angina.

The problem, Hall deduced, was oversimplifying what he needed. He took too much testosterone and paid too little attention to balancing all his hormones. He studied the subject extensively. He shared what he learned in a story in the local newspaper. The day the story published, his obstetrics and gynecology practice got 250 calls in three hours.

From men.

"They all started coming to see me," says Hall, 63.

Today he treats 30 men a week.

"I just want to help them age gracefully."

Men's determination to live young no matter their age has tripled sales of prescription testosterone over five years. Fueling their interest are heavily advertised impotence drugs. Two of them, Levitra and Cialis, will have the first-ever Super Bowl commercials on erectile dysfunction this Sunday. All the publicity has made it easier for men to seek help for their most intimate medical problems.

The hormone testosterone gives adolescent boys deeper voices and body hair. In adult males, the hormone feeds libido, builds muscle mass and helps maintain energy levels, explains WebMD.

Levels typically peak when a man is in his 20s and then slowly decline. By 60, about one in five men will have low

Helping men age gracefully St. Petersburg Times (Florida) January 27, 2004 Tuesday 0 South Pinellas Edition

testosterone; and by 80, almost half do.

The most obvious result is a dwindling sex drive and inability to get an erection. But inadequate testosterone or an imbalance with other hormones is also blamed for higher body fat, muscle weakness, lack of energy, mental confusion and moodiness, experts say.

The condition has been dubbed male menopause, or andropause.

Men who supplement with testosterone injections, skin patches or skin gels say they feel younger.

"Men love testosterone," says Dr. John Morley, an endocrinologist at Saint Louis University School of Medicine. Morley says testosterone is not a cure-all but "a quality of life drug."

Testosterone's popularity as an antiaging tonic is an off-label use: Testosterone supplementation is approved by the Food and Drug Administration only to treat select medical conditions, such as hypogonadism, when a man of any age has low levels.

No one is certain about the long-term effects of taking testosterone when one's own levels decrease.

Prescription sales for testosterone averaged about $18-million every year until 1988. Then the Testoderm patch was introduced by ALZA Corp. A patch is easier than injections, and sales climbed. But patches can irritate the skin. In 2000, Unimed Pharmaceuticals put AndroGel on the market. Rubbed on the shoulders, upper arms or abdomen, the gel slowly releases testosterone into the bloodstream. It is largely credited with doubling testosterone sales to $500-million. A half-dozen more products are in development at pharmaceutical companies.

As testosterone supplementation expands its market, many endocrinologists fear the hype will lead to bad medicine. Physicians say they feel pressured by patients for "a magic pill."

Les Saunders says he was looking not for magic, but rescue. The 74-year-old retiree was diagnosed as borderline diabetic and put on an 1,800-calorie diet. "I felt like I was starving to death. I had no strength."

Dissatisfied with his family practitioner's complacency, Saunders went to Hall, who took him off the diet and put him on a regimen of testosterone cream and a dozen supplements to enhance his body's endocrine system.

"I gained 10 pounds and the strength I'd been lacking for two years," Saunders says. "I've got muscle again." He regularly plays two hours of tennis and works out on weight machines. His sex life is better, too, he says.

Yet in the recurring dilemma of modern medicine, the media and public are moving faster than the science. There will be almost 17-million American men 65 and older by 2010, many clamoring for hormone therapy, but with no large, lengthy trial to confirm its safety and effectiveness.

Cautions on packaging warn that testosterone can cause breast enlargement and liver damage and may increase the risk of prostate enlargement and cancer. Sometimes there are too-frequent erections, fluid retention and sleep apnea. Testosterone increases red blood cells, which is linked to heart attacks and strokes.

"There is conflicting data," says Dr. Steven Petak of the Texas Institute for Reproductive Medicine and Endocrinology in Houston. "The big question is what happens to the risk for prostate cancer."

As estrogen feeds breast cancer in women, testosterone feeds prostate cancer in men.

Some good news came in a small study published in December. In 20 men who had precancerous cells in the prostate and 55 men who had none, a year of testosterone therapy in both groups resulted in no significant changes in PSA levels.

Helping men age gracefully St. Petersburg Times (Florida) January 27, 2004 Tuesday 0 South Pinellas Edition

About 30 studies have reported increased bone density, muscle strength, sex drive and lean vs. fat body mass. Researchers see a connection between low testosterone and depression and are studying supplementation as an alternative to antidepressants.

But only one of the studies lasted more than a year.

A proposed six-year trial with 6,000 men was rejected in 2002. Critics say the $110-million price tag and the potential for harm to participants are to blame. That same summer, a megastudy on hormone therapy for women was halted when participants suffered heart attacks and strokes from a drug prescribed for decades as a preventative.

An Institute of Medicine advisory committee recommended additional small trials on testosterone treatment before a large one is considered.

Further confusing the issue are supplements sold over the counter that promise the same antiaging benefits but need not meet FDA standards for pharmaceuticals.

Men are advised to get a testosterone-level test in their 30s as a baseline for what is normal for them. Tests should be repeated at least every five years.

"Some falloff of testicular function is natural. All organs go through those changes. It may be that's what aging is about," says Petak, a member of the American Association of Clinical Endocrinologists.

But do males go through menopause? Though women's estrogen levels drop sharply in their 40s, men have a wide range of testosterone levels and a gradual decline as they age. Fatigue and impotence blamed on testosterone may instead be caused by diabetes, heart disease, thyroid problems, obesity, depression and stress.

Saunders says his family doctor told him there was no reason for testosterone treatment. When Saunders asked what he could do to feel better, he got no answer. That's when Saunders went to Hall.

"I'm healthier than I've been in probably 20 years."

Could it be low testosterone?

Dr. John Morley of St. Louis University School of Medicine offers this questionnaire for men to assess whether they may be testosterone deficient. If you answer yes to question 1 or 7, or at least three of the other questions, you may have low testosterone. Men should first rule out depression as a cause of these symptoms.

1) Do you have a decrease in sex drive?

2) Do you lack energy?

3) Have you experienced a decrease in strength and/or endurance?

4) Have you lost height?

5) Have you noticed a decreased "enjoyment of life?"

6) Are you sad or grumpy?

7) Are your erections less strong?

8) Has there been a deterioration in your ability to play sports?

Helping men age gracefully St. Petersburg Times (Florida) January 27, 2004 Tuesday 0 South Pinellas Edition

9) Are you falling asleep after dinner?

10) Has there been a deterioration in your work performance?

**GRAPHIC:** DRAWING, ROSSIE NEWSON; Testosterone-man rips open his jacket to reveal his emblem.

**LOAD-DATE:** January 27, 2004

# Exhibit 42



1 of 1 DOCUMENT


Copyright 2004 Sentinel Communications Co.
Orlando Sentinel (Florida)


November 2, 2004 Tuesday
FINAL

**SECTION:** LIFE & TIMES; Pg. E3

**LENGTH:** 1084 words

**HEADLINE:** DO MEN GO THROUGH `THE CHANGE'?
THE IDEA OF MALE MENOPAUSE SPARKS A DEBATE AND A RUSH TO TESTOSTERONE THERAPY.

**BYLINE:** Debbe Geiger, Special to the Sentinel

**BODY:**

If you think only women experience the uncomfortable symptoms of menopause, think again.

Experts say erectile dysfunction, tiredness, low sex drive and even middle-age paunch can be telltale symptoms of male menopause or andropause. Four million U.S. men may be affected, according to a study in the New England Journal of Medicine in January.

"There's probably a lot more than we think," says Dr. Robert Waldbaum, chairman of the department of urology at North Shore University Hospital in Manhasset. "If we had a good test for the level of active testosterone that works in the body, then we would be able to diagnose a lot more men and help a lot more people through this aging process."

"Testosterone is the major male hormone," says Dr. Craig Niederberger, chief of the division of andrology at the University of Illinois in Chicago. "It makes guys virile. We call it an androgen or an anabolic steroid, meaning one that builds up the body. It gives them muscle mass, libido, keeps them from becoming depressed, gives them energy and dense bone structure. In a certain odd sense, it's the male equivalent of estrogen, but it acts opposite. Testosterone makes the guy a guy. Estrogen makes the woman a woman."

In women, estrogen levels drop rapidly, bringing menopausal symptoms. In men, menopause is more gradual. Testosterone levels start to decline around age 30 and drop at a rate of 1 percent per year thereafter, says Dr. John Morley, an endocrinologist and chairman of the division of geriatric medicine at Saint Louis University School of Medicine in St. Louis. When testosterone levels drop far enough, it can cause low sex drive, anemia, depression, and emotional, psychological and behavioral changes.

As in women, menopause in men leads to bone loss and muscle atrophy. But unlike women, it is not a clear marker of the end of the reproductive years.

DO MEN GO THROUGH `THE CHANGE'? THE IDEA OF MALE MENOPAUSE SPARKS A DEBATE AND A RUSH TO TESTOSTERONE THERAPY. Orlando Sentinel (Florida) November 2, 2004 Tuesday

"Some men age, and their testosterone levels stay the way they were all along. There are men whose testosterone is low who can still produce sperm to fertilize women," Waldbaum says. "It's not the clear definition that female menopause is."

"Many people we see tend to find they don't do as well in sports," Morley says. "Their golf game is off. They lose height because of osteoporosis. They're not as strong as they were. They're not thinking well. That's been shown in controlled studies."

TESTOSTERONE RELIEF

Although controversial, testosterone-replacement therapy is widely available. It carries the potential for serious side effects, including infertility and acceleration of tumor growth if prostate cancer is present.

In the past, the only option was weekly or monthly injections. "The downside was you would have a sudden increase that dropped down precipitously," says Dr. Bruce Gilbert, a urologist in Great Neck, N.Y. "You would have highs and lows, and it wouldn't be as your body would normally produce it."

Now, men find relief in an assortment of gels, creams and patches that maintain consistent testosterone levels. Some men say the improvement is remarkable. "It's difficult to capture, but the men who take it say they feel much better, and when they stop taking it, they feel terrible," Morley says. "Overwhelmingly, it improves your enthusiasm for sex and your sex life. A number of my patients say their golf game is improved, and that they hit a baseball better and farther. Others say it's not worth it."

Doctors think the effect may be psychological, as well as physiological. According to Dr. Barry Shepard, a urological surgeon with Winthrop-University Hospital in Mineola, N.Y. "When a guy has no sex drive and his erections are poor and we say, `We found the reason; you have low testosterone, and we're going to replace it,' after a week they tell me they feel great. Physiologically, that's impossible, but there is some psychology to this."

Gilbert stresses that the concept of male menopause needs research. "This is a controversial area that is being promoted by a lot of drug companies rather than urologists. Once you start talking about something like andropause, people are going to think it's a real thing that needs to be treated. But I'm not sure the data is very clear. There is no doubt that a very low level of testosterone has a profound effect on men. But the question is, how low is low?"

Lack of accurate diagnostic tests makes it difficult to assess. Compounding the problem, Waldbaum says, is that testosterone levels "change depending on the time of day." And each man is different in terms of symptoms and treatment.

"There is no unified agreement on what constitutes a normal testosterone range," Niederberger says. The Food and Drug Administration guideline is between 300 and 1,000 nanograms per deciliter of blood.

Testosterone-replacement therapy also is associated with serious side effects. Oral preparations can cause liver problems. And, "testosterone-replacement therapy will make prostate cancer grow if it is present," Gilbert says. That's why men with advanced prostate cancer are given agents to lower testosterone.

However, a review of more than 70 studies published in January in the New England Journal of Medicine found no relationship between testosterone-replacement therapy and increased risk of prostate cancer or cardiovascular disease. There is evidence to suggest that testosterone-replacement therapy can push red-blood-cell counts too high, which can lead to strokes. It also can worsen sleep apnea and decrease levels of HDL, the good cholesterol.

Gilbert says he's concerned testosterone-replacement therapy can cause infertility in men in their reproductive years. "This can turn off sperm production by fooling the brain and the pituitary gland, in particular, that there is an adequate supply of testosterone. It shuts down the body's own mechanism for regulating testosterone. In a percentage of

DO MEN GO THROUGH `THE CHANGE'?THE IDEA OF MALE MENOPAUSE SPARKS A DEBATE AND A RUSH TO TESTOSTERONE THERAPY. Orlando Sentinel (Florida) November 2, 2004 Tuesday

men, it shuts it down permanently."

With no long-term data, testosterone-replacement therapy "is a quality-of-life issue," Waldbaum says. "Until all the unknown questions are answered, it should be a decision between you and your doctor."

Morley agrees. "The Women's Health Initiative shows if you take estrogen, it doesn't make you live longer. There is a place for it with women who are unhappy during menopause. I think testosterone is the same. There is no evidence that it will extend or shorten your life. You take it to improve the quality of your life."

CONTACT:  Debbe Geiger is a freelance writer. This story first appeared in Newsday, a Tribune Publishing newspaper.

**GRAPHIC:** PHOTO: Dr. Barry Shepard, with a patient in his Garden City, N.Y., office, says testosterone replacement has physiological and psychological effects.
PHOTO: Dr. Bruce Gilbert, a urologist in Great Neck, N.Y., shows some of the treatments for male menopause, including Androderm and AndroGel.
PHOTOS BY KATHY KMONICEK/NEWSDAY

**LOAD-DATE:** November 2, 2004

# Exhibit 43



1 of 1 DOCUMENT


Copyright 2006 Los Angeles Times
All Rights Reserved
Los Angeles Times

September 11, 2006 Monday
Home Edition

**SECTION:** HEALTH; Features Desk; Part F; Pg. 3

**LENGTH:** 1362 words

**HEADLINE:** MEDICINE;
Quest for the little pink pill;
An antidepressant, a topical oil and a supplement: Could one be a female Viagra?

**BYLINE:** Mary Beckman, Special to The Times

**BODY:**

THE little blue pill known as Viagra is keeping many men in pleasure, and for a while there was hope that it would do the same for women. But now researchers know that women need something different to improve their desire for sex, and their enjoyment of it.

"A number of compounds effective in men have limited utility in women," says Dr. Taylor Segraves, a psychiatrist at Case Western School of Medicine in Cleveland. Viagra and its cousins, Levitra and Cialis, increase blood flow to the genitals but often leave women feeling aroused but unsatisfied, experts note.

So attention is turning elsewhere. Several clinical studies are examining the ability of compounds to improve sexual problems in women -- be they low sex drive, slow response to physical stimulation or the inability to experience orgasm. Among the candidates: an anti-depressant, an herbal remedy and a precursor to sex hormones.

Studying women's sex drive is not as straightforward as studying that of men, scientists say. With males, there are clear measures of what constitutes sexual function -- namely, the ability to sustain an erection.

And sometimes, in women, the order of events in a sexual encounter flip-flops compared with men, says clinical pharmacologist Dr. David Ferguson, of Clinical Research Services Consulting in Grand Marais, Minn. Desire, for example, which in men tends to start the fun, might come \o7after\f7 stimulation, especially in a long-term relationship, Ferguson says.

Another reason for the complexity of sex research in general is that "so many things can influence libido," Segraves says. Stress, lack of exercise and diet can all diminish one's sex drive, as can rocky relationships -- or no relationships.

MEDICINE; Quest for the little pink pill; An antidepressant, a topical oil and a supplement: Could one be a female Viagra? Los Angeles Times September 11, 2006 Monday

Most studies require participants to be with committed partners to reduce these complications. They also require women to have sex once or twice a week to ensure enough data are collected.

Despite the difficulties, trials with pre-menopausal and post-menopausal women recruited from medical centers across the country are underway.

* Wellbutrin. Antidepressants are notorious for knocking down women's libido, but one such drug seems to have a positive effect.

In a 2001 study published in the Journal of Sex and Marital Therapy, Segraves and colleagues found that bupropion, also known by the trade names Wellbutrin and Zyban, doubled how often 51 nondepressed women became interested in sex, became aroused and had fantasies. (Women took the drug for eight weeks and the researchers assessed their sexual functioning in interviews.)

"In most women the effect was only moderate -- but enough for the women to want to continue taking the drug," Segraves says.

Another pilot study by Segraves found that the drug improves the number of times pre-menopausal women achieve orgasm. Now he and his colleagues are testing bupropion in 80 women with female orgasmic disorder, assessing not only improvements in their ability to experience orgasm but also changes in desire, arousal and pleasure.

Bupropion's pro-sex effect might be due to how the drug works. Whereas antidepressants such as Prozac that are known to dampen the sex drive keep the brain exposed to heightened levels of the neurotransmitter serotonin, bupropion ups the brain levels of two different neurotransmitters, dopamine and norepinephrine.

* Zestra. This combination of botanical oils and extracts (principally borage seed oil, evening primrose oil, angelica extract, coleus extract and a couple of antioxidants as preservatives) is available in drugstores. Because it falls under the Food and Drug Administration's cosmetic regulations, it is not subject to the same stringent rules as medical drugs.

In a 2003 study published in the Journal of Sex and Marital Therapy, the formula helped the majority of 20 women improve their levels of arousal and desire, even in the half of the group that didn't have problems with desire.

"The results were astonishing," Ferguson says of the bubblegum-scented massage oil, which is applied to the genitals. He noted, however, that for some women the oil could overstimulate.

Ferguson has now been hired by the makers of Zestra to investigate its effectiveness in a 200-woman clinical trial similar in design to ones drug companies would normally undertake. The women will use either Zestra or a placebo, keep a diary and be evaluated by researchers. Neither the doctors nor the patients will know who's getting what until the end of the four-month study.

* DHEA. This hormone precursor is available without a prescription and is touted as a remedy for weight gain, hair loss and low libido. What's lacking is scientific evidence on its effectiveness.

In the body, DHEA is converted into the female sex hormone estrogen and the male sex hormone testosterone, and as with all hormones, people make less of it as they get older. Now endocrinologist Dr. Susan Davis, of Monash University in Victoria, Australia, is recruiting 240 post-menopausal women with low libidos to take part in a study in which they will be given DHEA daily for a year.

Subjects will fill out questionnaires on sexual function, but researchers will also monitor their cholesterol levels, liver function and uterine linings to determine whether the compound is safe.

Answers to these trials are expected within a year or two, but some people aren't waiting. Experts say that Wellbutrin is already being prescribed off-label for women (as is the male sex hormone testosterone, which doctors

MEDICINE; Quest for the little pink pill; An antidepressant, a topical oil and a supplement: Could one be a female Viagra? Los Angeles Times September 11, 2006 Monday

know can boost sex drive in both genders).

Meanwhile, Zestra and DHEA can be purchased without a doctor's prescription, and experts believe women are already experimenting with them in the privacy of their homes.

As research in this area progresses, some physicians worry that people are seeking a pharmacological solution to something that should be dealt with in a different manner.

Dr. Erika Schwartz, of the Integrative Medicine Consultative Practice in New York City, says she's concerned that people will start to rely on such remedies rather than trying to fix the underlying root of sexual problems. "I encourage people to not take anything indefinitely," she says.

And one thing all these researchers agree upon: Women have a "low sex drive" only if they're unsatisfied. And there is tremendous variability. Although about a fifth of women experience what physicians call hypoactive sexual desire disorder, no absolute frequency exists below which researchers consider a person's sex drive low.

"For one person, having sex 25 times a month and having that drop to 10 times means they're having less sex," Davis says. "Another woman could be satisfied having sex three times a month."

*

()

Testosterone for women, in small doses

Since its discovery as the main sex-drive drug in men, testosterone also has been found to improve sex drive in perhaps 60% of women who try it.

Despite this evidence, a testosterone patch from Procter & Gamble that was designed to enhance sex drive in women recently failed to win Food and Drug Administration approval, on the grounds that the researchers hadn't shown it to be safe. (The product was, however, granted approval in Europe.)

Nonetheless, doctors are prescribing, and women are seeking, off-label testosterone treatments to enhance libido, arousal and ability to orgasm.

The hormone is supplied in a variety of ways: as creams applied to genital areas or skin or as drops taken under the tongue. (The body digests the hormone if it's taken via pills.)

One tack that's not recommended: patches available for men. These have testosterone in much higher doses -- perhaps 2.5 times higher -- than needed in women, says Dr. Erika Schwartz, of the Integrative Medicine Consultative Practice in New York City.

Instead, to get treatments at doses appropriate for women, many doctors use compounding pharmacies and labs that mix custom creams with the appropriate amounts of hormone.

Some doctors even recommend small amounts of prescription-only AndroGel, which contains testosterone and can be rubbed into skin.

However, "the safety of this approach long-term is unclear," says psychiatrist Dr. Taylor Segraves of the Case Western School of Medicine in Cleveland.

-- Mary Beckman\o7

MEDICINE; Quest for the little pink pill; An antidepressant, a topical oil and a supplement: Could one be a female Viagra? Los Angeles Times September 11, 2006 Monday

\f7

**GRAPHIC:** PHOTO: (no caption)  PHOTOGRAPHER: Elisa Lazo de Valdez Corbis

**LOAD-DATE:** September 11, 2006

# **Exhibit 44**

# THE MEDICAL-IZATION of SOCIETY

## On the Transformation of Human Conditions into Treatable Disorders

### Peter Conrad

© 2007 The Johns Hopkins University Press
All rights reserved. Published 2007
Printed in the United States of America on acid-free paper

2  4  6  8  9  7  5  3

The Johns Hopkins University Press
2715 North Charles Street
Baltimore, Maryland 21218-4363
www.press.jhu.edu

*Library of Congress Cataloging-in-Publication Data*

Conrad, Peter, 1945–
The medicalization of society : on the transformation of human
conditions into treatable disorders / Peter Conrad.
p. ; cm.
Includes bibliographical references and index.
ISBN-13: 978-0-8018-8584-6 (hardcover : alk. paper)
ISBN-10: 0-8018-8584-1 (hardcover : alk. paper)
ISBN-13: 978-0-8018-8585-3 (pbk. alk. paper)
ISBN-10: 0-8018-8585-X (pbk. alk. paper)
1. Social medicine—History.   I. Title.
[DNLM:   1. Sociology, Medical—trends. WA 31 C754m 2007]
RA418.C686 2007
362.1—dc22
2006033235

A catalog record for this book is available from the British Library.

it by embracing its medicalization. Thus, as will become apparent later, men often collude in the medicalization of their capacities, characteristics, and functions.

Medicalization can provide insight into a burgeoning field: the sociocultural construction of the body (Turner, 1992; Gatens, 1996). A great deal of scholarship is dedicated to understanding the body as a social and cultural artifact (Scheper-Hughes and Lock, 1987; Sault, 1994). The body is the site where aging occurs, or, as Faircloth suggests, "the body visibly marks us as aging" (2003: 16). Understanding how medicine acts upon the aging body through definition, control, and surveillance helps create a fuller picture of the male experience of age. While aging can be understood on many levels, the body provides a salient frame of reference. Age is characterized by bodily change, and "the body [can] provide a key frame of reference for the male experience of health" (Watson, 2000: 87). By looking at "treatments" for the aging male body (testosterone, Propecia/Rogaine/hair transplants, and Viagra), we can understand how it becomes socioculturally constructed. As Mamo and Fishman suggest, "within the biomedicalization framework, medical technologies are part of programs and strategies of inscription that indicate the exercise of a rationalized, disciplining and regulating of bodies" (2001: 14). The infiltration of biomedicine into everyday life through commonly used medical treatments redefines "healthy" and "normal" in regard to bodily function. Men experience and understand their bodies differently if the aging process is constructed as pathological.

## ANDROPAUSE: RUNNING ON EMPTY

Testosterone is the most intriguing of the male hormones. Physiologically, it is claimed, testosterone increases sex drive, musculature, aggressive behavior, hair growth, and other traits traditionally considered masculine (see Hoberman, 2005: 55–148). Healthy men maintain a relatively high (normal) level of testosterone throughout early and middle age, but bodily production of testosterone may naturally decline with advancing age. For the last century some physicians and other advocates have claimed that the age-related decline in testosterone levels results in a pathological condition, known as "andropause," that requires testosterone supplementation.

Currently, older men are being prescribed testosterone replacement therapy for a set of vague symptoms, often referred to as andropause, male menopause, the male climacteric, or androgen deficiency in aging men (ADAM). A recent Institute of Medicine report estimates that "more than 1.75 million prescriptions [for testosterone] were written in 2002, up from 648,000 in 1999" (Kolata, 2003). Despite the widespread use of testosterone replacement therapy, there is a dearth of information

ecome apparent later, men often
haracteristics, and functions.
oning field: the sociocultural con-
A great deal of scholarship is ded-
cultural artifact (Scheper-Hughes
here aging occurs, or, as Faircloth
3: 16). Understanding how medi-
, control, and surveillance helps
e. While aging can be understood
of reference. Age is characterized
ey frame of reference for the male
king at "treatments" for the aging
nsplants, and Viagra), we can un-
ted. As Mamo and Fishman sug-
dical technologies are part of pro-
e the exercise of a rationalized,
he infiltration of biomedicine into
reatments redefines "healthy" and
ence and understand their bodies
thological.

; ON EMPTY

le hormones. Physiologically, it is
ulate, aggressive behavior, hair
masculine (see Hoberman, 2005:
gh (normal) level of testosterone
duction of testosterone may natu-
entury some physicians and other
line in testosterone levels results
ause," that requires testosterone

tosterone replacement therapy for
pause, male menopause, the male
en (ADAM). A recent Institute of
; million prescriptions [for testos-
1999" (Kolata, 2003). Despite the
py, there is a dearth of information

and clinical studies about its risks and benefits. Among many in the scientific community, including the National Institute on Aging and the National Cancer Institute of the National Institutes of Health, there is "growing concern about an increase in the use of testosterone by middle-aged and older men who have borderline testosterone levels—or even normal testosterone levels—in the absence of adequate scientific information" (Institute of Medicine, 2004: 1).

Uncertainty characterizes current medical knowledge both of the safety and efficacy of testosterone therapy and of the existence of a male menopause. This uncertainty is not new, as scientists and physicians have debated the existence of andropause for over a century. A brief exploration of the history of testosterone therapy and andropause reveals that the pharmaceutical industry, endocrinologists, the media, and men in general have promoted a medicopathological definition of aging. With its perceived potential to return the aging male body to a state of socially valued youthful vigor, testosterone has an almost magical attraction. Current media attention, the development of new pharmaceuticals, and the push to cast male aging and testosterone in medical terms are contributing to the further medicalization of the aging male body.

### Historical Context for the Emergence of Testosterone Therapy

The discovery and isolation of testosterone undoubtedly contributed to the movement of male aging into the medical gaze. Although most of the scientific progress surrounding testosterone occurred during and after the nineteenth century, even before then "both folklore and medicine had explored the sources of maleness, seeking ways to promote strength, vitality, and potency" (Rothman and Rothman, 2003: 132). The medical definition of male aging had its origin in the work of scientists who pioneered the field of endocrinology. One of the most important ways that scientists made connections between testosterone and masculinity was through observations of castrated men. Because men without functioning testicles do not exhibit typical "male" attributes, the recognition that the testicles had some powerful effect on the male body predated the discovery of testosterone. Rothman and Rothman describe nineteenth-century common knowledge relating to the testicles and masculinity: "After all, as every farmer knew, the testes affected energy and muscularity; to castrate a rooster produced a capon—fatter, softer, and less active. To castrate an aggressive farm animal (a horse, dog, or bull) rendered him more docile and manageable. Indeed, popular lore recognized that men castrated whether by accident or on purpose . . . lost their manly characteristics" (2003: 132). Thus, according to this logic, an increase in the function of the testicles would amplify, enhance, or restore

male traits from an undesirable level to a satisfactory one. Although they did not yet know that testosterone was produced in the testicles, many scientists, all of them male, applied this logic in exploring the testicles of a variety of animals.

It was not until 1889 that the endocrinologist Charles Edouard Brown Séquard made the connection between testosterone and aging. Brown Séquard completed a series of controversial experiments on himself. Motivated by a general feeling of malaise, weakness, and fatigue that had persisted for a few years, he injected himself ten times with "a solution composed of testicular blood, testicular extracts, and seminal fluids from dogs and guinea pigs" (Rothman and Rothman, 2003: 134). The results were spectacular and dramatic: Brown Séquard reported that he was now able to work long hours in the laboratory, "his muscle strength, as measured on a dynamometer, increased dramatically, his urinary jet stream was 25 percent longer, and his chronic constipation had disappeared" (Rothman and Rothman, 2003: 134). His findings sparked much interest in medical treatments for aging within both the scientific and lay communities. After a report of his presentation appeared in a French newspaper, "a geriatric horde descended on [his] laboratory at the Collège de France, demanding that he share his miracle potency restoring elixir with them" (Friedman, 2001: 251). Some physicians in France and the United States were quick to adopt Brown Séquard's formula in the hope of rejuvenating their aging male patients. Although Brown Séquard's results could never be reproduced and he was eventually denounced as a quack, he was the first person to connect male aging to a biological process and to suggest a medical remedy for it.

At the turn of the twentieth century, physiologists and early endocrinologists continued to be extremely interested in the science behind male physiology. Not surprisingly, researchers were more interested in masculinity than in fertility, as "they defined the male not so much by his ability to reproduce, but by his manliness" (Rothman and Rothman, 2003: 136). This concern with masculinity may have contributed to the medicalization of male aging and to the medicalized construction of andropause. In women, menopause is characterized by the cessation of fertility, a socially valued trait. This loss of fertility is considered the primary pathological event in the definition of menopause. Although men do not experience a decline in fertility when they age, they may notice a decrease in some of their allegedly masculine characteristics, such as libido, strength, and physical performance. Medicine, mirroring society, values these traits, and, as a result, provides a pathological explanation for their diminution or disappearance.

Endocrinologists prescribed a variety of testicular extracts to male patients; the scientific community then identified these extracts as useless when the male hormone was isolated in 1935. The accurate isolation of testosterone and the ability of

y one. Although they did not yet
es, many scientists, all of them
a variety of animals.

harles Edouard Brown Séquard
ng. Brown Séquard completed a
otivated by a general feeling of
r a few years, he injected himself
ood, testicular extracts, and sem-
nd Rothman, 2003: 134). The re-
rd reported that he was now able
strength, as measured on a dy-
et stream was 25 percent longer,
othman and Rothman, 2003: 134).
tments for aging within both the
his presentation appeared in a
on [his] laboratory at the Collège
otency restoring elixir with them"
and the United States were quick
rejuvenating their aging male pa-
never be reproduced and he was
person to connect male aging to
edy for it.

sts and early endocrinologists con-
behind male physiology. Not sur-
sculinity than in fertility, as "they
reproduce, but by his manliness"
n with masculinity may have con-
to the medicalized construction of
ed by the cessation of fertility, a so-
ed the primary pathological event
lo not experience a decline in fer-
in some of their allegedly mascu-
physical performance. Medicine,
sult, provides a pathological expla-

cular extracts to male patients; the
acts as useless when the male hor-
n of testosterone and the ability of

pharmaceutical companies to synthesize it were accompanied by increased opti-
mism within the medical scientific community. As Rothman and Rothman assert,
"The newfound ability to produce the male hormone in the laboratory . . . sparked
an even more zealous effort to establish its clinical uses" (2003: 151). Testosterone be-
came a drug in search of a disease to treat. The excitement and increased optimism
surrounding testosterone are particularly evident in medical journals following the
1935 discovery. Published articles illustrated the dramatic effects testosterone ther-
apy could have on aging men. Many of these articles began by describing the patient
before treatment as desperate. In an early issue of the *Journal of the American Med-
ical Association (JAMA)*, for example, Dr. August Werner wrote, "In addition to
markedly diminished sexual libido and inadequate penile erections, these patients,
prior to treatment with testosterone propionate, were disturbed, anxious and broken
in spirit" (1939: 1442). Patients who had not yet received testosterone therapy are de-
scribed as pathetic, broken men, with little ability to function in a society that de-
manded so much of them (Kearns, 1939: 2257). By portraying the so-called male cli-
macteric as a dire condition with potentially devastating consequences for male
virility, physicians created a telling case for treatment. John Hoberman (2005: 115)
suggests that the sexual conservatism of American physicians may have limited the
clinical use of testosterone.

Early pharmaceutical companies had a great deal at stake with testosterone. The
optimism and excitement that surrounded the isolation of testosterone were easily
translated into marketing strategies that targeted physicians. Companies such as
Schering, Oreton, and Ciba promoted the use of testosterone to the medical com-
munity in a variety of ways. In 1941 Schering produced a "clinical guide for physi-
cians about male sex hormone therapy" (Rothman and Rothman, 2003: 157). Ini-
tially indicated for the treatment of sexual underdevelopment, hypogonadism, and
testicular failure, Schering promoted testosterone therapy for the treatment of a
broader scope of ailments, primarily the male climacteric. Such promotion of testos-
terone for male menopause was profit driven, as "sexual underdevelopment was too
rare to constitute a substantial market" (Rothman and Rothman, 2003: 138). They
thus worked to develop a wider market for testosterone, with advertisements (again
targeted to physicians) portraying testosterone as a magic pill that could work won-
ders for middle-aged male patients. A 1924 advertisement from the *Endocrine Her-
ald* promoted the use of Orchotine, a testicular extract. The advertisement pro-
claimed that Orchotine was "The Modern Treatment of Mental and Physical Sub
Efficiency for Men." The text of the advertisement suggests to physicians that the
use of this wonder drug will, beyond a doubt, correct the problems that afflict their
aging male patients, such as fatigue and sexual apathy.

## Andropause: Disease or Myth?

Andropause is not a clear-cut, easily identifiable, or definable condition. In a broad sense, andropause is defined as the age-related decline of testosterone levels in men that is accompanied by various symptoms, such as fatigue, lowered libido, and depression. The confusion surrounding the condition is "evident in the disputes over what to call it—andropause, veropause, male menopause, ADAM, and the male climacteric" (McKinlay and Gemmel, 2003). This conceptual confusion has existed for some time, as physicians and scientists have debated the use of each of these terms. A review of the current scientific literature reveals that it is misleading to describe the age-related decline of testosterone levels in men using terms like "andropause," "male menopause," or "the male climacteric" because, in Gooren's words, "terms like male menopause or andropause more or less suggest that, similarly to women, all men go through a profound decline of their androgen production from middle age on, but it should be stressed that the age-related decline of androgens in men follows a totally different pattern in comparison to the menopause" (2003: 350). In other words, "andropause" and "male menopause" are physiologically incorrect terms because, unlike women, men do not universally experience a cessation of gonadal function and reproductive capability (Hoberman, 2005: 141–43). In fact, "aging in healthy men is normally not accompanied by abrupt or drastic alterations of gonadal function, and androgen production as well as fertility can be largely preserved until very old age" (Nieschlag and Behre, 1998: 437–38).

Some in the medical community have suggested that the more accurate term "partial androgen deficiency in aging males" (PADAM) be used. This search for an accurate and scientific-sounding term is indicative of the process of medicalization, whereby a legitimate name for a condition promulgates its diagnosis.

While scientists agree that some men may experience a decrease in testosterone with age, the measure and meaning of testosterone levels remain contentious issues. Measuring testosterone levels is not straightforward: debates continue over whether the level of "free," bound, or total testosterone is the most significant measure (Stas et al., 2003). Concerns that testosterone levels can vary from hour to hour and that "periodic declines can occur in some otherwise normal men" (AACE, 2002: 442) fuel the debate as well. Thus, "there is currently no gold standard laboratory test" to determine testosterone levels (Tan and Culberson, 2003: 16), and no agreement as to what measurement to use to arrive at a diagnosis of andropause. The American Association of Clinical Endocrinologists (AACE) suggests, "An important research goal is to establish a consistent method for determining free testosterone levels and

s

*e or Myth?*

fiable, or definable condition. In a
elated decline of testosterone levels
ms, such as fatigue, lowered libido,
condition is "evident in the disputes
male menopause, ADAM, and the
03). This conceptual confusion has
ists have debated the use of each of
terature reveals that it is misleading
one levels in men using terms like
e climacteric" because, in Gooren's
use more or less suggest that, simi-
l decline of their androgen produc-
d that the age-related decline of an-
n in comparison to the menopause"
"male menopause" are physiologi-
en do not universally experience a
e capability (Hoberman, 2005: 141–
not accompanied by abrupt or dras-
n production as well as fertility can
lag and Behre, 1998: 437–38).
gested that the more accurate term
ADAM) be used. This search for an
ive of the process of medicalization,
nulgates its diagnosis.
perience a decrease in testosterone
ne levels remain contentious issues.
ard: debates continue over whether
s the most significant measure (Stas
an vary from hour to hour and that
e normal men" (AACE, 2002: 442)
no gold standard laboratory test" to
on, 2003: 16), and no agreement as
losis of andropause. The American
) suggests, "An important research
mining free testosterone levels and

to verify the results so that these levels can be more widely used and trusted" (2002: 242). In short, standardizing ways to measure testosterone levels and creating agreement on what levels are considered abnormal will facilitate a diagnosis of andropause and contribute to increased rates of treatment—a crucial step in the medicalization of masculinity.

Moreover, while there is a basic understanding of testosterone decline and aging, scientists and clinicians know little about the mechanisms behind the decline and its connection to the physical manifestations of aging. It is clear that testosterone decreases with age, but whether this decline means that a man has a pathological condition such as andropause is not known. That professional societies such as the AACE are pushing for a resolution of diagnostic uncertainties, the acceptance of a standard laboratory analysis, and an accurate label to replace andropause is clear evidence that the medical and scientific communities are contributing to the medicalization of aging men's bodies. Indeed, despite the "humbling chasm of ignorance about testosterone therapy," as many as 1.5 million men are taking testosterone supplements (Vastag, 2003: 971). The availability of testosterone as a supplement in a convenient form will increase the chance that healthy men will use it to help them "treat" the symptoms of aging.[2]

## Modern Pharmaceutical Companies and the Medicalization of Male Aging

Although testosterone therapy for the treatment of male menopause declined in popularity for most of the second half of the twentieth century, it never completely disappeared. Indeed, while the situation today is still somewhat ambiguous, the idea of a male menopause and the use of testosterone replacement therapy are reemerging, driven by technological advances made in the pharmaceutical realm and by the distribution of these drugs for an increasing range of male troubles. Both of these trends facilitate medicalization.

First, the mode of delivery for testosterone has evolved over the past few decades as pharmaceutical companies continue to search for treatments that are more convenient and attractive. With the availability of a highly effective and convenient form of the drug, more men are likely to participate in treatment. Oral preparations of testosterone, in the form of pills, are relatively easy to take. However, they are problematic because they do not maintain a constant level of the hormone in the body and may cause liver damage. Injections are uncomfortable for everyday use and "produce a sharp spike of the hormone, and then a fall, and these fluctuations are often accompanied by swings in mood, libido, and energy" (Groopman, 2002: 1). Patches,

32   CASES

worn on the abdomen, back, thighs, or upper arm, maintain a steady level of the hormone but may be uncomfortable or fall off. The newest form of testosterone, a clear, odorless transdermal gel, can be rubbed into the shoulders once a day without any irritating effects. The main gel on the market today is AndroGel, a product of Unimed, an American division of the Belgian pharmaceutical company Solvay. The Food and Drug Administration (FDA) approved AndroGel in February 2000. Shortly after the FDA approval, Robert E. Dudley, president and CEO of Unimed, stated that "we believe that doctors and men who are waiting for a more convenient testosterone treatment will regard AndroGel as a very attractive alternative to existing testosterone replacement therapy" (*Doctor's Guide Global Edition*, 2000).

Second, while AndroGel is currently FDA approved only for well-defined conditions associated with hypogonadism, such as Klinefelter syndrome,[3] "pharmaceutical companies often obtain FDA approval of a new product for a niche population with a relatively rare disease, hoping to expand later to a larger and more profitable market" (Groopman, 2002: 3). Such "off-label" use of drugs is common medical practice and occurs when a physician prescribes a drug for conditions other than those for which the drug is approved. FDA regulations do not allow AndroGel to be advertised for any nonapproved uses, but pharmaceutical companies can use other avenues for promoting their product. For example, "they can run ads that 'raise awareness' of a condition without mentioning the proprietary therapy by name and they can align themselves with . . . well known physicians whose views are thought to have influence among their peers" (Groopman, 2002: 3). Unimed/Solvay has used both of these tactics to promote the use of AndroGel in aging men. Perhaps the most interesting technique is a menu option on AndroGel's website (www.androgel.com) inviting the viewer to "Take the Low T Quiz." The questionnaire is derived from a 1997 "Androgen Deficiency in Aging Men Questionnaire"; the questions are vague and mirror many life changes that occur as men age. Questions such as "Have you noticed a recent deterioration in your ability to play sports?" or "Are you falling asleep after dinner?" hardly seem like clear medical symptoms, yet the implicit promotion of AndroGel turns these common life events into symptoms of a medical problem and suggests that a physician review the checklist.

### The Allure of Testosterone

Although pharmaceutical companies promoting andropause have been prominent advocates for the medicalization of male aging, they are not alone. The promise of testosterone therapy has an almost magical allure for many people, including clin-

arm, maintain a steady level of the hor-
he newest form of testosterone, a clear,
he shoulders once a day without any ir-
day is AndroGel, a product of Unimed,
eutical company Solvay. The Food and
Gel in February 2000. Shortly after the
nd CEO of Unimed, stated that "we be-
or a more convenient testosterone treat-
tive alternative to existing testosterone
l Edition, 2000).

)A approved only for well-defined con-
as Klinefelter syndrome,[3] "pharmaceu-
of a new product for a niche population
nd later to a larger and more profitable
bel" use of drugs is common medical
cribes a drug for conditions other than
egulations do not allow AndroGel to be
armaceutical companies can use other
example, "they can run ads that 'raise
ng the proprietary therapy by name and
wn physicians whose views are thought
oopman, 2002: 3). Unimed/Solvay has
of AndroGel in aging men. Perhaps the
on on AndroGel's website (www.andro
ow T Quiz." The questionnaire is de-
Aging Men Questionnaire"; the ques-
s that occur as men age. Questions such
n in your ability to play sports?" or "Are
m like clear medical symptoms, yet the
e common life events into symptoms of
ician review the checklist.

*Testosterone*

omoting andropause have been promi-
le aging, they are not alone. The promise
l allure for many people, including clin-
icians, their patients, and even the lay public. Testosterone is often portrayed as a
miraculous substance, with amazing power to restore or enhance masculinity. The
metaphors for testosterone in the public media illustrate the magical light in which
the male hormone often is viewed. Men become complicit in their own medicaliza-
tion with the promise that such treatments can produce astonishing results.

An advertisement for AndroGel from a recent issue of *Clinical Endocrinology*
represents another way in which testosterone is framed to physicians and their male
patients. The advertisement depicts a gas gauge with the arrow pointing to Empty.
The text states, "Low sex drive? Fatigued? Depressed mood? These could be indi-
cators that your testosterone is running on empty." Here, testosterone is depicted as
fuel that can be used up; the male body does not naturally replace the material es-
sential to sustaining its gender. Playing on the body-as-machine metaphor, with the
brightly colored dial illustrating two poles, Empty and Full, the advertisement sug-
gests that men can simply "fill up" with testosterone supplementation to regain sex
drive, energy, and optimism—essentially masculine qualities. Testosterone supple-
mentation is promoted as something that many men will need as part of the regular
maintenance of their bodies. Instead of being depicted as a rare condition, an-
dropause emerges as a mundane, typical, and predictable aspect of the daily life
(and bodies) of men.

Testosterone therapy is also an attractive subject for the press. Different print
sources have published stories with headlines like "Testosterone: Shot in the Arm
for Aging Males" (*USA Today*, July 26, 2002) or "Are You Man Enough? Testos-
terone Can Make a Difference in Bed and at the Gym" (McLaughlin and Park,
2000). These pieces almost always begin with the personal story of a man who was
tired at work, uninterested in sex with his wife, and failing on the football
field/gym/squash court, whose life turned around after his physician prescribed
testosterone. The article by McLaughlin and Park, published in *Time* magazine, is
redolent with images of man as a sleek, powerful, and fast machine: "If you happen
to be a man, the very idea is bound to appeal to your inner hood ornament, to that
image of yourself as all wind-sheared edges and sunlit chrome" (2000: 58). This
statement reflects a cultural preoccupation with reinvigorating the male body as a
series of working parts that come together under the influence of "rocket fuel"
(Friedman, 2001). Millions of aging male baby boomers compose an attractive mar-
ket for both the media and pharmaceutical manufacturers (Friedan, 1993; Hep-
worth and Featherstone, 1998). The next decade will likely see testosterone re-
placement therapy become an important component of the medicalization of aging
male bodies.

# **Exhibit 45**



1 of 1 DOCUMENT

Copyright 2007 John Fairfax Publications Pty Ltd
All Rights Reserved
Sydney Morning Herald (Australia)

July 5, 2007 Thursday
First Edition

**SECTION:** HEALTH & SCIENCE; Pg. 11

**LENGTH:** 1657 words

**HEADLINE:** Sex and the middle-aged man

**BYLINE:** Steve Dow

**BODY:**

The so-called male menopause can leave men depressed and sexually unfulfilled - and the treatment is as puzzling as the condition. Steve Dow reports.

Nearly 60 years ago, at age five, Jed Diamond almost lost his dad. It was a "dark day in November", the US men's health author and psychotherapist recalls, when his 42-year-old father, who had been increasingly irritable and withdrawn, deliberately took an overdose of sleeping pills and almost died.

Four decades later, in the late 1980s, the son found himself in a similar funk when he reached 45. At first, Diamond put his growing marriage problems down to his wife Carin's menopause, but soon came to believe the cause was a fall in male hormones, not female. He was suffering, he says, from "irritable male syndrome", which he attributes to stress, a "loss of male identity" and falls in natural testosterone.

"I took testosterone for a while when the irritable male syndrome was bad," the California-based Diamond, now 63, says. "For six months, I rubbed Androgel [a testosterone cream] onto the skin once a day." The treatment, he says, increased his sex drive and made him feel stronger, relaxed and confident: "I now know that testosterone is not just a sex hormone, but affects many other parts of our bodies, minds, and spirits."

Diamond, who says he has no ties to any drug company, blames testosterone decline in part for tiredness, irritability, sexual dysfunction and even depression in men over 40. As the author of Male Menopause and The Irritable Male Syndrome, he advocates counselling, diet and exercise, but also testosterone "when needed and used under the direction of a good doctor".

Clinicians do not yet widely accept the term "irritable male syndrome", coined only in 2001 by the Edinburgh-based reproduction biologist Gerard Lincoln, another advocate of testosterone use in ageing men. Simpler

Sex and the middle-aged man Sydney Morning Herald (Australia) July 5, 2007 Thursday

terms - "andropause" and "male menopause" - with virtually the same meaning, have circulated wider and longer, but are just as inflammatory. In 2002, a London doctor, Malcolm Carruthers, was barred from carrying out any medical practice through a website or prescribing drugs outside their recommendations for 18 months, after he diagnosed male menopause in a 70-year-old patient, based on an online questionnaire, and prescribed testosterone. The patient turned out to have dementia.

Many scientists and doctors worldwide question whether male menopause exists. Yet drug marketers promote andropause as a disease through newspaper and magazine ads and the internet, and these ads are now attracting the attention of federal health authorities in Australia.

Last year, David Handelsman, a professor of reproductive endocrinology and andrology and director of Sydney's Anzac Research Institute, wrote in the Medical Journal of Australia that testosterone "misuse", which he defines as the "systematic over-prescribing for unproven medical conditions" is "increasingly evident for male ageing, andropause".

While it is normal for men's blood testosterone concentrations to decline after about age 40 by roughly 1 per cent per year, Handelsman wrote, the clinical significance of "so-called andropause" remains "unclear and contentious". He told the Herald: "It's certainly questionable. It may be ineffective or even harmful."

Handelsman says older men often seek testosterone treatment because of sexual difficulties, yet erectile dysfunction in older men "has predominantly a neurovascular rather than hormonal aetiology". Put simply, testosterone is unlikely to give men an erection if their erections are failing in older age.

But type "testosterone" into a Google search in Australia, and the top sponsored hit, prominently on the top left-hand corner of the page, is for a Bondi Junction company called Supplemax, whose website promotes a 1300 number. Website visitors are invited to take a quiz, Do I Have Andropause?, leading to this advice: "A decrease in libido or reduced strength of erections are primary indicators of androgen (testosterone) deficiency."

Answering "yes" to a couple of key questions "should prompt you to contact Supplemax and seek a confidential consultation from one of our specialist registered doctors" who are based "all over Australia", the website reads. The company's testosterone cream or lozenges are priced at $800 for a six-month daily course.

The director of Supplemax is British-born Guy Hudson, 34, of Burleigh Waters, Queensland, according to company records. Supplemax came to the attention of the NSW Parliament in October, when the Shooters Party MP Robert Brown questioned its newspaper advertisements about a "brand new daily treatment program" that could "revolutionise life" for "thousands suffering health problems associated with low levels of the male hormone, testosterone".

Members of the Opposition benches were heard to giggle. "Do the advertisements offer consultation and diagnosis by telephone?" Brown pressed on. "Does testosterone, in fact, feed potential prostate cancer, especially in men over 40?"

NSW Fair Trading found that Supplemax had committed no breaches. The NSW Medical Board's legal director, Anthony Johnson, confirms the board has a policy permitting telephone consultations, although the doctor "must be confident that a direct physical examination would not add important information to inform their treatment decisions or advice to the patient".

Handelsman says that while testosterone at "standard doses for andropause is probably more poor or misguided medicine and a waste rather than truly dangerous", the answer to whether testosterone supplementation might increase the risk of prostate cancer or heart disease is not known.

A spokeswoman for the NSW Health Minister, Reba Meagher, says the Supplemax website "talks about the benefits of testosterone, therefore it is not an advertisement for a product". But a spokeswoman for the federal Minister for Health, Tony Abbott, takes a different view: "It is unlawful to advertise prescription-only medicines such as

Sex and the middle-aged man Sydney Morning Herald (Australia) July 5, 2007 Thursday

testosterone to consumers and unless specific approval has been granted, it is also unlawful to advertise any therapeutic goods to consumers for 'serious' conditions", she says, adding that the Federal Government's Therapeutic Goods Administration would pursue the website issues with Supplemax.

Supplemax's general manager, Chibuzo Okereke, says it is "completely valid" to do doctor consultations over the phone, and the company is not advertising testosterone. "The same care and attention can be taken over the telephone as [in] a face-to-face consultation," he says. Pathology forms are sent out so that patients are given blood tests: "There's no difference, apart from there's no eye-to-eye contact."

Okereke quotes as evidence of the existence of andropause a September 2006 Archives of Internal Medicine US study that showed low testosterone levels were associated with increased mortality in male veterans, but this study concluded further studies were needed. The Supplemax website also points to a Journal of the American Medical Association study by Carl Heller and Gordon Myers in which the authors identified the "male climacteric" including loss of libido and depression, which were improved with testosterone supplementation. But the study dates to 1944.

"We run programs, so if a person ends up having a prescription medication, that's between them and the doctor," Okereke says. "The doctors don't work for us, they're independent doctors. We pay [the doctors] for their consultations, whether they prescribe or not." A doctor might simply provide dietary or exercise advice, he says.

Supplemax's marketing manager, Brenton Le Grand, says the company's reorder rates for its testosterone cream and lozenges are "great" and "around 90 per cent", so men are "definitely seeing an improvement in their moods, energy and libido".

As for andropause and male menopause, however, even Diamond concedes the names are "misnomers" given that men don't have the sudden drop in hormones that women have. Indeed, some men can produce children into their 60s and 70s: think Charlie Chaplin and Rupert Murdoch.

What is needed, Handelsman says, is a large-scale, placebo-controlled clinical trial to show whether or not a 30 per cent testosterone fall between ages 40 and 70 actually matters, and if testosterone supplementation in such men is safe and efficacious. A 2004 review by the US Institute of Medicine found there was not even good short-term - about one year - efficacy evidence of testosterone use from studies to justify recommending large-scale clinical trials.

Given this lack of evidence, the Federal Government has resisted subsidising testosterone treatment for male ageing. A 2004 study by Handelsman found there had been two surges in subsidised testosterone prescribing in Australia in the 1990s, mostly in oral and implantable forms, but the overall increase was nothing compared with the 20-fold rise in testosterone sales revenue the US experienced in the decade to 2001.

But the full Australian picture is unknown, as the number of ageing men prepared to pay $800 for a six-month course of testosterone without government subsidy is commercial in confidence information.

Handelsman draws a distinction between unproven testosterone treatment for ageing men, and the need to educate the community about genuine androgen deficiency in younger men suffering gonadal disorders (known as hypogonadism), for which there is a government subsidy and a long efficacy and safety record for testosterone-replacement therapy.

Such a deficiency becomes evident from adolescence - facial and body hair fail to sprout and the voice fails to deepen, among other signs - and Handelsman tells the Herald there could be more than 10,000 Australians undiagnosed and, therefore, untreated.

David Handelsman's research into androgen physiology and pharmacology receives funding on a costs-recovery basis from companies marketing testosterone.

Sex and the middle-aged man Sydney Morning Herald (Australia) July 5, 2007 Thursday

**GRAPHIC:** ILLUSTRATION: By Harry Afentoglou

**LOAD-DATE:** July 16, 2007

# Exhibit 46



1 of 1 DOCUMENT

Copyright 2008 ProQuest Information and Learning
All Rights Reserved
Copyright 2008 American Society on Aging
Generations

Spring 2008

**SECTION:** OLDER MEN'S HEALTH; Pg. 21 Vol. 32 No. 1 ISSN: 0738-7806

**ACC-NO:** 11455

**LENGTH:** 3898 words

**HEADLINE:** Older Men and Sexual Health: Post-Viagra Views of Changes in Function

**BYLINE:** Marshall, Barbara L.

Barbara L. Marshall, PhD., is professor of sociology and women's studies, Trent University, Petersborough, Ontario, Canada.

ACKNOWLEDGMENT

The author wishes to thank Stephen Katz for his permission to use ideas developed in collaboration with him on a joint project from which Ms article is drawn, and she wishes to acknowledge the Social Sciences and Humanities Research Council of Canada for support of her research.

**BODY:**

ABSTRACT

The press release for last year's North American Congress on the Aging Male was headlined "Failure to treat sexual dysfunction can pose serious risk for aging males" and warned that "leading research scientists and clinicians from around the world are reaching the consensus that failure to treat decreased sexual function in aging males may actually put them at greater risk for heart disease and cancer" (Canadian Society for the Study of the Aging Male, 2007). The market for erectile dysfunction drugs, while perhaps not as massive as the most optimistic estimates originally suggested, is huge, and is buoyed by the continual promise of new and better drugs on the horizon (a quick search of the U.S. clinical trial registry shows thirtytwo trials in progress for erectile dysfunction).\n The "ADAM" (androgen deficiency in the aging mak) quiz is featured on a number of websites sponsored by pharmaceutical companies as well

as in full-page advertisements in magazines such as Aim's Health and GeIf.

FULL TEXT

In August of 2007, media attention was raptly focused on a new study out of the University of Chicago, which showed that while sexual activity declines with age, many older people enjoy a variety of sexual activities well into late life (Lindau et al., 2007). "Sexed-up seniors do it more than you think" proclaimed the headline on the website of NBC-News. "Senior partners: Still randy" declared Canada's Globe and Mail (Agrell, 2007). Both the study itself and the media coverage of it illustrated well what appears to be a new cultural consensus on sexuality and aging. While historically sex has been seen primarily as the province of the young, more recently the maintenance of active sexuality as a marker of normal aging has also been garnering attention.

The University of Chicago study not only suggested that sexuality was important across the lifespan, but also dearly linked sexuality with overall health and urged that increased medical attention be paid to late-life sexuality. The lead author suggested in an interview that she "would like to see physicians begin asking patients if they are sexually active, how their sex lives are going, or if there is anything preventing them from having sex" (Agrell, 2007). In a reversal of long-held beliefs mat older people just shouldn't be sexy, the onus is now on all of us to remain sexy. While certainly the positive image of elder sex promoted here is most welcome, implicit in the extensive media coverage of such research is an underlying view of those who choose to opt out of active sexuality as they age as victims of a pathology and a subtle reiteration of a message of risk and decline in the absence of appropriate intervention.

It is against this backdrop that I explore in this article the medicalization of aging men's sexuality, in particular the rise of a post-Viagra "men's health" industry. This new addition to the aging enterprise has expanded the medicalization of masculinity and male sexuality in later life, particularly via the recuperation of the "male menopause" as a hormonaUy treatable disorder. Finally, I explore how hormonal and other pharmaceutical therapies aimed at promoting masculine virility are deployed against the background of new understandings of risk, health, and surveillance in relation to aging men's sexual function.

NEW VIEWS OF AGE AND SEX

Masculine life-courses have shifted in terms of aging and sexual function (Gullette, 1997; Marshall, 2006,2007; Marshall and Katz, 2002, 2006). Victorian narratives of the "spermatic economy" (Haller, 1989) held that masculine vitality was a fixed resource that needed to be prudently managed if it were to be enjoyed into late life. If masculine vitality were squandered, sexual decline could occur at any age. Even with careful husbandry, however, the waning of the sexual impulse with age was treated as part of nature's wisdom, and counsel in the art of graceful acceptance was widespread. It was not until the early twentieth century that the idea of age-related midlifb sexual decline took hold and was fashioned as a target for therapeutic intervention. Today, aging men are expected to remain "forever functional" (Marshall and Katz, 2002), and, as Calasanti and King (2005, p. 16) summarize it, "sexual function now serves as a vehicle for reconstructions of manhood as 'ageless."5

In contemporary medicine, sexual health in aging men has become a "canary in the mine" indicator of their general health in mid to late life. "Sexual Health Is the Portal to Men's Health" (Shabsigh, 2006) was the tide of the keynote speech at the Fifth World Congress on the Aging Male, held in Austria in 2006. A recent editorial in the Journal of Men's Health and Gender similarly proclaimed that "... sexual health is one of the gates to men's health in general!" (Meryn, 2006, p. 318). Yet the concept of sexual health, once defined as reproductive health and absence of sexually transmitted disease (Giami, 2002), is now narrowly focused on sexual performance and desire.

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

In other words, sexual health has become equated with sexual function and defined by the desire and ability to have intercourse. Erec tile dysfunction, for example, is seen as a key indicator of other underlying conditions such as cardiovascular disease and diabetes (Kirby, 2004, p. 255).

The press release for last year's North American Congress on the Aging Male was headlined "Failure to treat sexual dysfunction can pose serious risk for aging males" and warned that "leading research scientists and clinicians from around the world are reaching the consensus that failure to treat decreased sexual function in aging males may actually put them at greater risk for heart disease and cancer" (Canadian Society for the Study of the Aging Male, 2007). The assertion (reviewed later in this article) that erectile dysfunction is an important warning sign of underlying disease is contradicted by widespread campaigns encouraging men to self-diagnose sexual dysfunctions and request specific pharmaceutical treatment. What is clear is that the clinical and market success of Viagra, introduced to the North American market in 1998, was pivotal in creating new institutional structures and health-promotion discourses around men's sexual health and in constructing the aging male body as a site of biomédical intervention. Viagra solidified a turn to understanding the aging male body as a series of functional subsystems amenable to constant monitoring and biotechnical intervention. While Viagra was seen as the solution to malfunction in one of these subsystems (vascular flow to the penis), the problems of the aging male are now increasingly opened up to diagnosis and treatment.

The market for erectile dysfunction drugs, while perhaps not as massive as the most optimistic estimates originally suggested, is huge, and is buoyed by the continual promise of new and better drugs on the horizon (a quick search of the U.S. clinical trial registry shows thirtytwo trials in progress for erectile dysfunction). New indications in the clinical literature suggest a move toward treating erectile dysfunction as a chronic disease, with daily (rather than on-demand) administration of erectile drugs such as PDE-5 inhibitors (like Viagra, Cialis, and Levitra) (Montorsi et al., 2006). lhe market is also buoyed by renewed interest in using existing drugs for newly reconstructed disorders. Chief among these is the rediscovery of the socalled male menopause, or andropause, now understood as "androgen deficiency in the aging male" or "late-onset hypogonadism." According to the pharmaceutical information company IMS Health, testosterone prescriptions in the United States doubled from 2000 to 2004 and are now estimated to be a $400-million-dollar-a-year business. Taken together, according to industry reports, the therapeutic areas of sexual dysfunction and male menopause are expected to lead the way in expanding the $17 billion world market in pharmaceuticals for "men's health" (Bioteeh Week, September 10,2003).

ANDROFAUSE: ARB AGING MEN THE NEW WOMEN?

The medicalization of the male menopause was well under way by the late twentieth century, apparently undeterred by mistakes made in the medicalization of women's menopause, where "on the basis of questionable evidence and scientific fallades. . .many claims were made about the wonders of estrogen replacement"(ODonnell, Araujo, and McKinlay, 2004, p. 509). This is not the first time that the male menopause has been construed as a treatable hormone deficiency. A series of articles in American medical journals in the 19305 and 1940$ investigated the "male climacteric" and treatment of it with injections of testosterone. While attributed to a deficiency in the sex glands, the male climacteric was seen as only clinically significant in a small proportion of aging men. Furthermore, while sexual dysfunction was viewed as a key symptom, it was not the main concern in treating the disorder. Although potency might inadvertently be stimulated by testosterone therapy, it was not to be given for this purpose, and at least one researcher suggested that "it is perhaps better for older men if this phase of the reaction does not result" (Werner, 1945, p. 710).

The idea of a hormonally treatable male menopause failed to gain much attention from mainstream medicine in subsequent years. Rather than a medical disorder, the "male climacteric" became viewed as more of a period of emotional adjustment, or midlife crisis (Featherstone and Hepworth, 19853,1985b; Hepworth and Featherstone, 1998).

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

It was not until sexuality came to be viewed as the key to men's midlife problems in the late twentieth century that the male menopause, or andropause, was reconceptualized as a medical condition. In the post-Viagra climate, with its intentionally heightened public awareness of the risk of sexual decline with aging, the notion of andropause as a widespread "disorder" now circulates through the scientific literature, the clinic, and the general public by way of citation, marketing, and mass media.

Since the late 1990$, mainstream journals, especially those focused on urology and impotence research, have been peppered with articles on the diagnosis and treatment of andropause. There is a significant gap, however, between andropause as a symptom complex, and androgen deficiency-or hypogonadism-as a biochemical state. Because testosterone is only approved in the U.S. for the treatment of hypogonadism (not andropause per se), there is a huge commercial motive in construing andropause as a form of hypogonadism. Hypogonadism itself is a relatively rare condition-there is, however, a large and growing market of men in mid and later life. If the increase in prescriptions for testosterone supplements is any indication, it would appear that this strategy has been successful.

The research on andropause and its treatment with testosterone remains controversial, and there is more disagreement than agreement on definition, diagnosis, and treatment Researchers and clinicians generally agree that many older men report symptoms such as erectile dysfunction, decline in libido, and decrease in strength and energy. They also agree that there is a moderate and gradual decline in testosterone as men age, but that many men remain within the "normal" range for younger men.

More contentious are issues such as whether declining testosterone levels have clinical significance, whether they may be caused by confounding factors such as obesity or inactivity, whether testosterone supplements result in dear benefits, and if so, whether or not they outweigh the potential risks. Controversies remain over measurement of bioavailable testosterone, what constitutes normative and/or deficient levels.

Further complicating the picture are studies suggesting that a significant proportion of men who have been identified as having mildly low testosterone levels show normal levels upon retesting, and that even some healthy young men may have abnormally low testosterone levels during any given twenty-four-hour period (Bhasin et al., 2006, p. 1998). A recent analysis of a number of studies suggests that the effects of testosterone supplementation on sexual function may be quite modest and may in fact diminish over time (Isidori et al., 2005). Data from the Massachusetts Male Aging Study show that low libido is a poor predictor of low testosterone levels (Travison et al., 2006).

It is no wonder that the National Institutes of Health concluded that "the growth in testosterone's reputation and increased use...has outpaced the scientific evidence about its potential benefits and risks" (liverman and Blazer, 2004, p. 11). Despite these debates, the existence of the andropause has now become widely discussed and is given credibility in a number of circles in which controversial and contested theories become presented as scientific fact.

Pharmaceutical companies actively promote an appearance of consensus on the existence, definition, and treatment protocols for clinical entities such as andropause, or "symptomatic late-onset hypogonadism." Some of the strategies include websites, health promotion brochures, and support to professional and patient groups organized around specific disorders. As has been demonstrated in other areas of pharmaceutical research, such as mat on antidepressants, the placement of industry-written articles in key clinical journals is one way of manufacturing the appearance of consensus (Heaty and CattdL, 2003). Such articles in mainstream clinical journals now include studies that survey physician knowledge about particular disorders.

For example, Solvay, manufacturer of Androgel, a testosterone product, has sponsored two studies of primary care

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

physicians' knowledge of andropause (Anderson et al., 2002; Pommerville and Zakus, 2006). These studies take as their premise such assertions as "Andropause is a testosterone deficiency that develops gradually over a number of years in all men aged 50 and over" and "The causes, symptoms and treatment options for andropause have been well documented." The studies then proceed to score primary care physicians' responses as "correct" or "incorrect" on a range of questions regarding the nature of, and treatment options for, the disorder. Given the manifest lack of scientific consensus on such matters, such an exercise can only be seen as one in the service of public relations rather than public health.

Mainstream media stories resulting from pharmaceutical company press releases highlight public education campaigns or new products. Mostly, these articles take the form of relatively uncritical "good news" stories. Mainstream press stories on the andropause, tor example, followed a familiar script, which suggested that while the existence of male menopause had been a subject of controversy in the past, there was now a scientific consensus that it is a "real" disorder treatable with hormone therapy. Stories of miraculous transformations (weight loss, muscle gain, better sex, better mood) resulting from testosterone treatment generally over-shadowed any brief nods to possible risks and cautions from more skeptical doctors and scientists. In many stories, the libido-enhancing benefits of testosterone are added to the presumably already accepted benefits of erectile drugs. As one article put it: "If you think you can Viagra your way out of this one, think again: it and similar drugs might help with the mechanics, but not with desire: testosterone is what fires the libido" (Werland, 2004).

In another story, a doctor with a men's clinic recounts a "typical case," a 4o-year-old complaining about erectile dysfunction and low libido. Six weeks after the doctor treated the erectile dysfunction (presumably with Viagra or a similar drug) and prescribed testosterone, the patient returned. ?å was vibrant," the doctor writes. "He had quit his job and gone into business for himself.. .The man's marriage was wonderful and his sex life was great. He had a great sense of vitality and a positive attitude towards life" (Bowell, 2000).

Sexual decline and its pharmaceutical reversal are linked here with the restoration of masculine vitality more generally. Not unlike the "feminine forever" message promoted to women by those selling hormone replacement therapy in the 19605, the newly remedicalized climacteric in men reasserts a hormonal basis for masculinity itself.

RISK AND SURVEILLANCE

All this bears witness to the dose cultural association between sexual virility and masculinity and fosters an environment of amplified risk for many men. No longer is sexual dysfunction just a concern for men in old age: Anxiety over the prospect of sexual decline is fostered earlier, in midlife. As Margaret Gullette (1998, p. 17) notes, "everyone has been getting older youngerf The Viagra user is not just an older man who is unable to get or keep an erection, but is more likely to be any man who worries about his erections being less reliable than he thinks they should be. A study of prescription-claims data in the U.S. during Viagra's first five years on the market found that younger men (ages 18 to 45) were the fastest growing group of users. Medicalization of the andropause has also meant medicalizing not only late-life masculinity, but also midlife masculinity.

According to the U.S. National Institute of Medicine, most testosterone prescriptions were given to men in the 45-65 age group, not to men over the age of 65, where decreased levels of circulating testosterone are most evident (Liverman and Blazer, 2004, p. 25). lliis construction of ever-younger aging males as "active patients" occurs against an expanded horizon of risk, increasing the responsibility of both individuals and health professionals to undertake virility surveillance.

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

The specter of sexual dysfunction has become central to a variety of health-promotion discourses that target lifestyle factors that might put individuals at risk. These factors include both official campaigns, such as Health Canada's warning labels on cigarettes ("Tobacco use can make you impotent"), and unofficial ones, such as the promotion of vegetarianism ("Eating meat can cause impotence") by People for the Ethical Treatment of Animals (PETA). The onus is on individuals to take responsibility for managing their risk of sexual dysfunction through various regimes of bodily discipline (including diet and exercise), which must start long before the onset of old age.

Direct consumer advertising, permitted in the U.S., also enrolls the individual as a key agent in the diagnosis and treatment of bodily disorders. With the aid of widely circulated quizzes and indexes, men are encouraged to screen themselves and consult their doctors. For example, Pfizer, manufacturer of Viagra, promotes a plan for "three steps to better erections." Men are instructed to assess their erectile capacity (via a short quiz), compare it to a standardized model (via their score on that quiz), and seek action by visiting their doctor and requesting a starter pack ofViagra. Studies show that when patients ask their physicians for a prescription for a specific medication, they are likely to get it (Kravitz et al., 2005).

Responsibility for diagnosis and management of erectile dysfunction also has largely shifted from urologists to primary care physicians. Oral PDE-5 inhibitors such as Viagra, Cialis, and Levitra are considered frontline therapies, and more invasive testing to determine underlying causes of erectile dysfunction tends to be reserved for cases in which these erectile medications do not work. At least one critic suggests that primary care physicians "prescribe them like aspirin to virtually any man who asks" (MacNeil, 2005, p. 46). This use of these drugs would seem to fly in the face of claims that erectile dysfunction is an important warning sign of more serious health concerns.

The self-diagnosis and treatment-seeking process is replicated by those worried that they might be suffering from andropause. The "ADAM" (androgen deficiency in the aging mak) quiz is featured on a number of websites sponsored by pharmaceutical companies as well as in full-page advertisements in magazines such as Aim's Health and GeIf. According to the quiz, men who experience such concerns as decreased libido, lack of energy, grumpiness, weakened erections, decline in sports or work performance, and after-dinner sleepiness should see their doctors to investigate testosterone therapy.

In case individuals are negligent in screening themselves, doctors are encouraged to engage in "pro-active questioning about a patient's sexual relations during routine consultations" (Kirby, 2004, p. 256). They are encouraged to monitor their patients for signs of sexual decline by conducting "proactive sexual health" interviews (Nusbaum and Hamilton, 2002) and by "routinely asking about libido, sexual function and stamina" (Maclndoe, 2003, p. 52).

This environment of accelerated surveillance for signs of sexual dysfunction in part reflects the sense in which sexual health, like health in general, becomes "a duty as much as a right of citizenship" (Porter, 2002, p. 201). Health, as the author Leonore Tiefer (1997) has put it, is the "new morality," and sexual health is no exception here.

TOWARD A CRITICAL PERSPECTIVE

What is needed is a move toward a critical perspective on the medicalization of late-life masculinity. I have reviewed some developments in the late twentieth and early twenty-first centuries that have opened up the sexual capacities of aging men to new biomedical remedies and lifestyle projects. While not entirely responsible for these developments, the success of Viagra and similar drugs in securing a particular understanding of sexuality and aging masculinity should not be underestimated. In the post-Viagra culture of virility, changes in sexual capacities associated with bodily aging are assumed to be, not normal, but tamer, pathological sexual dysfunctions that require treatment. The

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

burgeoning "men's health" industry has expanded the range of discursive and institutional structures that both accommodated and nurtured the medicalization of the aging male body. Illustrating both the biomedicalization of aging (Estes and Binney, 1989) and the medicalization of sexuality (Tiefer, 1996), aging male bodies have been made and remade at the intersections of science and culture.

This medicalization of masculinity is not mitigated by a critical men's health movement in the way in which a feminist health movement originally critiqued the medicalization of women's health and contested the widespread portrayal of aging as defêminization. Michael Fitzpatrick (2006) argues that the contemporary men's health movement lacks any radical impulse, with the following result: Tar from challenging medical authority, they [the men's health movement] urge men to submit themselves to it on a greater scale than ever before" (p. 260).

Thus what passes for a men's health movement lacks a critique of cultural standards of masculinity, particularly as these intersect with a critical perspective on aging. This situation makes it all the more important for academics and practitioners to cast a critical eye on the convergence of science and industry in fashioning aging as a crisis of masculinity.

SIDEBAR

A new men's health industry.

**BIBLIOGRAPHY:**

REFERENCES

Agrell, S. 2007. "Late-Life Lovin' Governed by Health, Not Mojo." Globe and Mail, August 28, p. L1.

Anderson, J. K., et al. 2002. "Andropause: Knowledge and Perceptions Among the General Public and Health Care Professionals/" Journal of Gerobtology: Medical Science 57A: M793-76.

Bhasin, S., et al. 2006. Testosterone Therapy in Adult Men with Androgen Deficiency Syndromes: An Endocrine Society Clinical Practice Guideline." Journal of Clinical Endocrinology and Metabolism 91: 1995-2010.

Calasanti, T., and King, N. 2005. "Firming the Floppy Penis: Age, Class, and Gender Relations in the Lives of Old Men? Men and Masculinities 8: 3-23.

Canadian Society for the Study of the Aging Male. 2007. Failure to Treat Sexual Dysfunction Can Pose a Serious Risk for Aging Males. Press release, February 5.

Estes, C, and Binney, E. 1989. The Biomedicalization of Aging." The Gerontologist 29: 587-96.

Featherstone, M., and Hepworth, M. 1985a. "The History of the Male Menopause, 1848-1936." Maturitas 7. 249-57.

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

Featherstone, M., and Hepworth, M. 1985b. "The Male Menopause: Lifestyle and Sexuality." Maturitas 7: 235-46.

Fitzpatrick, M. 2006. The Men's Health Movement: A Morbid Symptom? Journal of Men's Health and Gender 3: 258-62.

Giami, A. 2002. "Sexual Health: The Emergence, Development, and Diversity of a Concept" Annual Review of Sex Research 13:1-35.

Gullette, M. M. 1997. Declining to Decline: Cultural Combat and the Politics of the Midlift. Charlottesville, Va.: University Press of Virginia.

Gullette, M. M. 1998. "Midlife Discourses in the Twentieth Century United States: An Essay on the Sexuality, Ideology, and Politics of 'Middle-Ageism.'" In R. Shweder, ed., Welcome to Middle Age! (And Other Cultural Fictions), pp. 3-44. Chicago: University of Chicago Press.

Haller, J. S. 1989. "Spermatic Economy: A Ninetecnth-Century View of Male Impotence." Southern-Medical Journal 82: 1010-6.

Healy, D., and Cattell, D. 2003. "Interface Between Authorship, Industry, and Science in the Domain of Therapeutics." British Journal of Psychiatry 183: 22-7.

Hepworth, M., and Featherstone, M. 1998. The Male Menopause: Lay Accounts and the Cultural Reconstruction of Midlife." In S. Nettleton and J. Watson, eds., The Body in Everyday lift, pp. 276-301. London: Routledge.

Isidori, A. M, et al. 2005. "Effects of Testosterone on Sexual Function in Men: Results of a Meta-Analysis." Clinical Endocrinology 63: 381-94.

Kirby, M. 2004. "Erectile Dysfunction: A Model for Men's Health." Journal of Men's Health and Gender 1(2-3): 255-8.

Kravitz, R. L., et al. 2005. "Influence of Patients' Requests for Dircct-to-Consumer Advertised Antidepressants: A Randomized Controlled Trial." Journal of the American Medical Association 293: 1995-2002.

Lindau, S. T., et al. 2007. "A Study of Sexuality and Health Among Older Adults in the United States." New England Journal of Medicine 357: 762-74.

Liverman, C. T., and Blazer, D. G. 2004. Testosterone and Aging: Clinical Research Directions. Washington, D.C.: National Academies Press.

MacIndoe, J. H. 2003. "The Challenges of Testosterone Deficiency." Postgraduate Medicine 114: 51-62.

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

MacNeil., J. S. 2005. "ED Drugs Overprescribed by Primary Care Docs." Family Practice News, August 15, p. 46.

Marshall, B. L. 2006. The New Virility: Viagra, Male Aging, and Sexual Function." Sexualities 9: 345-62.

Marshall, B .L. 2007. "Climacteric Redux? (Re)Medicalizing the Male Menopause." Men and Masculinities 9: 509-29.

Marshall, B. L, and Katz, S. 2002. ""Forever Functional': Sexual Fitness and the Aging Male Body? Body and Society 8: 43-70.

Marshall, B. L., and Katz, S. 2006. "From Androgyny to Androgens: Re-Sexing the Aging Body." In T. Calasanti and K. Slevin, eds., Age Matters: Realigning feminist Thinking, pp. 75-98. New York: Routledge.

Meryn, S. 2006. "Why a Theme Issue on Sexual Health? Journal of Men's Health and Gender 3: 317-9.

Montorsi, F., et al. 2006. "Can Phosphodiesterase Type 5 Inhibitors Cure Erectile Dysfunction?" European Urology 49: 979-86.

Nusbaum, M. R. H, and Hamilton, C. D. 2002. The Proactive Sexual Health History? American Family Physician 66: 1705-12.

O'Donnell, A. B., Araujo, A., and McKinlay, J. B. 2004. "The Health of Normally Aging Men: The Massachusetts Male Aging Study (1987-2004)." Experimental Gerontology 39: 975-84.

Pommerville, P. J., and Zakus, P. 2006. "Andropause: Knowledge and Awareness Among Primary Care Physicians." The Aging Male 9(4): 215-20.

Porter, D. 2002. The Healthy Body." In R. Cooter and J. Pickstone, eds., Medicine in the Twentieth Century. Amsterdam: Harwood Academic Publishers.

Powell, B. 2000. "The Stuff of Manhood or Falsehood? Testosterone Gel Prods Debate over the Essence of Maleness." Toronto Star, August 25, p. D1.

Shabsigh, R. 2006. "Sexual Health Is the Portal to Men's Health." Presented at the Fifth World Congress on the Aging Male, Salzburg, Austria, February 9.

Tiefer, L. 1996. The Medicalization of Sexuality: Conceptual, Normative, and Professional issues? Annual Review of Sex Research 7: 252-82.

Tiefer, L. 1997. "Medicine, Morality, and the Public Management of Sexual Matters." In L. SegaL, ed., New Sexual Agendas. London: MacMillan.

Older Men and Sexual Health: Post-Viagra Views of Changes in Function Generations Spring 2008

Travison, T. G., et al. 2006. The Relationship Between Libido and Testosterone Levels in Aging Men." Journal of Clinical Endocrinology and Metabolism 91: 2509-13.

Werland, R. 2004. "Manhood Checkup." Chicago Tribune, June 27, p. 9.

Werner, A. 1945. The Male Climacteric (Including Therapy with Testosterone Propionate): Fifty-Four Cases." Journal of the American Medical Association 127: 705-10.

**GRAPHIC:** References

**LOAD-DATE:** June 14, 2011

# Exhibit 47



1 of 1 DOCUMENT

Copyright 2009 Cable News Network
All Rights Reserved



CNN.com

May 7, 2009 Thursday 3:07 PM EST

**SECTION:** HEALTH

**LENGTH:** 561 words

**HEADLINE:** Testosterone gel effects in children spur FDA warning

**BYLINE:** By Elizabeth Landau CNN

**BODY:**

Reports of young children developing premature or inappropriate sex characteristics have prompted the U.S. Food and Drug Administration to require a boxed label warning on two testosterone gel products.

The FDA announced Thursday that these children had experienced adverse effects in growth and sexual development after coming into contact with adults who used the products.

Specifically, young girls developed male sex characteristics, and boys prematurely developed male sex characteristics

The gels, AndroGel and Testim, are approved for use in men who produce little or no testosterone. In 2007, there were 1.4 million prescriptions dispensed for AndroGel -- 25,000 of which were for women -- and 370,000 for Testim.

Some women use testosterone gel products off-label, perhaps to increase sex drive, but the FDA has not approved these products for any reason in women.

Other non-FDA approved products are sold over the Internet. The agency has not reviewed the safety and efficacy of these products and does not know how widely they are sold.

In explaining how a child might have been exposed, Dr. Dianne Murphy, director of the Office of Pediatric Therapeutics at the FDA, suggested that a gel user might forget to wash his or her hands or cover treated areas, or may have not waited for skin to dry, and then picked up the child and held him or her to the upper body.

Testosterone gel effects in children spur FDA warning CNN.com May 7, 2009 Thursday 3:07 PM EST

The ratio of skin surface area to total body size of a child is much greater than in an adult, Murphy said. That means that a small area on an adult's body corresponds to a greater percentage of surface area on a child's body.

The FDA has reviewed eight cases of children ages 9 months to 5 years who developed symptoms as a result of exposure to the gel up to December 1. Abnormal effects included inappropriate enlargement of the genitalia, premature development of pubic hair, advanced bone age, increased libido and aggressive behavior.

Although most children's signs and symptoms regressed after they were no longer exposed to the gel, in a few cases the enlarged genitalia did not return to normal, and the bone age was still higher than the child's chronological age, the FDA said.

One of these children required surgical intervention, the FDA said. Some children also had to undergo invasive diagnostic procedures.

More than a dozen additional reported cases are currently under review by FDA.

Androgel is applied to the upper arms and shoulders and abdomen once per day, and Testim is applied to the upper arms and shoulders once per day, said Dr. Mark Hirsch of the FDA. The current labels instruct users to wash their hands after use, and to cover treated skin with clothing.

When product users applied gel to body parts that were not indicated in the product's labeling, they "increased the opportunity for a child to be inadvertently exposed," she said.

The FDA recommends that children and women avoid contact with the places where men have applied these products. The agency also recommends that adults who use testosterone gels do the following:

Wash hands with soap and water after every application. Cover the application site with clothing when gel has dried. Wash the site where the gel was applied with soap and water before coming into skin contact with another person. Note that the use of non-FDA-approved testosterone gels that can result the same effects should be avoided.

**LOAD-DATE:** May 8, 2009

# Exhibit 48



1 of 1 DOCUMENT

Copyright 2009 Factiva ®, from Dow Jones
All Rights Reserved

**Dow Jones Factiva**

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved.

# THE WALL STREET JOURNAL.

The Wall Street Journal Online

May 7, 2009

**SECTION:** BUSINESS

**LENGTH:** 342 words

**HEADLINE:** FDA Requires Strong Warnings on Two Testosterone Gels

**BYLINE:** By Jared A. Favole

**BODY:**

WASHINGTON -- The Food and Drug Administration is forcing strong warnings on two testosterone gel products after receiving reports of children who had inappropriate genitalia enlargement or became aggressive after getting exposed to the products.

The FDA is requiring the makers of AndroGel 1% and Testim 1% to provide black-box warnings, the agency's strongest, on the products' label to alert patients to the side effects if children are exposed to the products indirectly, according to an FDA press release.

"These drugs are approved for an important medical need, but can have serious, unintended side effects if not used properly," said Janet Woodcock, director of the FDA's drug research division. "We must ensure that the adults using them are well-informed about the precautions needed to protect children from secondary exposure."

These gels are approved for use in men who either don't produce testosterone or produce it in low amounts. The products are widely prescribed off-label to women. About 25,000 women were prescribed AndroGel in 2007, the FDA said.

AndroGel is approved to be applied to the abdomen and shoulders and arms, while Testim can only be applied to the arms and shoulders. Mary Roberts, an FDA medical officer, said in some instances people were applying the

FDA Requires Strong Warnings on Two Testosterone Gels The Wall Street Journal Online May 7, 2009

product to their chest and then holding their children without wearing shirts.

As of December 2008, the agency had received eight cases of secondary exposure to the products in children ranging in age from nine months to five years. Other reports have since come in, the FDA said. In most cases the side effects in children regressed after they weren't exposed to the product, but in a few instances enlarged genitalia didn't fully return to age-appropriate size and bone age remained modestly greater than the child's chronological age.

The FDA said adults who use testosterone gels should wash their hands with soap and warm water after every application and should cover the area where they applied the products.

Write to Jared A. Favole at  jared.favole@dowjones.com

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** April 25, 2011

# Exhibit 49



4 of 18 DOCUMENTS


Copyright 2009 Journal Sentinel Inc.
Milwaukee Journal Sentinel (Wisconsin)

August 9, 2009 Sunday
Final Edition

**SECTION:** A News; Pg. 1

**LENGTH:** 2143 words

**HEADLINE:** SIDE EFFECTS ARE DOCTORS' LOYALTIES DIVIDED? <|> UW tied to male hormone marketing <|> Testosterone prescriptions soar despite weak research, risks

**BYLINE:** JOHN FAUBER, Staff, Milwaukee Journal Sentinel

**BODY:**

By JOHN FAUBER

A rash of television commercials in recent months have told millions of middle-age men that their diminished sex life and somber mood may be the result of low levels of testosterone.

Setting the stage for the ads was a series of medical journal articles that first appeared four years ago. The articles, which were sponsored by the University of Wisconsin School of Medicine and Public Health, read more like promotions than rigorous research, touting the benefits of testosterone and downplaying the risks.

While the TV commercials were intended for consumers, the medical articles were written for thousands of doctors who could earn continuing medical education credit by reading them. Presumably, they also would write more testosterone prescriptions.

Both the ads and the articles were paid for by Solvay Pharmaceuticals, the company that dominates the testosterone therapy field and which allegedly conspired to pay off generic drug makers to keep their testosterone products off the market.

The campaign seems to have paid off.

Over the last few years, prescriptions for testosterone, especially Solvay's AndroGel, have boomed despite concerns that it may increase the risk of prostate cancer and cardiovascular disease. Aside from the potential health risks, there is a lack of science that the expensive drugs provide real benefit for middle-age and older men whose testosterone levels are declining as a result of normal aging.

Instead of relying on strong evidence, the testosterone phenomenon is based largely on iffy science, promotion,

SIDE EFFECTS ARE DOCTORS' LOYALTIES DIVIDED? <|> UW tied to male hormone marketing <|> Testosterone prescriptions soar despite weak research, risks Milwaukee Journal Sentinel (Wiscons

manipulation and conflicts of interest, a Journal Sentinel investigation found.

Last month, several experts told a U.S. Senate committee that drug company-funded continuing education was being used by the firms to market aggressively their products and contributing to the enormous health care costs in America.

Solvay regularly advertises on national TV, telling men they may suffer from a condition the company calls "Low T."

UW was an active participant in the testosterone surge. Solvay paid about $1 million to fund UW-sponsored doctor education in 2005, 2006 and 2007 such as dinner meetings around the country and newsletters designed to reach more than 50,000 physicians. UW directly received about $115,000 of that amount.

The Solvay-funded activity is one of several questionable drug company-funded UW doctor education courses investigated by the Journal Sentinel this year. Similar to some of the other courses, for-profit medical education companies paid by Solvay were involved in preparing the testosterone material. And doctors listed as authors of the articles often worked as consultants or speakers for Solvay.

Report commissioned

Seven years ago, federal health officials, who were concerned about the rising number of testosterone prescriptions and the scarcity of evidence to support it, commissioned a report from a panel of experts. At the time, testosterone prescriptions already had reached 1.7 million.

The National Institute on Aging noted there was scant evidence to support the idea of male menopause caused by diminishing testosterone levels, a normal part of aging that occurs in all men after they reach their 30s. It said the rapidly growing use of testosterone by men seeking to fend off the effects of aging had outpaced the scientific evidence on the hormone's benefits and risks.

Since then, there has been little rigorous research about the drug's effectiveness or dispelling concerns about prostate cancer. But testosterone therapy has nearly doubled again, to more than 3.3 million testosterone prescriptions last year, according to IMS Health, which studies the global health market.

And now Solvay is targeting a group of as many as 13 million men ages 45 and older with so-called Low T.

Its television commercials and Web site for Low T promise a revved up sex life; improved mood; increased energy; and bodies with less fat and more muscle.

"One should be quite cautious," said Dan Blazer, a professor of psychiatry at Duke University and chairman of a 2003 Institute of Medicine panel studying testosterone. "The evidence is pretty thin across the board. This is the new anti-aging drug and that's a concern."

In May, European researchers in one of the largest (322 men age 50 and older) placebo-controlled studies of oral testosterone therapy found that it did not improve psychological and various other quality-of-life symptoms, and only modestly improved sexual symptoms. Large, long-term studies that use placebos and active drugs are the gold standard of medical research.

In June, the American Medical Association concluded that anti-aging claims for testosterone and other hormones were not supported by evidence and the drugs may pose long-term risks. It said claims made by proponents need to be supported by well-designed, placebo-controlled clinical trials.

In May, the Food and Drug Administration issued a serious warning for Solvay's AndroGel and a similar product, Testim, saying that women and children could be at risk if they come in contact with men who use the products.

SIDE EFFECTS ARE DOCTORS' LOYALTIES DIVIDED? <|> UW tied to male hormone marketing <|> Testosterone prescriptions soar despite weak research, risks Milwaukee Journal Sentinel (Wiscons

The products are applied daily to the skin. The FDA said young children were inadvertently exposed, resulting inappropriate enlargement of the penis or clitoris; premature development of pubic hair, advanced bone age, increased libido and aggressive behavior.

'Unscientific' use

Beyond that, should large numbers of men be using testosterone products at all?

Victor Montori, a professor of medicine at the Mayo Clinic, said testosterone can be beneficial in treating a rare condition, often found in younger men, in which little or no testosterone is produced. But the drug also is being used unscientifically and irresponsibly, he said.

Elizabeth Mutisya, chief medical officer with Solvay, said the company stands behind the safety and efficacy of the drug. She said its approval by the FDA was based on rigorous clinical trial data.

"Testosterone replacement therapy serves a recognized medical need for adult males with hypogonadism," she said.

She said Solvay follows national guidelines for continuing medical education. The grant it provided to UW was unrestricted, and Solvay had no input into the content of the programs, she said.

George Mejicano, director of UW's Office of Continuing Professional Development, said topics picked for doctor education can involve emerging issues that are being actively debated such as testosterone replacement in men.

"Each physician is qualified and obligated to weigh the strength of the evidence and determine whether he/she will start or continue to use a specific therapy," he said in an e-mail.

But Montori, of Mayo, said there is not enough evidence to be treating large numbers of middle-age and older men whose declining testosterone levels are the result of normal aging, he said. He said he is especially concerned about potential risks.

"I truly wonder how much patients know about these uncertainties and how many seek benefits that this hormone cannot deliver while assuming that because it is available it must be deemed safe," he said. "You can easily drive the market for testosterone supplements, but the majority are unlikely to experience anything other than a placebo effect."

And driving up the market could be lucrative for Solvay Pharmaceuticals, the company who's AndroGel, a synthetic testosterone gel, holds about a 70% share of the transdermal testosterone market with sales of more than $400 million.

Patents on artificial testosterone expired decades ago, but Solvay won FDA approval on its gel formulation in 2000.

However, in 2006 an analysis by Solvay found that its patent was at substantial risk and that losing it to generic companies would lead to a 90% loss of sales within a year, according to the Federal Trade Commission.

A monthly prescription of AndroGel costs about $300, but a generic would cost as little as $45.

In February, the FTC alleged that Solvay unlawfully conspired to pay off two generic firms to keep their gel products off the market.

The FTC said Solvay agreed to pay the generic drug makers to abandon their patent challenges and not bring a generic version of AndroGel to the market until 2015. Generic versions of the product would have a devastating effect on the monopoly profits of AndroGel, causing its sales to plummet and leading to dramatically lower prices for

SIDE EFFECTS ARE DOCTORS' LOYALTIES DIVIDED? <|> UW tied to male hormone marketing <|> Testosterone prescriptions soar despite weak research, risks Milwaukee Journal Sentinel (Wiscons

consumers, the FTC said. Ultimately, the generic firms would be paid as much as $29 million a year by Solvay, the FTC said.

FTC Commissioner Jon Leibowitz said such unconscionable, pay-for-delay agreements can cost consumers billions of dollars.

Neil Hirsch, a spokesman for Solvay, said Solvay's patent for AndroGel is valid. He said the settlements were lawful, promoted efficiency and benefited consumers.

Questionable science

Testosterone long has fascinated doctors and enticed drug companies.

In 1889, a French physiologist, Charles Édouard Brown-Séquard, announced that he had devised a rejuvenation therapy for the body and mind by injecting himself with a liquid concoction made from the testicles of dogs and guinea pigs.

The 72-year-old professor told a gathering of other scientists that the therapy had increased his strength and brain power, cured his constipation and even lengthened the arc of his urine flow.

While the therapy later was showed to be a placebo effect, thousands of doctors would use his concoction, and the quest to find a hormonal elixir to male aging continued for decades.

Today, doctors are not arguing that testosterone is snake oil. Dozens of studies have produced promising results.

Indeed, there is a lot of "tantalizing, but not conclusive" evidence, said Peter Snyder, a University of Pennsylvania researcher.

However, doctors have ample reason to proceed with caution.

From the 1970s through the 1990s, a large body of less-than-rigorous research suggested that hormone therapy in women could offer a wealth of benefits, including reduced risk of heart attacks, strokes and dementia as well as relief from the symptoms of menopause.

Then in 2002, a large clinical trial of hormone therapy in women was stopped early when researchers learned that the drugs did just the opposite - increasing the risk of breast cancer, heart disease, stroke, dementia and clots.

Until more evidence comes in, large numbers of middle-age and older men should not be on testosterone therapy, Snyder said.

But that has not stopped the flow of endorsements.

In 2006, testosterone got a boost when a panel of doctors convened by the Endocrine Society concluded it could be used in men to improve sexual function, well-being, muscle mass and bone density.

However, six of the seven panel members who issued the guidelines worked either as consultants or speakers or received research support from companies that make testosterone products.

In addition, the panel's findings often were undercut by the low-quality of evidence and disagreement on what constituted a low enough level of testosterone to begin treating older men with the hormone.

For instance, in looking at libido the panel cited five studies in men with low testosterone levels, but two of the studies involved only nine men each and one study involved only eight men.

SIDE EFFECTS ARE DOCTORS' LOYALTIES DIVIDED? <|> UW tied to male hormone marketing <|> Testosterone prescriptions soar despite weak research, risks Milwaukee Journal Sentinel (Wiscons

In 2003, a panel of Institute of Medicine scientists pointed to a lack of clear evidence of benefit for testosterone therapy.

It noted that between 1977 and 2003, only 31 placebo-controlled studies had been conducted and nearly all of those were in small numbers of men ranging from six to 108 participants. And most of those studies were of short duration.

By contrast, clinical trials of hormone-replacement therapy involved more than 16,000 women and were designed to run for years.

Worth the risk?

Doctors say similar trials are needed before the risks and benefits of testosterone are fully understood.

Beginning in August, Snyder will oversee the largest rigorous clinical trial of testosterone therapy. It will compare AndroGel or placebo in 800 men age 65 and older who have a variety of symptoms that may be due to unequivocally low testosterone.

But even that trial will not be big enough or long enough to assess risks. One concern is that it may fuel undetected prostate cancer. Indeed, one treatment for prostate cancer is to deprive the tumor of testosterone.

It is estimated that a clinical trial would need to enroll 5,000 men and follow them for up to five years to detect prostate cancer risk.

"I hope we can get evidence to allow us to make rational decisions," Snyder said. "It's definitely not there yet."

To read more Check out the Journal Sentinel's coverage of doctors and conflicts of interest: www.jsonline.com/sideeffects

Copyright 2009, Journal Sentinel Inc. All rights reserved. (Note: This notice does not apply to those news items already copyrighted and received through wire services or other media.)

**LOAD-DATE:** August 9, 2009

# Exhibit 50



1 of 1 DOCUMENT


Copyright 2009 Charleston Newspapers
Charleston Gazette (West Virginia)

August 23, 2009, Sunday

**SECTION:** NEWS; Pg. P7C

**LENGTH:** 822 words

**HEADLINE:** Testosterone prescriptions booming despite iffy results, potential risks

**BYLINE:** John Fauber, Milwaukee Journal Sentinel

**BODY:**

MILWAUKEE - A rash of television commercials in recent months have told millions of middle-age men that their diminished sex life and somber mood may be the result of low levels of testosterone.

Setting the stage for the ads was a series of medical journal articles that first appeared four years ago. The articles, which were sponsored by the University of Wisconsin School of Medicine and Public Health, read more like promotions than rigorous research, touting the benefits of testosterone and downplaying the risks.

While the TV commercials were intended for consumers, the medical articles were written for thousands of doctors who could earn continuing medical education credit by reading them. Presumably, they also would write more testosterone prescriptions.

Both the ads and the articles were paid for by Solvay Pharmaceuticals, the company that dominates the testosterone therapy field and which allegedly conspired to pay off generic drug makers to keep their testosterone products off the market.

The campaign seems to have paid off.

Over the last few years, prescriptions for testosterone, especially Solvay's AndroGel, have boomed despite concerns that it may increase the risk of prostate cancer and cardiovascular disease. Aside from the potential health risks, there is a lack of science that the expensive drugs provide real benefit for middle-age and older men whose testosterone levels are declining as a result of normal aging.

Instead of relying on strong evidence, the testosterone phenomenon is based largely on iffy science, promotion, manipulation and conflicts of interest, a Milwaukee Journal Sentinel investigation found.

Last month, several experts told a U.S. Senate committee that drug company-funded continuing education was being used by the firms to market aggressively their products and contributing to the enormous health care costs in

Testosterone prescriptions booming despite iffy results, potential risks Charleston Gazette (West Virginia) August 23, 2009, Sunday

America.

Solvay regularly advertises on national TV, telling men they may suffer from a condition the company calls "Low T."

UW was an active participant in the testosterone surge. Solvay paid about $1 million to fund UW-sponsored doctor education in 2005, 2006 and 2007 such as dinner meetings around the country and newsletters designed to reach more than 50,000 physicians. UW directly received about $115,000 of that amount.

Seven years ago, federal health officials, who were concerned about the rising number of testosterone prescriptions and the scarcity of evidence to support it, commissioned a report from a panel of experts. At the time, testosterone prescriptions already had reached 1.7 million.

The National Institute on Aging noted there was scant evidence to support the idea of male menopause caused by diminishing testosterone levels, a normal part of aging that occurs in all men after they reach their 30s. It said the rapidly growing use of testosterone by men seeking to fend off the effects of aging had outpaced the scientific evidence on the hormone's benefits and risks.

Since then, there has been little rigorous research about the drug's effectiveness or dispelling concerns about prostate cancer. But testosterone therapy has nearly doubled again, to more than 3.3 million testosterone prescriptions last year, according to IMS Health, which studies the global health market.

And now Solvay is targeting a group of as many as 13 million men ages 45 and older with so-called Low T.

Its television commercials and Web site for Low T promise a revved up sex life, improved mood, increased energy and bodies with less fat and more muscle.

"One should be quite cautious," said Dan Blazer, a professor of psychiatry at Duke University and chairman of a 2003 Institute of Medicine panel studying testosterone. "The evidence is pretty thin across the board. This is the new anti-aging drug and that's a concern."

In May, European researchers in one of the largest (322 men age 50 and older) placebo-controlled studies of oral testosterone therapy found that it did not improve psychological and various other quality-of-life symptoms, and only modestly improved sexual symptoms. Large, long-term studies that use placebos and active drugs are the gold standard of medical research.

In June, the American Medical Association concluded that anti-aging claims for testosterone and other hormones were not supported by evidence and the drugs may pose long-term risks. It said claims made by proponents need to be supported by well-designed, placebo-controlled clinical trials.

In May, the Food and Drug Administration issued a serious warning for Solvay's AndroGel and a similar product, Testim, saying that women and children could be at risk if they come in contact with men who use the products.

The products are applied daily to the skin. The FDA said young children were inadvertently exposed, resulting in inappropriate enlargement of the penis or clitoris, premature development of pubic hair, advanced bone age, increased libido and aggressive behavior.

**LOAD-DATE:** August 24, 2009