**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14cv1748<br><br>Honorable Matthew F. Kennelly |
| MEDICAL MUTUAL OF OHIO,<br><br>        Plaintiff,<br><br>  v.<br><br>ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS SARL, SOLVAY S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC.,<br><br>        Defendants. | No. 1:14-cv-8857 |

**PARTIES' JOINT STIPULATION AS TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS**

The undersigned parties respectfully submit herewith this Joint Stipulation as to Plaintiff's Response to Defendants' Motions to Dismiss, and state as follows:

1. On March 16, 2015 Defendants filed one joint motion and memorandum, and five additional Defendant-specific memoranda supporting dismissal of Plaintiff's class action Complaint. *See* Doc. Nos. 53, 54, 55, 58, 59, 61 and 62. Plaintiff's response is currently due to be filed on or before June 1, 2015. *See* MDL Doc. 599.

2. The parties agree that, in lieu of filing written opposition to the motions to dismiss and related memoranda, Plaintiff may file a First Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2).

3. Plaintiff intends to file its First Amended Complaint on or before June 1, 2015.

4. The parties agree that the filing of the First Amended Complaint will render moot Defendants' previously-filed motions.

5. As a result, Defendants will be required to re-file any renewed motions and memoranda in light of the First Amended Complaint.

6. The parties have conferred and agree that an appropriate briefing schedule for any renewed motions to dismiss is as follows:

    a. Motions due July 31, 2015.

    b. Plaintiff's response due September 15, 2015

    c. Reply due October 13, 2015.

Dated: May 28, 2015                    Respectfully submitted,


/s/ David E. Stanley                   /s/ Conlee S. Whiteley
David E. Stanley (pro hac vice)        Allan Kanner, Esq. (LA Bar No. 20580)

Janet H. Kwuon (pro hac vice)
Robert D. Phillips, Jr. (pro hac vice)
Margaret M. Grignon (pro hac vice)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com
rphillips@reedsmith.com
magrignon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cavanaugh, Jr. (pro hac vice)
Jonah M. Knobler (pro hac vice)
Scott C. Caplan (pro hac vice)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendants AbbVie Inc., Abbott Laboratories, Abbott Products, Inc., Solvay, S.A., Solvay Luxembourg, S.A.R.L. f/k/a Solvay Pharmaceuticals S.A.R.L., and Solvay America, Inc.*

William Hoffman (pro hac vice)
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Tel: (202) 682-3550
Fax: (202) 414-0355
william.hoffman@kayescholer.com

Conlee S. Whiteley, Esq. (LA Bar No. 22678)
John R. Davis, Esq. (LA Bar No. 34872)
Luke A. Hasskamp, Esq. (CA Bar No. 280872)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, Louisiana 70130
Tel: (504) 524-5777
Fax: (504) 524-5763

W. Scott Simmer, Esq. (D.C. Bar No. 460726)
Thomas J. Poulin, Esq. (D.C. Bar No. 475115)
**THE SIMMER LAW GROUP**
The Watergate
Suite 10-A
Washington, DC 20037
Tel: (202) 333-4562
Fax: (202) 337-1039

*Attorneys for Plaintiff Medical Mutual of Ohio*

Stephen A. Weiss, Esq. (NY Bar No. 2413342)
Christopher A. Seeger, Esq. (NY Bar No. 2425304)
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212) 584-0700

Trent B. Miracle, Esq. (IL Bar No. 6281491)
Brendan A. Smith, Esq. (IL Bar No. 65190)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
Fax: (618) 259-2251

Ronald E. Johnson, Jr., Esq. (KY Bar No. 88302)
Sarah N. Lynch, Esq. (KY Bar No. 94261)
**SCHACHTER HENDY & JOHNSON PSC**
909 Wright's Summit Parkway
Suite #210
Ft. Wright, KY 41011
Tel: (859) 578-4444
Fax: (859) 578-4440
*MDL Co-Lead Counsel*

2

Andrew K. Solow (pro hac vice)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela Joan Yates (pro hac vice)
**KAYE SCHOLER LLP**
1999 Avenue Of The Stars
Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pyates@kayescholer.com

*Attorneys for Defendants Endo Pharmaceuticals Inc.* and *Auxilium Pharmaceuticals, Inc.*

James W. Matthews (pro hac vice)
Robert W. Sparkes, III (pro hac vice)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
james.matthews@klgates.com
robert.sparkes@klgates.com

*Counsel for Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., and Anda, Inc.*