IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Hon. Judge Matthew F. Kennelly |
| This document relates to: <br><br> MEDICAL MUTUAL OF OHIO, <br><br>        Plaintiff, <br><br> v. <br><br> ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC., <br><br>        Defendants. | No. 1:14-cv-08857 |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF MEDICAL MUTUAL OF OHIO'S SECOND AMENDED COMPLAINT**

The undersigned Defendants respectfully move to dismiss the Second Amended Complaint ("SAC") filed by Plaintiff Medical Mutual of Ohio ("MMO") under Federal Rules of Civil Procedure 12(b)(1), (2), and (6). In support of this Motion, Defendants state as follows:

1. On June 2, 2015, the Court granted MMO leave to file the SAC and further directed that the undersigned Defendants should file their motion to dismiss the SAC and supporting memoranda by July 31, 2015; MMO should file its response to the motion by September 15, 2015; and Defendants should file their reply memoranda by October 14, 2015. *See* Doc. 73 (minute entry establishing briefing schedule); *see also* Master Docket Case No. 1:14-cv-01748, Doc. 660 (minute entry respecting page limits for Defendants joint and supplemental memoranda in support of their motion to dismiss).

2. The Court should dismiss MMO's SAC under Rule 12(b)(1), (2) and (6). MMO lacks standing to sue Defendants under the RICO Act and Article III because MMO has not pleaded facts showing (1) that MMO sustained an injury to its "business or property" cognizable under RICO when it honored its contractual commitments to reimburse for TRT drugs whenever prescribed by a licensed physician, (2) that any alleged act of mail or wire fraud by any Defendant was the "but-for" cause of an alleged injury, and (3) that any alleged act of mail or wire fraud by any Defendant was the direct and immediate cause was of an alleged injury, as required by U.S. Supreme Court precedent respecting RICO's proximate causation requirement. Furthermore, MMO fails to plead that each Defendant committed multiple predicate acts of mail or wire fraud with the particularity required by Rule 9(b). MMO's RICO claims against the AbbVie Defendants, Auxilium, and the Actavis Defendants are barred by RICO's four-year statute of limitations, and MMO's RICO claims against the Lilly Defendants and Endo fail as well. MMO's remaining claims under various state statutes and common law doctrines also

must be dismissed for multiple reasons. The grounds for dismissal are set forth fully in Defendants' Joint Memorandum in Support of Their Motion to Dismiss and Defendants' respective Supplemental Memoranda, which are being filed contemporaneously with this motion.

For these reasons and the reasons set forth in Defendants' Joint Memorandum and Supplemental Memoranda, the Court should dismiss MMO's SAC with prejudice.

Dated: July 31, 2015

Respectfully submitted,

*/s/ David E. Stanley*
David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
Robert D. Phillips, Jr. (*pro hac vice*)
Margaret M. Grignon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com
rphillips@reedsmith.com
magrignon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd.*

*/s/ William F. Cavanaugh, Jr.*
William F. Cavanaugh, Jr. (*pro hac vice*)
Jonah M. Knobler (*pro hac vice*)
Scott C. Caplan (*pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Attorneys for Defendants AbbVie Inc., Abbott Laboratories, Abbott Products, Inc., Solvay, S.A., Solvay Luxembourg, S.A.R.L. f/k/a Solvay Pharmaceuticals S.A.R.L., and Solvay America, Inc.*

*/s/ Andrew K. Solow*
William Hoffman (*pro hac vice*)
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Tel: (202) 682-3550
Fax: (202) 414-0355
william.hoffman@kayescholer.com

Andrew K. Solow (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@kayescholer.com

Pamela Joan Yates (*pro hac vice*)
**KAYE SCHOLER LLP**
1999 Avenue Of The Stars
Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200
pyates@kayescholer.com


*Attorneys for Defendants Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC*

- 6 -

        */s/ James W. Matthews*
        James W. Matthews *(pro hac vice)*
        Robert W. Sparkes, III *(pro hac vice)*
        K&L GATES LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        Tel: (617) 261-3100
        Fax: (617) 261-3175
        james.matthews@klgates.com
        robert.sparkes@klgates.com

        *Counsel for Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., and Anda, Inc.*

- 7 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered attorneys of record.

                                            */s/ David E. Stanley*
                                            David E. Stanley
                                            *Attorney for Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*