IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| | Master Docket Case No. 1:14-cv-01748 |
| | Hon. Judge Matthew F. Kennelly |
| This document relates to: | |
| MEDICAL MUTUAL OF OHIO, | No. 1:14-cv-08857 |
| Plaintiff, | |
| v. | |
| ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY PHARMACEUTICALS, INC., SOLVAY, S.A., UNIMED PHARMACEUTICALS, LLC, BESINS INC., BESINS S.A., AUXILIUM, INC., GLAXOSMITHKLINE LLC, OSCIENT PHARMACEUTICALS, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX COMMERCIAL PARTY LTD., ACRUX DDS PARTY LTD., ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC. WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC., | |
| Defendants. | |

**DECLARATION OF WILLIAM F. CAVANAUGH, JR. IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO DISMISS**

I, William F. Cavanaugh, Jr., declare as follows:

1.      I am a partner with the law firm of Patterson Belknap Webb & Tyler LLP,

counsel for Defendants Solvay, S.A., Solvay America, Inc., Solvay Pharmaceuticals, Inc.,

Unimed Pharmaceuticals, LLC, Abbott Products, Inc., AbbVie Inc., and Abbott Laboratories in

the above-captioned action.  I am familiar with the matters set forth in this declaration based

upon my own personal knowledge and my review of the files maintained for this case.  If called

as a witness, I could and would competently testify to the following facts.[1]

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Second Amended

Complaint in *United States ex rel. King v. Solvay S.A.*, Civil Action No. H-06-2662 (S.D. Tex.

Nov. 10, 2009, entered on docket Dec. 7, 2009.)

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Fifth Amended

Complaint in *United States ex rel. King v. Solvay S.A.*, Civil Action No. H-06-2662 (S.D. Tex.

Nov. 22, 2011).

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Otesa Middleton,

*Solvay's AndroGel Boosts  Testosterone, Sex Drive in Men*, Dow Jones Newswires (Feb. 29,

2000).  That article, which predates the release of AndroGel in the United States, alleges the

potential use of AndroGel "to battle low sex drive."

5.      Attached hereto as **Exhibit 4** is a true and correct transcript of CNN, *New Drug

To Be Available To Treat Male Menopause* (Mar. 3, 2000).  This broadcast covered the release

of AndroGel and its alleged potential "to help ease the symptoms of male menopause," such as

loss of "sexual desire."

---

[1] All of the documents cited and attached to this declaration are submitted strictly for the purpose of demonstrating that the allegations contained therein were part of the public record as of the time they were published.  The Defendants do not concede that the statements made in of any of these articles are correct, and the Defendants reserve their right to dispute the truth of such statements.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Hallie Levine, *Male Menopause May Be No Myth*, N.Y. Post (Apr. 14, 2000).  This article described the allegedly "controversial" concept of "andropause" or "male menopause," and alleged that "[d]rug companies are jumping on the bandwagon in the race to keep men forever young and virile."  It discussed the upcoming release of AndroGel, and also alleged that "many skeptical new York doctors maintain andropause is a myth" and had concerns about "a link between testosterone therapy and . . . cardiovascular disease."

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Don O'Briant, *The Newsstand*, Atlanta Journal-Constitution (Apr. 18, 2000).  This article described AndroGel as "the next trendy thing" and "the next quick fix for [baby boomers'] problems."  It alleged that "[e]ven women are interested in getting the stuff."

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Louise D. Palmer, *The Essence of Manhood*, Newark (N.J.) Star-Ledger (Apr. 25, 2000).  The article discussed the phenomenon of "andropause" or "male menopause" and alleged the use of TRT "by a growing cadre of practitioners" who are "convinced that testosterone is key to extending an aging man's good health and quality of life."  The article alleged that "[m]any doctors," including the Academy of American Endocrinology, "reject testosterone replacement" because "the loss of testosterone is normal, not pathological," and because the "long-term risks" (including "contribut[ion] to heart disease") are "unclear."

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Marc Kaufman, *Hormone Gel Stirs Debate: New Testosterone Treatment: Source of Youth, or Risk*?, Washington Post (May 27, 2000) at A01.  This article covered the upcoming release of AndroGel, alleging: "[s]ome researchers are predicting [that] testosterone treatment will become for men what

estrogen treatment is for women—a way to stave off age-related declines. Its manufacturer [Solvay] certainly intends to advertise it that way." The article alleged "serious concern" about "health risks" and "potential for abuse," including "off-label" prescription. It alleged that "the concept of a 'male menopause' is catching on," despite "considerable debate about whether it is a bona fide medical condition." It quoted the CEO of Unimed (a subsidiary of Solvay) as allegedly "hop[ing] . . . that men will take their sex hormone levels seriously, as women have."

10.    Attached hereto as **Exhibit 9** is a true and correct copy of Shankar Vedantam, *Move Over, Viagra: The He-Hormone Is Coming Out in a Gel*, Philadelphia Inquirer (May 25, 2000). This article quoted the CEO of Unimed as allegedly stating that "the market [for AndroGel] included the '20 to 25 percent of men in their late 50s and 60s' who have low testosterone levels," and that "'the interesting, larger market' includes women—who could boost their libido."

11.    Attached hereto as **Exhibit 10** is a true and correct copy of Shari Roan, *It Could Have You Feeling Like a New Man . . . The Makers of AndroGel Say the Drug Could Be a Boon to Those Lacking in the Hormone, But There are Fears of Misuse*, L.A. Times (June 5, 2000) at S1. This article on the debut of AndroGel alleged "fears about misuse," including in "men who do not have clear-cut hypogonadism" and those who want "to feel a little younger." It also mentioned allegations that it may be "bad for the heart."

12.    Attached hereto as **Exhibit 11** is a true and correct transcript of *Should Aging Men Supplement Their Testosterone Level?*, CNN (June 13, 2000). This broadcast on the debut of AndroGel addressed the alleged "debate" over the existence of "male menopause, or andropause," and whether "an otherwise healthy man needs extra testosterone." An alleged expert predicted that it would be "used to fight the natural signs of getting older."

13.     Attached hereto as **Exhibit 12** is a true and correct transcript of *'Male Menopause' Drug Hits the Market Today*, CNN (June 14, 2000).  This broadcast is substantially similar to the broadcast discussed in the preceding paragraph.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Barbara B. Buchholz, *Tough Stuff: Is Testosterone What Really Separates the Men From the Boys?*, Chicago Tribune (June 25, 2000).  This article discussed the alleged "debate" over whether "more testosterone [is] better," and noted the alleged view of some that "increasing the amount for men who [already] fall into the normal range" "provides marginal benefit and worse, [entails] a potential risk" of "congestive heart failure."

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Jenny Deam, *New Gel Borrows Viagra's Cachet But Testosterone Rx Legit, Doctors Insist*, Denver Post (July 2, 2000) at E-01.  This article quoted an alleged "Unimed[] product manager for Androgel" as allegedly stating that Androgel "is designed to improve your mood—a bit; to improve your libido—a bit." It also cited alleged "concern that AndroGel will become the newest black-market darling, sought after and embraced by men whose testosterone levels are just fine but still feel they could use a little boost."

16.     Attached hereto as **Exhibit 15** is a true and correct copy of John Hoberman, *This Is the Dawning of the Age of Testosterone*, Newsday (July 9, 2000) at B06.  This article alleged that testosterone was "the hot new hormone" for "aging men. . . to improve their 'quality of life.'"  It reported on allegations that "AndroGel was [already] being sold" off-label "to increase energy, burn fat, improve mood and boost sex drive in the general male population."  It alleged that the debut of AndroGel was a "major opportunity" for "the pharmaceutical industry . . . to make testosterone an all-purpose tonic for the masses."  It discussed the allegedly "loose and

unregulated procedures" by which "[s]ome drug companies" allegedly "sponsor web sites that refer potential customers to physicians . . . to assess testosterone levels."

17.     Attached hereto as **Exhibit 16** is a true and correct copy of Douglas Quan, *New Gel Promises To Be Next Viagra: Controversial Product Only Available in U.S.*, Ottawa Citizen (Aug. 15, 2000) at C7.  This article alleged that Canadian men "with low sex drive issues" were expected to "flock[] south of the border" to purchase AndroGel.  It quoted alleged warnings from certain doctors that men without "clear-cut hypogonadism" "may look to AndroGel to give them [an] extra boost, regardless where their testosterone levels are at."  It quoted the CEO of Solvay as allegedly saying that "the spotlight has…begun to shine on…andropause."

18.     Attached hereto as **Exhibit 17** is a true and correct copy of Douglas Quan, *Gel Boosts Sex Drive: Approved in U.S., Hormone Replacement Helps Men with Low Testosterone*, Montreal Gazette (Aug. 23, 2000) at F4.  It is substantially similar to the article described in the previous paragraph.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of Simon Brooke, *A New Drug That Puts Hairs On Your Chest*, Evening Standard (Aug. 15, 2000) at 56.  This article alleged "a flourishing black market" for AndroGel "as increasing numbers of healthy men" allegedly "rush to try it."  It alleged that "Wall-Street [sic] traders" were using AndroGel "to give them the edge for their power breakfasts and trading frenzies," and that "baby boomers desperate to hang on to the last vestiges of their youthful virility" were asking doctors for the drug.  It quoted an alleged Solvay employee's statement that AndroGel "could take off in the same way lifestyle drugs such as Viagra have."

20.     Attached hereto as **Exhibit 19** is a true and correct copy of Betsy Powell, *The Stuff of Manhood or Falsehood?*, Toronto Star (Aug. 25, 2000).  This article alleged that

AndroGel was "making testosterone the new century's most talked-about hormone." It quoted a businessman who allegedly said "I could sell this stuff [AndroGel] on the street."

21.     Attached hereto as **Exhibit 20** is a true and correct copy of Deborah L. Shelton, *Testosterone Therapy Hype May Be Creating False Hopes*, American Medical News (Aug. 7, 2000) at 1. This article alleged that "[s]ome men are pressuring doctors to prescribe hormone replacement therapy, even when it's not medically justified, raising questions about the potential for abuse." It noted certain endocrinologists' alleged concerns that "the release of AndroGel will cause 'unreasonable demands,' 'potential for abuse,' 'unrealistic expectations,' 'bad medicine,' and 'false hopes.'"

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Tait Trussell, *Menopause Strikes Men, Too*, Orlando Sentinel (May 6, 2001) at 2. This article discussed the alleged use of AndroGel for the treatment of "male menopause" or "andropause."

23.     Attached hereto as **Exhibit 22** is a true and correct copy of Nancy Weaver Teichert, *'Mano-Pause': Experts Looking for Treatments*, Sacramento Bee (May 19, 2002) at L1. This article alleged that "testosterone supplements [were] being marketed to men" within the "normal" range of testosterone production who "don't need" them, "with the promise that they [would] make them feel younger, healthier and more virile." It also described the "ADAM (Androgen Deficiency in Aging Men)" questionnaire discussed in MMO's Second Amended Complaint.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of Don O'Briant, *The Newsstand*, Atlanta Journal-Constitution (July 23, 2002) at 8E. This article alleged that "[w]hile male menopause, or andropause, is still a subject of debate, one pharmaceutical company"— Unimed, the manufacturer of AndroGel—had allegedly "launched a public-awareness campaign

to help men [to] recognize" its symptoms.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of Camillo Fracassini, *It's the Manopause*, Scotland on Sunday (July 28, 2002) at 14.  This article reported on the allegedly "bitter divisions within the medical profession" over "andropause" or "male menopause."  It alleged that there are doctors who "dismiss the condition as a myth perpetuated by the pharmaceutical industry which can see the money-spinning potential of selling a 'treatment' for old age."  It alleged concerns of, *inter alia*, "heart problems."  It quoted a doctor at Massachusetts General Hospital who allegedly disputed the existence of "andropause" and opined that "[p]harmaceutical marketing is the driver, not physiology."

26.     Attached hereto as **Exhibit 25** is a true and correct copy of Robin McKie, *Irritable Male Syndrome*, The Observer (July 28, 2002) at 15.  This article alleged that Solvay/Unimed had "begun an aggressive advertising campaign in medical journals in a bid to get the nation's doctors to prescribe [Androgel]," and noted the purported "financial ties" between many advocates of TRT and Solvay/Unimed.  The article discussed alleged side effects of TRT, including risk of heart attack.  It alleged that the FDA was "concerned" about "the use of testosterone to treat men whose hormone levels have dropped off merely as 'a normal effect of ageing.'"

27.     Attached hereto as **Exhibit 26** is a true and correct copy of Jerome Groopman, *Hormones for Men: Is Male Menopause a Question of Medicine or Marketing*?, The New Yorker (July 29, 2002).  This feature article addressed the alleged "andropause" debate and Unimed/Solvay's alleged "off label" marketing of AndroGel.  It alleged that, although "[t]he F.D.A. [had] never approved AndroGel for andropause," Unimed had allegedly run an ad in Time Magazine promoting AndroGel for "[f]atigue[]," "[d]epressed mood," and "[l]ow sex

drive," as well as similar ads targeting doctors. It alleged that Unimed had created a "questionnaire" (the so-called ADAM questionnaire) to diagnose andropause. It alleged that Unimed/Solvay "was the sole source of funding" for a recent "Andropause Consensus Conference" that had endorsed use of a questionnaire, and that "of the thirteen panelists" at that conference, "at least nine" allegedly "had significant financial ties to [Solvay] in the form of research grants, consulting arrangements, or speaking fees."

28. Attached hereto as **Exhibit 27** is a true and correct copy of Katrina Woznicki, *Doctors Debate Hormones for Men*, United Press Int'l (Aug. 8, 2002). This article alleged that "[d]octors around the country are questioning" whether "the concept of a male menopause is just another attempt to exploit the never-ending quest for the fountain of youth." It alleged the possibility of "cardiovascular risks" as a result of TRT. It mentioned AndroGel by name, and alleged its potential for off-label use.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Gina Kolata, *Male Hormone Therapy Popular But Untested*, N.Y. Times (Aug. 19, 2002) at A1, an article cited in MMO's initial Complaint in this action. This front-page article alleged "soaring" use of TRT, which had allegedly "been trumpeted as a possible antidote for aging and a way to get a lean and muscular body." It alleged that men taking the drug for these off-label uses "are participating in a vast, uncontrolled medical experiment." It alleged a possible increased risk of "heart attacks and strokes." It attributed TRT's popularity to actions of "the [pharmaceutical] industry." It alleged that, upon the debut of AndroGel, a "new demand for testosterone" sprang up "overnight." It stated that, while AndroGel is approved for hypogonadism, "doctors can prescribe it as they please."

30. Attached hereto as **Exhibit 29** is a true and correct transcript of *Pros and Cons of*

*Male Hormone Replacement Therapy*, CBS Evening News (Aug. 25, 2002). This broadcast alleged that, although TRT "for men with serious medical problems ha[d] been an accepted practice for decades," "in recent years, doctors, with enthusiastic support from pharmaceutical companies, ha[d] expanded testosterone use to treat normal age-related declines in male hormones." It alleged that "[s]ince AndroGel was introduced . . . , sales of the male hormone ha[d] doubled," and stated that this increase was allegedly "raising red flags at the FDA" about the risks of cardiovascular effects.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of Stanley H. Ducharme, *Male Menopause: The Real Thing?*, Paraplegia News (Nov. 1, 2002) at 36. This article alleged a "not-so-subtle public-awareness campaign" by Solvay/Unimed regarding andropause, and alleged that "many people . . . wonder" if "the pharmaceutical companies" are "inventing the condition." It alleged that "drug companies, through massive advertising, [were] encouraging doctors to begin screening for testosterone levels" and to "restore those levels" with TRT drugs. It alleged that "AndroGel was approved [only] for a small group of people" and "was never approved for treating male menopause or andropause," but that AndroGel was being used "off-label" for that purpose.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of Judy Peres, *Hormones Now a Men's Issue; Testosterone May Pose Risks, But Many Like Results*, Chicago Tribune (Nov. 29, 2002) at C1. This article described the alleged "andropause" debate and alleged that "we don't know anything worth knowing about testosterone [use] in healthy, aging men." It mentioned AndroGel by name, and alleged that "increasing numbers of men" with hormone levels "within normal range" are "getting prescriptions for testosterone" for "off label" conditions. It alleged that the market for TRT had more than quadrupled in recent years, and

quoted a doctor who allegedly said, "I don't think that's because there's an epidemic of hypogonadism."

33.     Attached hereto as **Exhibit 32** is a true and correct copy of Harvey B. Simon, *On Call – Hormone Replacement Therapy for Men*, Harvard Men's Health Watch (Jan. 1, 2003). This article alleged that, in 2001, "American physicians wrote more than 1 million prescriptions" for TRT, "mostly to treat 'male menopause,' a condition that may not exist.'"  It alleged that TRT may entail "cardiovascular risk."

34.     Attached hereto as **Exhibit 33** is a true and correct copy of Oliver Bennett, *Essence of Man: Thousands of American Men Use Testosterone Gel To Boost Energy*, The Independent (June 9, 2003) at 10.  This article alleged that Androgel and Testim were being "pitched at ageing baby boomers" for "quality of life or cosmetic purposes," and that a "huge pharmaceutical push" had "doubled" the sales of testosterone gels and patches in the United States in the past year.  It alleged that "some professionals [were] nervous" that TRT was "being marketed as the latest fountain of youth," and suggested that [t]he testosterone revolution could . . . be 'a triumph of pharmaceutical marketing over need' and a treatment without a disease.'" It also alleged "possible side effects" including "heart attacks and strokes."

35.     Attached hereto as **Exhibit 34** is a true and correct copy of Deborah Orr, *Men Who Want Everything (Even the Menopause)*, The Independent (July 18, 2003) at 15.  This article was subtitled "Powerful interests are keen to sell the idea that male testosterone levels have to be kept very high."  It disputed the existence of male menopause and alleged that TRT "has really taken off thanks to Androgel" and that "the company that makes the drug has a uniform presence behind the scenes of this medical revolution."  It alleged that Solvay/Unimed had funded public awareness campaigns targeting men and doctors; created a "questionnaire for

worried men"; and funded a medical conference on "andropause" where "nine of the 13 panelists . . . had financial ties to the company." The article also alleged possible side effects, including "heart failure or stroke."

36. Attached hereto as **Exhibit 35** is a true and correct copy of Amy Reeves, *Medical Firm Muscles Into Testosterone Biz*, Investor's Business Daily (Aug. 6, 2003) at A08. This article on Testim and Androgel alleged that "[n]ow doctors feel freer to prescribe [TRT] for broader conditions" "such as andropause." It alleged Solvay/Unimed direct-to-consumer ads touting Androgel for "fatigue[]," "[d]epressed mood," and [l]ow sex drive."

37. Attached hereto as **Exhibit 36** is a true and correct copy of John Pekkanen, *Turning Back the Clock*, Washingtonian Magazine (Nov. 2003). This article alleged that doctors were prescribing testosterone creams "off-label" to men in order "to enhance their sexuality and to hold off aging." It also alleged that "women" were using TRT off-label. It quoted a doctor who allegedly stated that "what's going on now" is "a massive, uncontrolled, and maybe potentially dangerous experiment." It alleged that testosterone sales had risen sharply since AndroGel came on the market, and that "[s]ome scientists have labeled andropause a myth, a 'condition' created to market testosterone products."

38. Attached hereto as **Exhibit 37** is a true and correct copy of Sally Lehrman, *Concerns Rise As More Men Use Hormone Therapy*, L.A. Times (Nov. 3, 2003) at F1. This article, which mentioned AndroGel and Testim by name, alleged that "millions of American males are asking their doctors for . . . TRT" to "treat a collection of symptoms that some doctors and drug companies have dubbed andropause, or male menopause." It alleged that "[t]he popularity of TRT is creating concern among scientists," some of whom dispute that "andropause is a real phenomenon," and that "[m]any men's health specialists . . . worry that

testosterone replacement may offer little benefit and may lead to more severe medical problems" such as "heart disease and strokes." It quoted a report by the American Association of Clinical Endocrinologists allegedly stating that "nine out of 10 endocrinologists . . . were worried about possible misuse of TRT."

39. Attached hereto as **Exhibit 38** is a true and correct copy of Jane Spencer, *His and Hers Sex Drugs*, Wall Street Journal (Nov. 4, 2003) at D1. This article discussed the alleged "off-label" use of TRT products, including AndroGel, in women.

40. Attached hereto as **Exhibit 39** is a true and correct copy of Marc Kauffman, *Testosterone Derided as a Health Supplement; Report Discourages Widespread Use*, Washington Post (Nov. 13, 2003) at A1. This front-page article reported on the alleged position of the Institute of Medicine (IOM) that "[t]here is no evidence that the testosterone being used by a growing number of American men to boost their strength, mood or virility is doing them any good despite the claims being made for the hormone." It noted that the FDA "has approved [TRT] only for men with a particular medical condition," and alleged that "many more have sought it" for "'off-label' uses." It alleged that "the number of men taking [TRT] more than doubled between 1999 and 2002, and the number of prescriptions almost tripled." And it alleged that "[s]ome of the increase has been driven by aggressive advertising, much of which holds out the hope of the very benefits that the [IOM] report said have never been confirmed." As an example, the article cited alleged claims on AndroGel's website regarding "fatigue[]," "[d]epressed mood," and "[l]ow sex drive."

41. Attached hereto as **Exhibit 40** is a true and correct copy of Amy Reeves, *Drug Firms Flex New Muscles in Testosterone Market; 'Andropause' Helps Drive Growth, Though Some Say More Research Is Needed*, Investor's Business Daily (Dec. 1, 2003) at A10. This

article alleged a "boom" in TRT prescriptions, "partly due to an intense marketing campaign, and partly due to the rise of the concept of 'andropause.'" It alleged that "[t]hough the FDA approved AndroGel only for hypogonadism, Unimed [had] campaigned to raise awareness of andropause," running "[a]ds [that] asked men if they felt those symptoms" and "urg[ing] them to ask their doctors about it." It alleged that "[s]ome observers suggest the current research doesn't back such broad use of testosterone." The article also mentioned Testim and Watson Pharmaceuticals' TRT products.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Susan Aschoff, *Helping Men Age Gracefully*, St. Petersburg (Florida) Times (Jan. 27, 2004) at 3E. This article alleged that "many middle-age[d] men who complain that their vigor ha[d] vanished" had begun taking TRT "as an anti-aging tonic," noting that this is "an off-label use," and that the FDA has "only" approved TRT "to treat select medical conditions, such as hypogonadism." It also mentioned the alleged risks of side effects, including "heart attacks and strokes."

43. Attached hereto as **Exhibit 42** is a true and correct copy of Debbe Geiger, *Do Men Go Through 'The Change'? The Idea of Male Menopause Sparks a Debate and a Rush to Testosterone Therapy*, Orlando Sentinel (Nov. 2, 2004) at E3. This article alleged that TRT, although "widely available," is "a controversial area that is being promoted by a lot of drug companies rather than urologists."

44. Attached hereto as **Exhibit 43** is a true and correct copy of Mary Beckman, *Quest for the Little Pink Pill; An Antidepressant, a Topical Oil, and a Supplement: Could One Be a Female Viagra?*, L.A. Times (Sept. 11, 2006) at F3. This article alleged that "off-label testosterone treatments," including AndroGel, were being prescribed to women "to enhance libido."

45. Attached hereto as **Exhibit 44** is a true and correct copy of an excerpt from PETER CONRAD, THE MEDICALIZATION OF SOCIETY: ON THE TRANSFORMATION OF HUMAN CONDITIONS INTO TREATABLE DISORDERS at 26-33 (Johns Hopkins University Press 2007). This book alleged that "older men [were] being prescribed [TRT] for a set of vague symptoms, often referred to as andropause"; alleged "growing concern about an increase in the use of testosterone" absent "adequate scientific information" supporting it; and blamed "the pharmaceutical industry" for "promot[ing] a medicopathological definition of aging." It alleged that AndroGel was being used "off-label" for "nonapproved uses," and alleged that Unimed/Solvay had employed off-label marketing "to promote the use of AndroGel in aging men." It specifically referred to the ADAM Questionnaire and the "Low T Quiz" alleged in MMO's Second Amended Complaint.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Steve Dow, *Sex and the Middle-Aged Man*, Sydney Morning Herald (July 5, 2007) at 11. This article alleged that "[m]any scientists and doctors worldwide question whether male menopause exists," but that "drug marketers" nevertheless "promote andropause as a disease through newspaper and magazine ads and the [I]nternet." These ads, the article alleged, "are now attracting the attention of federal health authorities in Australia."

47. Attached hereto as **Exhibit 46** is a true and correct copy of Barbara L. Marshall, *Older Men and Sexual Health: Post-Viagra Views of Changes in Function*, Generations Magazine (Spring 2008) at 21. This article criticized the alleged "medicalization of the male menopause," claiming that "[b]ecause testosterone is only approved in the U.S. for the treatment of hypogonadism (not andropause per se), there is a huge commercial motive in construing andropause as a form of hypogonadism." It alleged that "marketing" had popularized "the notion of andropause as . . . widespread." It quoted an alleged statement by the National

Institutes of Health that "the growth in testosterone's reputation and increased use . . . has outpaced the scientific evidence about its potential benefits and risks." It alleged that "[p]harmaceutical companies actively promote an appearance of consensus on the existence, definition, and treatment protocols" for "andropause." It alleged that these "strategies" include "websites," "brochures," "support to professional and patient groups," "placement of industry-written articles in key clinical journals," and "[m]ainstream media stories resulting from pharmaceutical company press releases." It alleged that "Solvay, [the] manufacturer of AndroGel," had sponsored "andropause" studies and criticized the ADAM questionnaire.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of Elizabeth Landau, *Testosterone Gel Effects in Children Spur FDA Warning*, CNN.com (May 7, 2009). This article alleged that in the year 2007, thousands of women had received "off-label" prescriptions for AndroGel "to increase sex drive," even though "the FDA had not approved these products for any reason in women."

49.    Attached hereto as **Exhibit 48** is a true and correct copy of Jared A. Favole, *FDA Requires Strong Warnings on Two Testosterone Gels*, Wall Street Journal (May 7, 2009). This article alleged that both AndroGel and Testim "are widely prescribed off-label to women."

50.    Attached hereto as **Exhibit 49** is a true and correct copy of John Fauber, *Side Effects: Are Doctors' Loyalties Divided?*, Milwaukee Journal Sentinel (Aug. 9, 2009) at A1. This front-page article critiqued Solvay's alleged off-label marketing. It alleged that Solvay had run television commercials, and made statements on its website, "promis[ing] a revved up sex life; improved mood; increased energy; and bodies with less fat and more muscle" as a result of AndroGel. It alleged that Solvay had funded "a series of medical journal articles" by academics at the University of Wisconsin that "read more like promotions than rigorous research." The

article alleged that "for-profit medical education companies paid by Solvay were involved in preparing [educational] material" for doctors regarding TRT, and that "doctors listed as authors of the articles worked as consultants or speakers for Solvay," deeming this a "conflict[] of interest." It alleged that these supposed efforts had "paid off," as "prescriptions for testosterone, especially Solvay's AndroGel, have boomed despite [alleged] concerns" of "cardiovascular disease" and an alleged "lack of science" that TRT "provides real benefit" for men whose "testosterone levels are declining as a result of normal aging."

51.     Attached hereto as **Exhibit 50** is a true and correct copy of John Fauber, *Testosterone Prescriptions Booming Despite Iffy Results, Potential Risks*, Charleston (W. Va.) Gazette (Aug. 23, 2009) at 7C. This article was substantially similar to the one discussed in the previous paragraph.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of Marie McCullough, *Hormone Boosts for Men Get a Test*, Philadelphia Inquirer (Nov. 29, 2009) at A1. This front-page article claimed that the federal government was "[c]oncerned that American men may be embracing the same kind of misguided sex-hormone use that brought calamity to women." It alleged that the booming "[s]ales of male hormone products," "[v]iewed by some as an antiaging tonic," was "a trend that worrie[s]" experts, and that "the whole notion of 'andropause'—male menopause—remains controversial." It quoted an endocrinologist who allegedly "dismiss[ed] andropause as a marketing tool." It alleged that "[t]estosterone is approved to treat 'hypogonadism,' . . . [b]ut hypogonadism is not what most men are using testosterone products for." The article mentioned AndroGel and Testim by name.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of Marie McCullough, *Government to Test Hormone Boost in Men*, Monterey County (California) Herald (Dec. 10,

2009).  This article is substantially similar to the one discussed in the previous paragraph.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of Marie McCullough, *Study Eyes Testosterone*, Chattanooga Times Free Press (Dec. 13, 2009) at A13.  This article is substantially similar to the ones discussed in the previous two paragraphs.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of Reuters, *Testosterone Cure in Doubt; Symptoms Occur in Other Diseases* (June 10, 2010).  This article critiqued an alleged ad for AndroGel, as well as an alleged Solvay website, "www.isitlowt.com."  It quoted the opinion of a doctor that the advertising for TRT drugs was allegedly "casting a wider net than needs to be cast" by targeting men not suffering from "true clinical hypogonadism," and that decline in testosterone is not "a medical condition."

56.     Attached hereto as **Exhibit 55** is a true and correct copy of Shehzad Basaria, et al., *Adverse Events Associated with Testosterone Administration*, New England Journal of Medicine (July 8, 2010), available at http://www.nejm.org/doi/pdf/10.1056/NEJMoa1000485. This article reported on a study in which testosterone gel was allegedly "associated with an increased risk of cardiovascular adverse events" in a population of "older men with limitations in mobility and a high prevalence of chronic disease."  MMO's Second Amended Complaint discusses this article at Paragraph 99.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of a press release issued by the National Institutes of Health (NIH) on June 30, 2010, titled *Adverse Cardiovascular Events Reported in Testosterone Trial in Older Men*, and available at http://www.nih.gov/news/health/jun2010/nia-30.htm.  This release reported on the Basaria study discussed above, and alleged that the study "ha[d] found a higher rate of cardiovascular events, such as heart attacks and elevated blood pressure, in a group of older men receiving testosterone gel compared

to those receiving placebo."

58.     Attached hereto as **Exhibit 57** is a true and correct copy of Ellen Gibson,

*Auxilium Testosterone Gel Linked to Heart Problems in Older Men*, Bloomberg (June 30, 2010),

http://www.bloomberg.com/apps/news?pid=conewsstory&tkr=AUXL%253AUS&sid=aaJ0zglH

EibU.  This article reported on the Basaria study discussed above, and alleged that "[m]ore than

one-fifth of patients [in that study] using a testosterone gel sold by Auxilium Pharmaceuticals

Inc. developed heart problems."

59.     Attached hereto as **Exhibit 58** is a true and correct copy of Fran Lowry, *NIH*

*Testosterone Trial in Older Men Halted Due to Increased Cardiovascular Events*, Medscape

(July 1, 2010), available at http://www.medscape.com/viewarticle/790654.  This article reported

on the Basaria study described above, and alleged that "[t]estosterone treatment in men aged 65

years and older who have limitations in mobility is associated with an increased risk for

cardiovascular events, including MI [*i.e.*, myocardial infarction] and hypertension."

60.     Attached hereto as **Exhibit 59** is a true and correct copy of Roni Caryn Rabin,

*Testosterone Gel Trial Ends After Heart Issue*, New York Times (July 6, 2010) at D7.  This

article reported on the Basaria study described above, and alleged that "[a] federally financed

study to see if testosterone gel helps frail elderly men build muscle and strength was abruptly

halted late last year after participants taking it suffered a disproportionate number of heart attacks

and other serious cardiac problems."  It also alleged that "the use of testosterone for other

purposes [than hypogonadism], known as off-label use, has increased in recent years, with many

older men taking it because of a belief it can counter or reverse the effects of aging," and that

"[t]here is very little solid evidence from randomized clinical trials about the potential benefits of

testosterone treatment for these men."

61.     Attached hereto as **Exhibit 60** is a true and correct copy of *Adverse Cardiovascular Events Lead to Testosterone Trial Being Stopped*, The Pharmaceutical Journal (July 9, 2010).  This article reported on the Basaria study discussed above, and alleged that "[a]dverse cardiovascular events have forced a trial examining the efficacy of testosterone in improving mobility in older men to be stopped."

62.     Attached hereto as **Exhibit 61** is a true and correct copy of a press release issued by the National Institutes of Health (NIH) titled *Testosterone Boosts Heart Risk in Men With Poor Mobility*, issued on or about July 12, 2010 and reported by States News Service.  That release reported on the Basaria study discussed above, and alleged that "[d]aily treatments with a testosterone gel raised the risk of cardiovascular problems in older men with poor mobility."

63.     Attached hereto as **Exhibit 62** is a true and correct copy of Linda Searing, *Testosterone: For Older Men, Supplementation May Have Cardiovascular Risks*, Washington Post (July 13, 2010) at HE02.  This article reported on the Basaria study discussed above, alleging that study subjects who received Testim had a higher incidence of "cardiovascular problem[s] (including high blood pressure, arrhythmia, stroke and a need for stenting)."

64.     Attached hereto as **Exhibit 63** is a true and correct copy of Joe and Teresa Graedon, *Testosterone Troubles Halt Study*, Lawton (Oklahoma) Constitution (July 19, 2010).  This article reported on the Basaria study described above, and alleged that study subjects treated with TRT "had more cardiovascular complications, . . . including heart attacks."

65.     Attached hereto as **Exhibit 64** is a true and correct copy of Joe and Teresa Graedon, *Be Cautious About Hormones*, Buffalo (New York) News (July 20, 2010) at C3.  This article is substantially similar to the article discussed in the previous paragraph.

66.     Attached hereto as **Exhibit 65** is a true and correct copy of Joe and Teresa

Graedon, *Reduced Testosterone Drags Performance; Remedies Untested*, Baltimore Sun (July 22, 2010) at 7C. This article is substantially similar to those discussed in the prior 2 paragraphs.

67.     Attached hereto as **Exhibit 66** is a true and correct copy of Joe Graedon and Teresa Graedon, *Reduced Testosterone Drags Performance; Remedies Untested*, Chicago Tribune (July 25, 2010) at 22. This article is substantially similar to the articles discussed in the prior 3 paragraphs.

68.     Attached hereto as **Exhibit 67** is a true and correct copy of *Cardiovascular Events Halt Study of Testosterone Gel*, Renal & Urology News, Vol. 9, No. 8 at p. 9 (Aug. 1, 2010). This article reported on the Basaria study discussed above, alleging that "daily application of testosterone gel was associated with a significantly increased risk of cardiovascular (CV) adverse events" in the study population.

69.     Attached hereto as **Exhibit 68** is a true and correct copy of Kate Hilpern, *Male Menopause—Isn't That a Myth?*, The (London) Independent (Aug. 24, 2010) at 34. This article alleged that "there has been a huge controversy around the so-called male menopause, with most studies flatly denying its existence." It alleged that "some medical experts smell a rat, accusing [certain] doctors of systematically overdosing with testosterone every man who walks through their doors for financial gain." It quoted one endocrinologist who allegedly said that "doctors and pharmaceutical companies are treading an ethical tightrope."

70.     Attached hereto as **Exhibit 69** is a true and correct copy of Louis Kuritzky, MD, *Clinical Briefs: Safety of Testosterone Replacement*, Internal Medicine Alert (Aug. 29, 2010). This article reported on the Basaria study described above, and alleged "an increase in adverse events," including "CV [cardiovascular]" events, in the group treated with testosterone gel.

71.     Attached hereto as **Exhibit 70** is a true and correct copy of a press release titled

*Criteria Developed for Diagnosing Late-Onset Hypogonadism*, which was issued by the American Pharmacists Association and distributed by States News Service on or about September 15, 2010. This release reported on the Basaria study mentioned above, and alleged that "according to recent data, [TRT] may be associated with serious adverse events in older patients," specifically "cardiovascular events."

72.     Attached hereto as **Exhibit 71** is a true and correct copy of Carolyn Butler, *Is He Just Aging, Or Going Through 'Manopause'?*, Washington Post (Oct. 5, 2010) at E02. This article alleged that "the notion of male menopause remains controversial" and that "critics suggest that most of the symptoms that have been blamed on 'low T' are normal consequences of aging." It alleged that "[s]uch informed skepticism hasn't stopped some pharmaceutical companies from marketing [like crazy] . . . the concepts of low T and male menopause—and it hasn't stopped men from seeking tests and receiving testosterone prescriptions, which have skyrocketed from 2.4 million in 2005 to nearly 3.9 million in 2009."

73.     Attached hereto as **Exhibit 72** is a true and correct copy of an article by Carolyn Butler that appeared at page N4 of the October 10, 2010 Norfolk Virginian-Pilot. It is substantially similar to the Washington Post article described in the previous paragraph.

74.     Attached hereto as **Exhibit 73** is a true and correct copy of Jane E. Brody, *Hormone Replacement for Men? Perhaps*, New York Times (Oct. 12, 2010) at D7. This article alleged that "[t]here has yet to be a large study . . . of the safety and effectiveness of hormone therapy for aging men who have signs and symptoms of testosterone deficiency," and asked whether such a study "for men experiencing 'andropause'" would "reveal more hazard than help." It reported on a study of testosterone gel, alleging it was "abruptly halted" when study subjects "using the hormone had an unexpectedly high rate of cardiac problems."

8117013

Pursuant to Title 28 of the United States Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2015

_____
William F. Cavanaugh, Jr.

8117013