IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br>Coordinated Pretrial Proceedings | Master Docket Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Hon. Judge Matthew F. Kennelly |
| This document relates to:<br><br>MEDICAL MUTUAL OF OHIO,<br><br>        Plaintiff,<br><br>v.<br><br>ABBVIE INC., ABBOTT LABORATORIES, ABBOTT PRODUCTS, INC., SOLVAY AMERICA, INC., SOLVAY NORTH AMERICA, LLC, SOLVAY PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS SARL, SOLVAY, S.A., AUXILIUM, INC., ELI LILLY AND COMPANY, LILLY USA, INC., ACRUX LIMITED, ACTAVIS PLC, ACTAVIS, INC., ACTAVIS PHARMA, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ANDA, INC., and ENDO PHARMACEUTICALS, INC.,<br><br>        Defendants. | No. 1:14-cv-08857 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Judge

Matthew F. Kennelly on Thursday, September 8, 2016, at 1:30 p.m., in Courtroom 2103, in the

Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago,

Illinois, or before any judge sitting in his stead, and present the attached Actavis' Motion for

Leave to Exceed Page Limit in Its Memorandum of Law in Support of Its Motion for

4823-1604-9463.1

Reconsideration or, in the Alternative, to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), a copy of which has been served upon you by the Court's electronic filing system.

August 29, 2016

Respectfully submitted,

By:   */s/ David B. Goroff*
     James W. Matthews *(pro hac vice)*
     Katy E. Koski *(pro hac vice)*
     Jason L. Drori (*pro hac vice*)
     FOLEY & LARDNER LLP
     111 Huntington Ave
     Boston, MA 02199
     Tel: (617) 342-4000
     Fax: (617) 342-4001
     jmatthews@foley.com
     kkoski@foley.com
     jdrori@foley.com

     David B. Goroff (IL Bar No. 6190039)
     Jonathan W. Garlough (IL Bar No. 6295597)
     FOLEY & LARDNER LLP
     321 North Clark Street, Suite 2800
     Chicago, IL 60654-5313
     Tel: (312) 832-4500
     Fax: (312) 832-4700
     dgoroff@foley.com
     jgarlough@foley.com

     *Counsel for Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., and Anda, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notifications of said filing to all registered attorneys of record.

*/s/ David B. Goroff*
David B. Goroff
