UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to<br><br>Medical Mutual of Ohio v. AbbVie, et al. | Master Docket Case No. 1:14-cv-08857<br><br>Honorable Matthew F. Kennelly |

**JOINT AGENDA
FOR JUNE 28, 2017 MEDICAL MUTUAL OF OHIO
CASE MANAGEMENT CONFERENCE**

The Court directed counsel to file a proposed joint agenda for the June 28, 2017 Case Management Conference. The Parties jointly submit the following agenda:

I. Update on Medical Mutual of Ohio

    a. Third Party Subpoenas

    b. Cap on Third Party Depositions

    c. Status of Discovery

        1. Defendants' Document Production

        2. MMO's Document Production

        3. Organizational 30(b)(6) Deposition Scheduling

        4. Fact Witness Deposition Scheduling

        5. Coordination of MMO and Products case depositions

    d. Date for next Case Management Conference.

Dated: June 26, 2017                                Respectfully submitted,

/s/ David E. Stanley                                    /s/ Conlee S. Whiteley
David E. Stanley (pro hac vice)                   Conlee S. Whiteley, Esq. (*pro hac vice*)
Janet H. Kwuon (pro hac vice)                  Layne C. Hilton, Esq. (*pro hac vice*)

**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: (213) 457-8000
Fax: (213) 457-8080
dstanley@reedsmith.com
jkwuon@reedsmith.com

*Attorneys for Defendants Eli Lilly and Company, Lilly USA, LLC, and Acrux Limited*

William F. Cavanaugh, Jr. (pro hac vice)
Jonah M. Knobler (pro hac vice)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com
scaplan@pbwt.com

*Abbott Laboratories, Abbott Products, Inc., Solvay, S.A., Solvay Luxembourg, S.A.R.L. f/k/a Solvay Pharmaceuticals S.A.R.L., and Solvay America, Inc.*

Andrew K. Solow (pro hac vice)
**ARNOLD PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Tel: (212) 836-7740
Fax: (212) 836-6776
andrew.solow@apks.com

Pamela Joan Yates (pro hac vice)
**ARNOLD PORTER KAYE SCHOLER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Marshall L. Perkins (*pro hac vice*)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, Louisiana 70130
Tel: (504) 524-5777
Fax: (504) 524-5763

W. Scott Simmer, Esq. (*pro hac vice*))
Thomas J. Poulin, Esq. (*pro hac vice*))
**THE SIMMER LAW GROUP**
The Watergate
Suite 10-A
Washington, DC 20037
Tel: (202) 333-4562
Fax: (202) 337-1039

Ruben Honik, Esquire (*pro hac vice*)
David J. Stanoch, Esquire (*pro hac vice*)
**GOLOMB & HONIK, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (215) 985-9177
Fax: (215) 985-4169

*Attorneys for Plaintiff Medical Mutual of Ohio*

Stephen A. Weiss, Esq. (*pro hac vice*)
Christopher A. Seeger, Esq. (*pro hac vice*)
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212) 584-0700

Trent B. Miracle, Esq.
Brendan A. Smith, Esq.
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
Fax: (618) 259-2251

Ronald E. Johnson, Jr., Esq. (*pro hac vice*)
Sarah N. Lynch, Esq. (*pro hac vice*)
**SCHACHTER HENDY & JOHNSON PSC**

2

Tel: (213) 243-2400
Fax: (213) 243-4199
pamela.yates@apks.com

*Attorneys for Defendants Endo Pharmaceuticals Inc.* and *Auxilium Pharmaceuticals, Inc.*

James W. Matthews *(pro hac vice)*
Katy E. Koski *(pro hac vice)*
Jason L. Drori (*pro hac vice*)
**FOLEY & LARDNER LLP**
111 Huntington Ave
Boston, MA 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

David B. Goroff (IL Bar No. 6190039)
Jonathan W. Garlough (IL Bar No. 6295597)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Tel:  (312) 832-4500
Fax:  (312) 832-4700
dgoroff@foley.com
jgarlough@foley.com

*Counsel for Defendants Actavis plc, n/k/a Allergan plc, Actavis, Inc., n/k/a Allergan Finance, LLC, Actavis Pharma, Inc., Watson Laboratories, Inc., and n/k/a Actavis Laboratories UT, Inc.*

909 Wright's Summit Parkway
Suite #210
Ft. Wright, KY 41011
Tel: (859) 578-4444
Fax: (859) 578-4440

*MDL Co-Lead Counsel*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Layne C. Hilton

4