# Exhibit A

**KANNER & WHITELEY, L.L.C.**
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

June 16, 2017

*Via E-Mail*

Andrew K. Solow, Esq.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019
andrew.solow@apks.com

      Re:    *Medical Mutual of Ohio, et al. v. AbbVie Inc., et al.*, No. 14-cv-8857;
              MDL No. 2545 (Endo Custodial File Production)

Dear Counsel:

      I write regarding the status of custodial file discovery with the Endo Defendants ("Endo") as of June 15, 2017.

      In Medical Mutual of Ohio's October 18, 2016, First Request for the Production of Documents ("MMO's First RFPDs"), Medical Mutual of Ohio ("MMO") requested the custodial files for the certain Endo employees. As of June 15, 2017, we have only eight (8) total documents from the Endo Defendants. These documents were the organizational charts Judge Kennelly ordered Defendants to produce back in March of 2017.

      Given the fact that discovery was served almost 8 months ago, the lack of any sort of meaningful document production is unacceptable even under the revised scheduling order. Without meaningful production from the Endo defendants, MMO cannot begin to notice and/or prepare for depositions in a timely manner. At this time we would like to request deposition dates for Kevin O'Brien, Ken Vegara, Janett Mendez-DeTore, and Steven Cooper  We request a meet and confer to discuss when the complete custodial files can be made available for these individuals and to pick dates for their depositions. Please provide a time next week when you are available for a teleconference.

                                              Sincerely,

                                              KANNER & WHITELEY, L.L.C.

                                              By: /s/ Layne C. Hilton
                                                  Layne C. Hilton, Esq.

2

*Via E-Mail*

cc:     W. Scott Simmer, Esq.
        Conlee S. Whiteley, Esq.
        Marshall Perkins, Esq.
        Thomas Poulin, Esq.
        Ruben Honik, Esq.
        Dave Stanoch, Esq.
        Ronald E. Johnson, Esq.
        Christopher A. Seeger, Esq.
        Trent B. Miracle, Esq.
        David Stanley, Esq.
        Ingo Sprie, Jr., Esq.
        William Cavanaugh, Esq.
        Jonah Knobler, Esq.
        James Matthews, Esq.
        David Goroff, Esq.
        Robert Grass, Esq.
        Jesse Townsend, Esq.
        Jason Drori, Esq
        Redi Kasollja, Esq.
        Elizabeth Quirk, Esq.