UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Medical Mutual of Ohio, et al.
                     Plaintiff,

v.                                       Case No.: 1:14−cv−08857
                                               Honorable Matthew F. Kennelly

AbbVie Inc., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case management conference held with attorneys for all parties. The only disputed issue concerned the length of the Hess deposition. The Court expands the total time allotted to the PSC and to the MMO, collectively, to 8.5 hours. The next case management conference will be held on 8/24/2017 at 1:30 p.m., in conjunction with the case management conference for MDL 2545. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.