UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to: *Medical Mutual of Ohio v. AbbVie, Inc., et al.* Case No.: No. 1:14-cv-8857 | Master Docket Case No. 1:14-cv-01748 Honorable Matthew F. Kennelly |

**PLAINTIFF MEDICAL MUTUAL OF OHIO'S EXPEDITED MOTION TO COMPEL DISCOVERY FROM DEFENDANTS**

Plaintiff Medical Mutual of Ohio ("MMO") hereby moves, pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and the inherent power of the Court, for an order compelling Defendants to produce certain documents and information. A Memorandum of Law in support of this motion detailing the documents and information to be produced is filed contemporaneously herewith.

Accordingly, MMO respectfully requests that the Court enter an order compelling Defendant to produce the specified documents and information by October 11, 2017.

Dated: September 22, 2017

    Respectfully submitted,

    s/ W. Scott Simmer
    W. Scott Simmer, Esq. (D.C. Bar No. 460726)
    Thomas J. Poulin, Esq. (D.C. Bar No. 475115)
    **THE SIMMER LAW GROUP**
    The Watergate
    Suite 10-A
    Washington, DC 20037
    Tel: (202) 333-4562

Fax: (202) 337-1039

Allan Kanner, Esq. (LA Bar No. 20580)
Conlee S. Whiteley, Esq. (LA Bar No. 22678)
Layne C. Hilton, Esq. (LA Bar No. 36990)
Marshall L. Perkins (LA Bar No. 36979)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, Louisiana 70130
Tel: (504) 524-5777
Fax: (504) 524-5763

Ruben Honik (PA Bar No. 33109)
David J. Stanoch (PA Bar No. 91342)
**GOLOMB & HONIK P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: (215) 985-9177

*Attorneys for Plaintiff Medical Mutual of Ohio*


Stephen A. Weiss, Esq. (NY Bar No. 2413342)
Christopher A. Seeger, Esq. (NY Bar No. 2425304)
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212) 584-0700

Trent B. Miracle, Esq. (IL Bar No. 6281491)
Brendan A. Smith, Esq. (IL Bar No. 65190)
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
Fax: (618) 259-2251

Ronald E. Johnson, Jr., Esq. (KY Bar No. 88302)
Sarah N. Lynch, Esq. (KY Bar No. 94261)
**SCHACHTER HENDY & JOHNSON PSC**
909 Wright's Summit Parkway
Suite #210
Ft. Wright, KY 41011
Tel: (859) 578-4444
Fax: (859) 578-4440
*MDL Co-Lead Counsel*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2017, a true and correct copy of the foregoing was filed and served upon all counsel of record via the CM/ECF system of the United States District for the Northern District of Illinois.

>  */s/ David J. Stanoch*
>  David J. Stanoch