# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

November 12, 2019

Before:

FRANK H. EASTERBROOK, Circuit Judge

DANIEL A. MANION, Circuit Judge

AMY C. BARRETT, Circuit Judge

|  |  |
|---|---|
| No. 19-1500 | IN RE:<br> TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>MEDICAL MUTUAL OF OHIO,<br> Plaintiff - Appellant<br><br>v.<br><br>ABBVIE INC., et al.,<br> Defendants - Appellees. |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-08857<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.